Angela-Michelle Freiner
8547 Pilot Ave.
St. Louis, MO 63123
angelamfreiner@gmail.com
(314) 224-0574

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MISSOURI

EASTERN DIVISION

| | |
|---|---|
| Matthew R. Grant, individually, as Next Friend to C.L.G. and as Next Friend to C.M.G., and on behalf of all others similarly situated, and STOP MISSOURI CORRUPTION, LLC, *Plaintiffs,* <br><br> v. <br><br> Bruce F. Hilton, et al., *Defendant(s)*. <br><br> Angela-Michelle: Freiner, individually and as mother of trafficking victim Dalilah-Love: Judy, *Movant-Intervenor*. | Case No. 4:25-cv-01203 HEA <br><br> Judge: Joshua M Divine <br><br> EMERGENCY MOTION FOR DISCLOSURE OF TRAFFICKING VICTIM'S WHEREABOUTS AND WELFARE CHECK <br><br> TRIAL BY JURY DEMANDED |

**EMERGENCY MOTION FOR DISCLOSURE OF TRAFFICKING VICTIM'S WHEREABOUTS AND WELFARE CHECK**

"A mother does not surrender her offspring. She rises. She fights. And when law becomes a weapon of theft, her justice will be louder than the gavel."

—**Angela-Michelle: Freiner**
Filed by Angela-Michelle: Freiner, Movant pg. 1 of 5


**NOW COMES** Angela-Michelle: Freiner ("Movant"), biological mother of adult trafficking victim Dalilah-Love: Judy, and respectfully moves this Court for emergency relief requiring immediate disclosure of her daughter's location and a welfare check by federal authorities. In support, Movant states:

### 1. EMERGENCY CIRCUMSTANCES

1. Movant's daughter, Dalilah-Love: Judy, was trafficked as a minor. She is now a 19-year-old adult who has maintained complete communication silence with her family since being trafficked, indicating continued control and isolation by the trafficking enterprise. Despite her age of majority, her whereabouts are being actively concealed by officers of the court.

### 2. FEDERAL JURISDICTION

2. This Court has jurisdiction under 18 U.S.C. § 1595, which provides civil remedies for trafficking victims. The Trafficking Victims Protection Act recognizes that victims often remain under coercive control even after reaching majority, necessitating continued federal protection and intervention.

### 3. INDICATORS OF CONTINUED CONTROL

3. The complete absence of contact from a legally free adult is a classic indicator of ongoing trafficking control, suggesting:

- Psychological coercion or manipulation
- Physical restraint or confinement

- Isolation from support networks
- Continued dependency fostered by her traffickers

**RELIEF REQUESTED**

WHEREFORE, Movant respectfully **REQUESTS** this Court issue an Order:

1. **DIRECTING** Venus Jackson and any other counsel to immediately disclose Dalilah-Love Judy's current location and contact information within 24 hours;

2. **AUTHORIZING** the U.S. Marshals Service to conduct an immediate welfare check to verify she is not being held against her will;

3. **DIRECTING** the FBI Human Trafficking Task Force to interview her without any traffickers present to assess for coercion and provide victim resources;

4. **ENJOINING** any party from interfering with Dalilah's right to contact her family; and

5. Granting any other just relief.

Respectfully submitted,

/s/ Angela-Michelle: Freiner
Angela-Michelle: Freiner
8547 Pilot Ave.
St. Louis, MO 63123
angelamfreiner@gmail.com
(314) 224-0574
*Movant*

Date: August 22, 2025

**VERIFICATION**

I declare under penalty of perjury that the foregoing is true and correct. My adult daughter has not contacted me, and I fear she remains under the control of her traffickers.

Respectfully submitted,

/s/ Angela-Michelle: Freiner
Angela-Michelle: Freiner
8547 Pilot Ave.
St. Louis, MO 63123
angelamfreiner@gmail.com
(314) 224-0574
*Movant*

Date: August 22, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of August, 2025, a true and correct copy of this Supplemental Notice of Plaintiff's Ethical Violations was served via the Court's electronic filing system (CM/ECF) and/or by first-class mail, postage prepaid, upon the following:

Matthew R. Grant
1625 Mason Knoll Rd.
St. Louis Mo. 63131
Plaintiff Pro Se

Respectfully submitted,

/s/ Angela-Michelle: Freiner
Angela-Michelle: Freiner
8547 Pilot Ave.
St. Louis, MO 63123
angelamfreiner@gmail.com
(314) 224-0574
*Movant*

Date: August 22, 2025