

**FILED**
**AUG 1 3 2025**
JOAN M. GILMER
CIRCUIT CLERK, ST LOUIS COUNTY

# IN THE 21ST JUDICIAL CIRCUIT, COUNTY OF ST. LOUIS
## STATE OF MISSOURI, FAMILY COURT

In Re the matter of:

MATHEW R. GRANT

       Petitioner,

Vs                          Cause No. 12SL-DR03959-01 02

C M G ET AL,            Division    13

       Respondent.

## ESCORT ORDER

The Court has been made aware of allegations against a judicial officer as follows:

1. On or about 8/13/25 Commissioner Greaves while performing her duties as a judicial officer was notified that a suspicious package was left on the front porch of her private residence. Commissioner Greaves had no advanced notice that said package would be hand delivered. Law enforcement was contacted, retrieved the package and determined the package was delivered by Matthew R. Grant or at is direction.
2. The Court file and the record is resplendent with threats made against this judicial officer and others involved in this contested custody proceeding.
3. Matthew R. Grant is well aware given his standing as a licensed practicing attorney in the State of Missouri that the hand delivery of court documents to the personal residence of a judicial officer is for the sole purpose of intimidation and/or harassment, knowing full well, that delivery of court documents can be accomplished by delivering same to the court house.

This Court finds that there is a good faith basis for an escort order to protect a Judge, litigant or the public due to the behavior of Mr. Grant.

**Therefore it is hereby ordered as follows:**

1. Whenever MATTHEW R. GRANT enters the St. Louis County Courthouse, he shall report to the security staff.
2. **The security staff shall escort MATTHEW R. GRANT to any place in the courthouse that he has legitimate business.**

Exhibit A

3. A copy of this order shall be mailed to MATTHEW R. GRANT and given to security staff.

SO ORDERED:

_____
Honorable Bruce F. Hilton
Presiding Judge
Circuit Judge, Division 13
August 13, 2025

Cc: Attorneys of record e-filed pursuant to Rule 103
**Mailed to pro-se litigants pursuant to Rule 43.01**

2