# Ex Parte Order of Protection - Adult

IN THE 21ST JUDICIAL CIRCUIT, ST. LOUIS COUNTY, MISSOURI

FILED
09/02/25
JOAN M. GILMER
CIRCUIT CLERK
ST. LOUIS COUNTY, MO

| | |
|---|---|
| Judge or Division: MATTHEW HILL HEARNE | Case Number: 25SL-PN04759 |
| | Court ORI Number: MO095015J |
| | Protection Order Number: 25-AEOP-5252 |
| Petitioner: STACI THOMAS | MSHP Number: |
| | Responsible Law Enforcement ORI: |
| vs. | Related Cases: |
| Respondent: MATTHEW GRANT  Alias/Nicknames: | Respondent's Home Address: 1625 MASON KNOLL RD ST LOUIS, MO 63131 |
| Respondent's Year of Birth: Age: 50 Sex: M Height: 68"  Weight: 160 lbs. Hair Color: Brown Eye Color: Hazel Race and Ethnicity: White (Identifying Information for use by Law Enforcement) Visible Identifying Marks (e.g., tattoos, birthmarks, braces, scars, mustache, beard, pierced ear, glasses): | Home Phone Number: 314-412-9112 |
| | Respondent's Work Address: |
| | Work Phone Number: |
| | Work Hours: |
| | Other Locations Where Respondent May Be Served: 404 TULLERIES CT, WENTZVILLE MO 63385 |

**The State of Missouri to Respondent:**

Petitioner has filed a verified petition (copy attached) requesting a Full Order of Protection against you. Pursuant to sections 455.035 to 455.045, RSMo, the court finds that there is an immediate and present danger of domestic violence, including danger to Petitioner's pet(s), stalking, or sexual assault to Petitioner by you or there is other good cause to issue an Ex Parte Order of Protection.

**Therefore, the court orders that you, MATTHEW GRANT, Respondent, not:**

- ☑ Commit or threaten to commit domestic violence, stalking, molesting, sexual assault, or disturbing the peace of Petitioner wherever Petitioner may be found. [01 & 04]
- ☑ Abuse or threaten to abuse Petitioner's pet(s).
- ☑ Enter or stay upon the premises wherever Petitioner may reside, place of employment or school located at (unless disclosure waived) <u>1730 MASON KNOLL RD, ST LOUIS MO 63131</u>. [04]
- ☑ Be within <u>500 FEET</u> (distance) of Petitioner.
- ☑ Communicate with Petitioner in any manner or through any medium. [05]
- ☑ Other: <u>publish any harassing or defamatory information about Petitioner via any medium</u>. [08]

**It is further ordered that:** Custody of the minor child(ren) shall be awarded, until further order of the court, as follows:

SJRC (01-25) AA10 (AEOP) *For Court Use Only:* Document ID # 25-AEOP-5252   1 of 6 (25SL-PN04759)   455.035-455.045, 455.050, 455.010(1), 455.010(13), 455.085 RSMo

Exhibit B

| Child's Name | Age | Person Awarded Custody [Respondent-06, Petitioner-09] |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(Attach additional sheets if necessary)

The possession of the pet(s) is awarded, until further order of the court, as follows:

_____.

It is further ordered that:

Respondent shall remove all republished documents from, about, mentioning or referring to Petitioner as it relates to any sealed or pending legal action from digital, print, video and/or other media.

**Violation of this Order may be punished by confinement in prison for as long as four years and/or by a fine of as much as $10,000. If so ordered by the court, Respondent is forbidden to enter or stay at Petitioner's residence.**

The hearing of this cause will be in RM. 206 SOUTH, DIV 20 of the Circuit Court of St. Louis County, in Clayton, MO, at 01:30 PM on 15-SEP-2025.

SO ORDERED:                                SO ORDERED:

September 02, 2025                         [signature]
_____                    _____
         Date                              Judge Dodson      Division 10
                                           September 02, 2025

**If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of the scheduled hearing date and time.**

Visit www.courts.mo.gov for more information regarding orders of protections.