UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW R. GRANT, individually as Next Friend to C.L.G. and as Next Friend to C.M.G., and on behalf of all others similarly situated, | ) ) ) ) ) | |
| and | ) ) | Case No.: 4:25-CV-01203-JMD |
| STOP MISSOURI CORRUPTION, LLC | ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| BRUCE F. HILTON, ET AL., | ) ) | |
| Defendants. | ) | |

**CERTIFICATION REGARDING GENERATIVE ARTIFICIAL INTELLIGENCE**

COMES NOW, Robert T. Plunkert, attorney for Defendants Con Curran Coulter, II; The Coulter Law Group, LLC d/b/a Coulter Goldberger, LLC; Mathew Eilerts; and Growe Eisen Karlen Eilerts, LLC, and hereby attests to the following:

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Joshua M. Divine, United States District Judge for the Eastern and Western Districts of Missouri. I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be fully checked for accuracy by a human being using print reporters or traditional legal databases before it is submitted to the Court.  I understand that any attorney who signs any filing in this case

will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

/s/ Robert T. Plunkert

Robert T. Plunkert  #62064MO
PITZER SNODGRASS, P.C.
Attorney for Defendants Con Curran
Coulter, II; The Coulter Law Group, LLC
d/b/a Coulter Goldberger, LLC; Mathew
Eilerts; and Growe Eisen Karlen Eilerts,
LLC
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
Email: plunkert@pspclaw.com

I hereby certify that a copy of the foregoing filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following or U.S. mail for parties not registered with CM/ECF, on this 23rd day of September, 2025:

Matthew R. Grant
GRANT FIRM LLC
701 Market Street, PMB 1709
St. Louis, Missouri 63131
Phone: 314-255-7760
mattgrant.stl@gmail.com
*Attorney for Plaintiffs*

Thomas J. Magee
HEPLER BROOM LLC
701 Market Street, Suite 1400
St. Louis, Missouri 63101
Phone: 314-241-6160
Fax: 314-241-6116
tm1@heplerbroom.com
*Attorney for Defendant Maia Brodie*

/s/ Phillip B. Schatz

2