UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MATTHEW R. GRANT, individually,
as *Next Friend* to C.L.G. and as
*Next Friend* to C.M.G., and on behalf of
all others similarly situated, and
STOP MISSOURI CORRUPTION, LLC,
d/b/a www.StopMissouriCorruption.com

   Plaintiffs,

v.

BRUCE F. HILTON, et. al.,

   Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 4:25-cv-01203-JMD

## CERTIFICATION REGARDING GENERATIVE ARTIFICIAL INTELLIGENCE

COMES NOW, Thomas J. Magee, attorney for Defendants Rienker, Hamilton & Fenley, LLC and Maia Brodie, individually and d/b/a Brodie Law, and hereby attests to the following:

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Joshua M. Divine, United States District Judge for the Eastern and Western Districts of Missouri. I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence-including quotations, citations, paraphrased assertions, and legal analysis-will be fully checked for accuracy by a human being using print reporters or traditional legal databases before it is submitted to the Court. I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

HEPLERBROOM LLC

By:    */s/ Thomas J. Magee*
        Thomas J. Magee No. 32871MO
        701 Market Street, Suite 1400
        St. Louis, MO 63101
        314-241-6160
        tmagee@heplerbroom.com
        *Attorneys for John Fenley, Rienker,*
        *Hamilton & Fenley, LLC, and Maia Brodie,*
        *individually and d/b/a Brodie Law*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 23, 2025, the foregoing was filed electronically with the Clerk of Court, therefore to be served electronically by operation of the Court's electronic filing system upon all counsel of record.

        */s/ Thomas J. Magee*