UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MATTHEW R. GRANT, et al, )<br>)<br>    *Plaintiffs*, )<br>)<br>vs. )<br>)<br>BRUCE F. HILTON, et al., )<br>)<br>    *Defendants*. ) | Case No.  25-CV-1203-JMD |

**PLAINTIFFS' MOTION TO DISQUALIFY JUDGE JOSHUA M. DIVINE PURSUANT TO 28 U.S.C. § 144, OR, IN THE ALTERNATIVE, MOTION TO RECUSE AND/OR DISQUALIFY PURSUANT TO 28 U.S.C. § 455(A) & (B)**

COME NOW, Plaintiffs Matthew R. Grant and Stop Missouri Corruption, LLC, pursuant to 28 U.S.C. § 144 and 28 U.S.C. § 455, and respectfully request that the Honorable Judge Divine enter an Order of Recusal or Disqualification.

In support of this Motion, Plaintiffs incorporate their Memorandum in Support filed contemporaneously herewith along with the Affidavit of Plaintiff and counsel Matthew R. Grant attached hereto as **Exhibit A.**

WHERFORE, Plaintiffs respectfully request that this Court enter an Order of Recusal or Disqualification and for such further relief as the Court deems just and proper.

Respectfully submitted,

_____*/s/Matthew R. Grant*_____
Matthew R. Grant, #MO50312
GRANT FIRM LLC
701 Market Street
Suite 110, PMB 1709
St. Louis, MO 63131
T: (314) 255-7760
Email:  mattgrant.stl@gmail.com

***Pro Se* Plaintiff and counsel for Co-Plaintiff Stop Missouri Corruption, LLC**

1

4921-3441-1030, v. 1

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on November 17, 2025, the foregoing was filed electronically with the Clerk of Court, therefore to be served electronically by operation of the Court's electronic filing system upon all counsel of record.

<em>/s/ Matthew R. Grant</em>