UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MATTHEW R. GRANT, et al, ) | |
| ) | |
| *Plaintiffs*, ) | |
| vs. ) | |
| ) | |
| BRUCE F. HILTON, et al., ) | Case No.  25-CV-1203-JMD |
| ) | |
| *Defendants*. ) | |

### PLAINTIFF MATTHEW R. GRANT'S AFFIDAVIT
### PURSUNT TO 28 U.S.C. § 144

COMES NOW, individual Plaintiff and counsel Matthew R. Grant and states:

1. I am over the age of eighteen (18) and I am competent to make these statements.

2. On August 11, 2025, I filed the initial Complaint on this matter.

3. At that time, I alleged what I have repeatedly alleged, which is that I have proof and objective evidence of public corruption that has persisted in the St. Louis Family Court of the 21st Circuit Court for the State of Missouri.

4. Criminally prosecuting those involved in public corruption falls within the jurisdiction of, among others, the Missouri Attorney General's Office.

5. The evidence I have gathered to date proves that the corruption in the St. Louis County Family Court dates to at least 2016.

6. My research has revealed the prior public employment of Judge Joshua M. Devine in the Missouri Attorney General's Office and his roles as Missouri's Solicitor General and as Missouri's Deputy Solicitor General.

7. The Missouri Deputy Solicitor General is a position within the Missouri Attorney General's Office.

8. -Judge Devine served as Deputy Solicitor General from 2017-2019 at the very time when the public corruption at issue was ongoing.

Exhibit A

9. Judge Devine served as Solicitor General from 2023-2025 at the very time when the public corruption at issue was ongoing.

10. I exposed the corruption at issue in this case on March 26, 2025, while Judge Devine served as Missouri's Solicitor General.

11. While serving in the Missouri Attorney General's office, Judge Devine's sole client was the State of Missouri.

12. I have a good-faith belief that fact discovery in this matter will be directed to, among other things, the knowledge of public corruption with the Missouri Attorney General's Office during the years 2017-2025.

13. I have a good-faith belief that fact discovery in this matter will address Judge Devine's former colleagues.

14. I have a good-faith belief that Judge Devine himself and his knowledge of the actual and constructive knowledge of the Missouri Attorney General's Office may be at issue in this case.

15. On September 4, 2025, Judge Devine surprisingly issued a Show Cause Order in this matter that advocated on behalf of all defendants, including his client from 1 month earlier, the State of Missouri.

16. My research into Judge Devine's prior service in the Missouri Attorney General's Office was not completed until after September 3, 2025.

17. I am still researching the potential connections between Judge Devine and potential fact witnesses in this case.

18. Judge Devine's Show Cause contains inaccurate factual descriptions of the Complaint. Doc. 3.

19. No reasonable person could read my initial Complaint and conclude that the underlying litigation had a final judgment.

20. No reasonable person could read my initial Complaint and conclude that I was attempting to change the outcome in the underlying case via injunctive relief in this matter.

21. I am personally familiar with the manner in which state and federal court judges are appointed in this state by virtue of my historical, 21+ years as an attorney at the law firm of Husch Blackwell LLP.

22. My former law partners include United States District Judge Matthew T. Schelp, former United States Attorney Jeffrey Jensen, Assistant U.S. Attorney Derek Wiseman (associate level) and former United States Attorney and new Missouri Attorney General Catherine Hanaway.

23. My office at Husch was just a few offices away from the individuals listed above and I had occasion to socialize with them and others in Husch's white collar practice group in which they were members.

24. Through my partnership role at Husch Blackwell I learned precisely how Catherine Hanaway, among others, has been directly involved in the selection and recommendation of individuals to serve as United States District Judge and United States Attorney in the Eastern District of Missouri.

25. I sent an email dated February 5, 2025, shortly after my exposure of the corruption within the St. Louis Family Court in a circuit court filing that expressly referenced Catherine Hanaway:

> ---------- Forwarded message ---------
> From: **Matt Grant** <mattgrant.stl@gmail.com>
> Date: Fri, Feb 28, 2025 at 9:34 AM
> Subject: Re: Receipt of Submission - 12SL-DR03959-02 - MATTHEW R GRANT V C M G ETAL, St Louis County - Circuit Court
> To: Maia Brodie <mbrodie@brodielawstl.com>
> CC: John Fenley <john@rhflegal.com>, Bruce.Hilton@courts.mo.gov <bruce.hilton@courts.mo.gov>
>
> Maia:
>
> You can return to the kids table now. The adults will be talking here on out.
>
> Your move Bruce. No need to drag this out, it will just make the political fallout worse.
>
> Am I negotiating with Catherine or Josh?
>
> Tell your top point person that is your go-between to have him or her send their messenger.
>
> 😉
>
> Thanks,
> Matt

26. As noted above, I identified Catherine Hanaway as a person likely to have knowledge of the public corruption at issue in this case.

27. I specifically allege and intend to prove that my August 11, 2025, Complaint in this matter was a proximate cause of the appointment of my former law partner Catherine Hanaway as Missouri Attorney General just ~8 days after the filing of my August 11, 2025 RICO complaint in this matter that alleges judicial and political corruption in St. Louis County, Missouri.

28. I have a good-faith belief that Judge Joshua M. Devine has unique personal knowledge regarding the judicial nomination process, including at least personal interaction with individuals that I intend to prove were actively involved in, or were willfully blind to, the corruption that has taken place in St. Louis County, Missouri.

29. I have a good-faith belief that I will be able to prove that the Missouri Attorney General's Office had actual knowledge of allegations of public corruption in at least

the St. Louis County Family Court during the years in which Judge Devine served in that office.

30. Based upon witness and victim interviews, I have a good-faith belief that the Missouri Attorney General's Office received notice of allegations of corruption in the St. Louis County Family Court in and since 2017.

31. I have personally reported the public corruption at issue in this case to the Office of Chief Disciplinary Counsel ("OCDC"), and its duties would have required it to pass along my allegations of public corruption to the office of Missouri Attorney General.

32. I have personally reported public corruption, including the identity of individuals involved, to the United States Department of Justice in both St. Louis and Washington, D.C.

33. One example is the following email I sent to an AUSA at the U.S. Attorney's Office for the Eastern District of Missouri located in the Thomas F. Eagleton U.S. Courthouse (highlighting in original):

> Matt Grant <mattgrant.stl@gmail.com>
> To: ███████@usdoj.gov
>
> Just when you thought you would get a break from me. Holy shit, I cracked a big one on Friday and another over the weekend, and more are unfolding each hour
> **PLEASE INVESTIGATE PRESIDING JUDGE HILTON!!!!!!**

34. I have actively posted on social media about the corruption in this matter ever since I filed my Petition for Writs in the Court of Appeals for the Eastern District of Missouri.

35. My exposure of public corruption at issue in this case includes Linked In, Facebook, Tik Toc, Instagram, X, Reddit, and Threads.

36. To date, the objective analytics and other data available confirm that my posts and other comments regarding the public corruption in this case have obtained more than 800,000 views.

37. I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 16, 2025.

_____
Matthew R. Grant

STATE OF MISSOURI   )

COUNTY OF ST. LOUIS )

Comes now Matthew R. Grant, being of lawful age and after being duly sworn, states that affiant has read the foregoing Affidavit, and that the facts therein are true and correct according to the affiant's best knowledge and belief.

_____
Affiant

Subscribed and sworn to before me, the undersigned Notary Public, on this 16th day of November 2025.

My Commission Expires:

_____
Notary Public