UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MATTHEW R. GRANT, et al, ) | |
| ) | |
|     *Plaintiffs*, ) | |
| vs. ) | |
| ) | |
| BRUCE F. HILTON, et al., ) | Case No.  25-CV-1203-JMD |
| ) | |
|     *Defendants*. ) | |

## PLAINTIFFS' MOTION TO SET ASIDE INVALID ORDERS ENTERED AFTER NOVEMBER 17, 2025, AND FOR EITHER RECUSAL OR, IN THE ALTERATIVE, TRANSFER OF PLAINTIFFS' MOTION TO DISQUALIFY TO A SENIOR DISTRICT JUDGE WITHOUT A CONFLICT OF INTEREST

Plaintiffs, pursuant to Federal Rules of Civil Procedure 60 and 54, request that this Court set aside its invalid, null and void Orders dated after November 17, 2025, or, in the alternative, enter either an Order of Recusal or an Order transferring this matter to a Senior District Judge without a conflict of Interest – a Senior Judge nominated by a Democrat President.

Pursuant to Local Rule 4.01(a), Plaintiffs have filed a Memorandum in Support of this Motion contemporaneously herewith.

WHEREFORE, Plaintiffs respectfully request that this Court vacate and set aside its Orders dated after November 17, 2025, and that the Court either recuse or transfer Plaintiffs' Motion to Disqualify (Docs. 89 and 90) to a Senior District Judge without a conflict of interest, in accordance with 28 U.S.C. § 144 and 455, and the Eighth Circuit's guidance in *Atkins*.

Plaintiffs further request the Court grant such further relief as the Court deems just and proper.

      Respectfully submitted,

      */s/Matthew R. Grant*
      Matthew R. Grant, #MO50312
      GRANT FIRM LLC
      701 Market Street
      Suite 110, PMB 1709
      St. Louis, MO 63131
      T: (314) 255-7760
      Email: mattgrant.stl@gmail.com

      ***Pro Se* Plaintiff and counsel for Co-Plaintiff Stop Missouri Corruption, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 2, 2025, the foregoing was filed electronically with the Clerk of Court, therefore to be served electronically by operation of the Court's electronic filing system upon all counsel of record.

      */s/ Matthew R. Grant*