UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MATTHEW R. GRANT, et al, | ) |
|     *Plaintiffs,* | ) |
| vs. | ) Case No. 25-CV-1203-JMD |
| BRUCE F. HILTON, et al., | ) |
|     *Defendants.* | ) |

## PLAINTIFF MATTHEW R. GRANT'S SUPPLEMENTAL AFFIDAVIT PURSUANT TO 28 U.S.C. § 144

COMES NOW, individual Plaintiff and counsel Matthew R. Grant and states:

1. I am over the age of eighteen (18) and I am competent to make these statements.

2. All of the factual statements included in my *Combined* Reply filed on behalf of Plaintiffs are true.

3. My description of my professional background and experience that was *chided* and used as fodder for Judge Divine's attempt at public humiliation was merely an effort to demonstrate that I am a competent attorney, who has handled large cases, including class actions, who knows the law, knows corruption when he experiences it, and who has a valid claim that deserves court attention.

4. The description of my background, relationship with those in the U.S. Attorneys' Office, the new Missouri Attorney General, a former U.S. Attorney, a sitting District Judge and others are true.

5. I know how state and federal judicial appointments are made in a manner *unique* to my personal background.

6. My references to "Catherine" and "Josh" in my email dated February 28, 2025, are references to Missouri Attorney General Catherine Hanaway and Senator Joshua

1

Hawley. **Exhibit B** is a true and accurate copy of the email that I drafted and sent.

7. I have a good faith belief that both individuals are likely fact witnesses in this case. That fact is confirmed by the fact that my email only references *those 2 individuals*.

8. Upon review, I failed to include a discussion and citation to Senator Joshua Hawley in my last Motion and Affidavit.

9. Upon complete review of Judge Divine's background and the date of his nomination, I understand why he proactively **threatened sanctions** in what a reasonable person would interpret as a factually unsupported effort to convince me to dismiss and not file an Amended Complaint. A reasonable person would agree.

10. I included a redacted version of the following email in my Initial Complaint:

> From: ███
> Sent: Monday, September 18, 2017 3:11 PM
> To: ███
> Subject: ███
>
> All:
>
> From my perspective, we have the October 13th TRO date and subsequent trial dates in November. How wedded are you to the trial dates? It is important that ███ get evaluated since we are buying future litigation. Thoughts? The alternative is ███ who is also a PhD and does a large volume of child evaluations for St. Louis County Juvenile Court.

11. The email above was not buried at the back of a 168-page complaint. It was and is right there on page 11. Doc. 3, p. 11.

12. I am concerned for our justice system when not a single individual in authority, including newly confirmed District Judge Divine, take no interest and take no offense by lawyers and a Guardian *Ad Litem* in the 21st Circuit Court for the State

2

of Missouri colluding and "buying future litigation" at the expense of United States citizens that are parents.

13. The bias, prejudice and appearance of impropriety relating to Judge Divine in this specific case is readily apparent to all reasonable persons.

14. Faced with this email and proof of "buying future litigation," Judge Divine threatened to sanction me and described me as a "state court loser," stated that I may be "vindicative" and that I may desire to "harass" others.

15. I did not plead or request that this United States District Court for the Eastern District of Missouri "disbar" anyone as claimed by Judge Divine. Doc. 3, p. 11. That comment in Judge Divine's Show Cause Order is disingenuous and would be noticed by a reasonable person reviewing this situation.

16. I desire United States citizens to have their Civil Rights protected in state courts, including in the State of Missouri.

17. Borrowing from Judge Divine's Show Cause Order, I have "serious concerns" that any Article III judge does not think he or she has the authority to intervene in state court affairs in order to protect the civil and other constitutional rights of United States citizens. More importantly, it is contrary to established precedent. *See Mitchum v. Foster,* 407 U.S. 224, 240 (1972) (noting "Proponents of the legislation noted that state courts were being used to harass and injure individuals, either because the state courts were powerless to stop deprivations *or were in league with those who were bent upon abrogation of federally protected rights.*") *Id.* at 240 (emphasis added).

18. I have been practicing law for 25 years and never had any ethical complaint filed against me.

3

19. I bring this case as an Officer of the Court in order to end the judicial corruption that plagues the 21st Circuit Court for the State of Missouri, only after the Missouri Court of Appeals, the Missouri Supreme Court, the Missouri Office of Chief Disciplinary Counsel and the Missouri Office for Retirement, Discipline and Removal all were placed on actual notice *by me* and expressly declined to intervene and protect Missourians' rights under the United States Constitution.

20. I sent approximately 13 emails containing information about the corruption at issue in this case to AUSA Derek Wiseman who is a former colleague of mine from Husch Blackwell and with whom I even personally met with on behalf of a client *after* he entered that role.

21. It is unknown why Mr. Wiseman, who I met with while he was an AUSA will not even respond to me.

22. My knowledge of judicial corruption is not limited to just St. Louis County, Missouri.

23. As the email referenced in my prior Memorandum and in the *Combined* Reply illustrates, it was my preference to address the public corruption privately in an attempt to avoid the ***significant and potentially irreparable loss of public trust*** in Missouri's judicial system that will result from this case.

24. I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 8, 2025.

Matthew R. Grant

4

STATE OF MISSOURI   )

COUNTY OF ST. LOUIS )

Comes now Matthew R. Grant, being of lawful age and after being duly sworn, states that affiant has read the foregoing Affidavit, and that the facts therein are true and correct according to the affiant's best knowledge and belief.

_____
Affiant

Subscribed and sworn to before me, the undersigned Notary Public, on this 8th day of December 2025.

My Commission Expires: 3-8-26

_____
Notary Public

```
BRIAN HOWARD
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES MARCH 8, 2026
ST. LOUIS COUNTY
COMMISSION #22767787
```

5