Case: 4:25-cv-01203-JMB   Doc. #: 15-3   Filed: 12/08/25   Page: 1 of 4 PageID #: 1747

 **Gmail**

**Matt Grant** <mattgrant.stl@gmail.com>

---

## Re: Receipt of Submission - 12SL-DR03959-02 - MATTHEW R GRANT V C M G ETAL, St Louis County - Circuit Court
1 message

---

**Matt Grant** <mattgrant.stl@gmail.com>                                    Fri, Feb 28, 2025 at 9:34 AM
To: Maia Brodie <mbrodie@brodielawstl.com>
Cc: John Fenley <john@rhflegal.com>, "Bruce.Hilton@courts.mo.gov" <bruce.hilton@courts.mo.gov>

Maia:

You can return to the kids table now. The adults will be talking here on out.

Your move Bruce. No need to drag this out, it will just make the political fallout worse.

Am I negotiating with Catherine or Josh?

Tell your top point person that is your go-between to have him or her send their messenger.



Thanks,
Matt

> On Fri, Feb 28, 2025 at 7:17 AM Maia Brodie <MBrodie@brodielawstl.com> wrote:
>> All,
>>
>> I will be appearing to argue my motions
>> As properly noticed and scheduled.
>>
>> Maia
>> Sent from my iPhone
>>
>>> On Feb 27, 2025, at 9:49 PM, Matt Grant <mattgrant.stl@gmail.com> wrote:
>>>
>>>
>>> CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
>>>
>>> All:
>>>
>>> In light of the filing below, the 21st Circuit no longer has jurisdiction over this case. There can be no hearing tomorrow morning.
>>>
>>> I look forward to Judge Hilton's procedural order transferring this matter to the Missouri Supreme Court for its consideration of my Motion.
>>>
>>> Have a great evening!
>>> Matt

Exhibit B

>>> ---------- Forwarded message ---------
>>> From: **Matthew R. Grant** <matthew.grant@practus.com>
>>> Date: Thu, Feb 27, 2025 at 9:45 PM

Case: 4:25-cv-01263-JMB   Doc. #: 1-3   Filed: 12/08/25   Page: 2 of 4   PageID #: 1749

Subject: Fw: Receipt of Submission - 12SL-DR03959-02 - MATTHEW R GRANT V C M G ETAL, St Louis County - Circuit Court
To: Matt Grant <mattgrant.stl@gmail.com>

Get Outlook for iOS

**Matthew R. Grant** 
Partner

# PRACTUS

📞 (314) 412-9112
✉️ matthew.grant@practus.com
🌐 My Bio | Connect on LinkedIn

---

**From:** Missouri Courts eFiling System <mocourts.efiling@courts.mo.gov>
**Sent:** Thursday, February 27, 2025 9:28 PM
**To:** Missouri Courts eFiling Subscriber <mocourts.efiling@courts.mo.gov>
**Cc:** Matthew R. Grant <matthew.grant@practus.com>; 21st Judicial Circuit (St. Louis County) <slc.efiling@courts.mo.gov>
**Subject:** Receipt of Submission - 12SL-DR03959-02 - MATTHEW R GRANT V C M G ETAL, St Louis County - Circuit Court

Your submission on **2/27/25** at **9:26 PM** was **RECEIVED** by **St Louis County - Circuit Court** on **2/27/25** at **9:26 PM** but has not been processed.

You will receive notice from the court when the submission is accepted for filing, put on hold, or returned with the reason for the hold or return. You do not need to take action at this time.

Below is important information regarding this filing:

| | |
|---|---|
| **eFiling Confirmation Number** | EF37988867 |
| **Filer Reference Number** | **None entered by filer** |
| **Payment Confirmation Number** | No filing fee or payment information on this filing. |
| **Case Number** | 12SL-DR03959-02 |
| **Case Description** | **MATTHEW R GRANT V C M G ETAL** |
| **Case Type** | **Paternity - Motion to Modify (no open/active case)** |

Notes to Clerk:   None Entered by Filer

**Document(s):**

| | |
|---|---|
| **Document Category and Type** | Motion to/for - Change of Judge |
| **Document Title** | PETITIONERS VERIFIED MOTION FOR CHANGE OF JUDGE AND TO DISQUALIFY JUDGE HILTON AND THE ENTIRE 21st CIRCUIT FOR CAUSE ANDOR DUE TO THE APPEARANCE OF IMPROPRIET |
| **Attachment(s)** | Exhibit A |
| | Exhibit B |
| | Exhibit C |

| | Exhibit D |
|---|---|
| | Electronic Filing Certificate of Service |
| **File On Behalf Of** | **MATTHEW R GRANT** |

To view or save a document, click one of the hyperlinks above. The document title hyperlink will open the document directly until the court accepts the document. After that time, you will have to login to Case.net and use the case number link to view the document.

**Service Information:**

| **Party** | ELIZABETH ANNE CARTHEN, Attorney for Respondent |
|---|---|
| **Service E-mail Address** | lcarthen@brodielawstl.com |

| **Party** | MAIA BRODIE, Attorney for Respondent |
|---|---|
| **Service E-mail Address** | mbdiscovery@brodielawstl.com |

| **Party** | JOHN F MAHON, Attorney - Limited Representation |
|---|---|
| **Service E-mail Address** | jmahon@bscr-law.com |

| **Party** | KATHERINE ELIZABETH HENRY, Attorney - Limited Representation |
|---|---|
| **Service E-mail Address** | khenry@lashlybaer.com, kenry@chgolaw.com |

| **Party** | LAWRENCE GERARD GILLESPIE, Attorney for Other Party |
|---|---|
| **Service E-mail Address** | lgillespie@ghc-law.com |

| **Party** | JOHN R FENLEY, Guardian Ad Litem |
|---|---|
| **Service E-mail Address** | john@rhflegal.com |

| **Party** | RACHEL MARIE SCHAFER, Attorney - Limited Representation |
|---|---|
| **Service E-mail Address** | rachel.schafer@bakersterchi.com |

| **Party** | SHARON E. REMIS, Attorney for Other Party |
|---|---|
| **Service E-mail Address** | sremis@ghc-law.com |

| **Party** | MARK ROBERT FELDHAUS, Attorney - Limited Representation |
|---|---|
| **Service E-mail Address** | mfeldhaus@lashlybaer.com |

Click to access the **Missouri eFiling System**.

Click here for **Manage My Case**.

This e-mail is auto generated. Please do not respond. **If you have a concern with your filing, please contact the court.** If you need technical
assistance, please contact the Office of State Courts Administrator Help Desk at
osca.help.desk@courts.mo.gov or toll-free by phone
at 1(888)541-4894. The Help Desk is available 7:30 a.m. to 5:00 p.m. Monday through Friday, excluding
state holidays.