UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW R. GRANT, et al, | ) | |
| | ) | |
| *Plaintiffs,* | ) | JURY TRIAL DEMANDED |
| vs. | ) | |
| | ) | |
| BRUCE F. HILTON, et al., | ) | Case No.  25-CV-1203-JMD |
| | ) | |
| *Defendants.* | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT**

COME NOW Plaintiffs, pursuant to FED.R.CIV.P. 15(a), respectfully request that this Court grant them leave to file a Second Amended Complaint that addresses all issues raised by the Defendants in their Motions to Dismiss.

Pursuant to Local Rule 4.07, Plaintiffs attach a CLEAN and REDLINED version of the proposed Second Amended Complaint hereto as **Exhibits A and B.**

Pursuant to Local Rule 4(A0, Plaintiffs are filing a Memorandum in Support of this Motion for Leave contemporaneously herewith.

WHEREFORE, Plaintiffs respectfully request the Court to grant their Motion for Leave to Amend and grant such further relief as the Court deems just and proper.

Respectfully submitted,

_____*/s/Matthew R. Grant*_____
Matthew R. Grant, #MO50312
GRANT FIRM LLC
701 Market Street
Suite 110, PMB 1709
St. Louis, MO 63131
T: (314) 255-7760
Email:  mattgrant.stl@gmail.com

***Pro Se* Plaintiff and counsel for Co-Plaintiff Stop Missouri Corruption, LLC**

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 23, 2025, the foregoing was filed electronically with the Clerk of Court, therefore to be served electronically by operation of the Court's electronic filing system upon all counsel of record.


*/s/ Matthew R. Grant*

4921-3441-1030, v. 1