# Name Search Result
## Eastern District Ct of Appeals

Displaying records returned for parties with a name of **grant,** for case types in **ALL** court locations on **12/07/2025**.

### GRANT, CHALEY

**Case Type:** AP Civil Appeal Circuit
**Style of Case:** MILLS BOULDER, RES V RAPHAEL JACKSON, ET AL., APP
**Case Number:** ED113974
**Party Type:** Appellant Acting Pro Se
**Location:** Eastern Appellate
**Filing Date:** 10/17/2025
**Originating County & Case Number:**
**Appellate Court & Case Number:** 25SL-AC30150 ST. LOUIS COUNTY CIRCUIT COURT

### GRANT, JHAMON T.

**Case Type:** AP Civil Appeal Circuit
**Style of Case:** JHAMON GRANT, RES V LAQUITA NASH-GRANT, APP
**Case Number:** ED113929
**Party Type:** Respondent
**Location:** Eastern Appellate
**Filing Date:** 10/04/2025
**Originating County & Case Number:**
**Appellate Court & Case Number:** 24L6-FC00064 LINCOLN COUNTY CIRCUIT COURT

### GRANT, MATTHEW R.

**Case Type:** AP Writ of Prohibition
**Style of Case:** ST EX REL. MATTHEW GRANT, REL V BRUCE HILTON, RES
**Case Number:** ED113799
**Party Type:** Relator
**Location:** Eastern Appellate
**Filing Date:** 08/22/2025
**Originating County & Case Number:**
**Appellate Court & Case Number:**

**Case Type:** AP Writ of Prohibition
**Style of Case:** SXR MATT GRANT, REL V. BRUCE HILTON, ET AL., RES
**Case Number:** ED113826
**Party Type:** Relator
**Location:** Eastern Appellate
**Filing Date:** 09/02/2025
**Originating County & Case Number:**
**Appellate Court & Case Number:**

Displaying records returned for parties with a name of **grant,** for case types in **ALL** court locations on **12/07/2025**.

# Exhibit C