| Respond to Selected Documents

**Sort Date Entries:** Descending Ascending

**Display Options:** All Entries

**03/27/2025**

**Clerk Remark**
Copy of Order dated March 27, 2025 E-Mailed to Hon. Bruce Hilton.
**Disposed- Pet for Writ Denied**
Relator has filed a writ of prohibition, or in the alternative, writ of mandamus along with suggestions in support and exhibits. Relator has also filed a motion to disqualify the entire Missouri Court of Appeals, Eastern District for cause and/or due to appearance of impropriety, and for transfer to the Missouri Supreme Court. Relator has additionally filed a motion for leave for non-compliance with appellate court rules. In Relator's filings, he asserts that this Court is without jurisdiction to hear this writ due to an appearance of impropriety arising from comments allegedly made by Respondent. Relator concedes he "has no personal knowledge of any corruption within the Missouri Court of Appeals for the Eastern District of Missouri." But, asserts "if is obvious" Rule2-2.11 applies citing "(A) A judge shall recuse himself or herself in any proceeding in which the judge's impartiality might reasonably be questioned." Relator has failed to demonstrate how all the judges of this Court lack impartiality or how their impartiality could be reasonably questioned. Relator's motion to disqualify the entire Missouri Court of Appeals, Eastern District is denied. Relator asks that we transfer this case to the Missouri Supreme Court. In light of Relator's stated goal that this writ petition be reviewed by the Missouri Supreme Court and the time constraints alleged, we hereby deny Relator's writ of prohibition, or in the alternative, writ of mandamus. Relator may now file his writ petition in the Missouri Supreme Court. Relator's motion for leave for non-compliance with appellate court rules is denied as moot.
**Clerk Remark**
THIS CASE CLOSED PURSUANT TO SECTION 210.846
**Note to Clerk eFiling**

  **Filed By:** MATTHEW R. GRANT
**Exhibits Filed**
Exhibits Part 55.
  **Filed By:** MATTHEW R. GRANT
  **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT
**Exhibits Filed**
Exhibits Part 54.
  **Filed By:** MATTHEW R. GRANT
  **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT
**Exhibits Filed**
Exhibits Part 53.
  **Filed By:** MATTHEW R. GRANT
  **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT
**Exhibits Filed**
Exhibits Part 52.
  **Filed By:** MATTHEW R. GRANT
  **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT
**Exhibits Filed**
Exhibits Part 51.
  **Filed By:** MATTHEW R. GRANT
  **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT
**Exhibits Filed**
Exhibits Part 50.
  **Filed By:** MATTHEW R. GRANT
  **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT
**Exhibits Filed**
Exhibits Part 49.
  **Filed By:** MATTHEW R. GRANT
  **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT
**Exhibits Filed**
Exhibits Part 48.
  **Filed By:** MATTHEW R. GRANT
  **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

Close

Exhibit D

**Exhibits Filed**
Exhibits Part 47.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part 46.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part 45.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part 43.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part 42.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part 41.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part 40.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part 39.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part 38.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part 37.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part 36.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part 34.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part 33.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part 32.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part 31.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part 30.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part 29.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part 28.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part 27.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part 26.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part 25.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part 24.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part 23.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part 22.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**03/26/2025**

**Exhibits Filed**
Exhibits Part 21.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part 20.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibit Part 19.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part 18.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part 17.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part Sixteen.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part Fifteen.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part 14.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part Thirteen.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part Twelve.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part Eleven.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part Ten.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part 9.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part Seven.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part Eight.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part Six.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part Eight.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part Seven.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part Six.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
Exhibits Part Five.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Filing**
Certificate of Service.
    **Filed By:** MATTHEW R. GRANT
    **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Other Motion**
FOR LEAVE FOR NON-COMPLIANCE WITH APPELLATE COURT RULES
   **Filed By:** MATTHEW R. GRANT
   **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
EXHIBITS PART FOUR.
   **Filed By:** MATTHEW R. GRANT
   **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
EXHIBITS PART THREE.
   **Filed By:** MATTHEW R. GRANT
   **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Exhibits Filed**
EXHIBITS PART TWO.
   **Filed By:** MATTHEW R. GRANT
   **On Behalf Of:** MATTHEW R. GRANT, MATTHEW R. GRANT

**Filing Info Sheet eFiling**

   **Filed By:** MATTHEW R. GRANT

**Other Motion**
VERIFIED MOTION TO DISQUALIFY THE ENTIRE COURT OF APPEALS FOR EASTERN DISTRICT OF MISSOURI FOR CAUSE AND OR DUE TO APPEARANCE OF IMPROPRIETY AND FOR TRANSFER.
   **Filed By:** MATTHEW R. GRANT

**Exhibits Filed**
EXHIBITS PART ONE.
   **Filed By:** MATTHEW R. GRANT

**Exhibits Filed**
EXHIBIT LIST.
   **Filed By:** MATTHEW R. GRANT

**Suggestions in Support**

   **Filed By:** MATTHEW R. GRANT

**Writ Filed in MO Ct of Appeals**

   **Filed By:** MATTHEW R. GRANT

**Writ Summary Filed**

   **Filed By:** MATTHEW R. GRANT

**Filing Fee Paid**

*Confidential - for Court Use Only*
Information displayed per user security authorization