

# In the Missouri Court of Appeals
# Eastern District

| | |
|---|---|
| STATE EX REL. MATTHEW R. GRANT, RELATOR, | ) No. ED113446 ) ) ) Writ of Prohibition or, in the alternative, ) Writ of Mandamus ) |
| vs. | ) Cause No. 12SL-DR03959-02 ) |
| THE HONORABLE BRUCE HILTON, PRESIDING JUDGE OF THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS, 21ST JUDICIAL CIRCUIT, DIVISION 13, RESPONDENT. | ) ) ) ) ) |

### ORDER

Relator has filed a writ of prohibition, or in the alternative, writ of mandamus along with suggestions in support and exhibits. Relator has also filed a motion to disqualify the entire Missouri Court of Appeals, Eastern District for cause and/or due to appearance of impropriety, and for transfer to the Missouri Supreme Court. Relator has additionally filed a motion for leave for non-compliance with appellate court rules.

In Relator's filings, he asserts that this Court is without jurisdiction to hear this writ due to an appearance of impropriety arising from comments allegedly made by Respondent. Relator concedes he "has no personal knowledge of any corruption within the Missouri Court of Appeals for the Eastern District of Missouri." But, asserts "it is obvious" Rule2-2.11 applies citing "(A) A judge shall recuse himself or herself in any proceeding in which the judge's impartiality might reasonably be questioned." Relator has failed to demonstrate how all the judges of this Court lack impartiality or how their impartiality could be reasonably questioned. Relator's motion to disqualify the entire Missouri Court of Appeals, Eastern District is denied.

Relator asks that we transfer this case to the Missouri Supreme Court. In light of Relator's stated goal that this writ petition be reviewed by the Missouri Supreme Court and the time constraints alleged, we hereby deny Relator's writ of prohibition, or in the alternative, writ of mandamus. Relator may now file his writ petition in the Missouri Supreme Court. Relator's motion for leave for non-compliance with appellate court rules is denied as moot.

Exhibit G

SO ORDERED.

DATED: 3/27/2025

Philip M. Hess
Writ Division VII
Missouri Court of Appeals, Eastern District

Robert M. Clayton III, concurs.[1]

cc:  Hon. Bruce Hilton
John Fenley
Maia Brodie
Matthew Grant



---

[1] Virginia W. Lay, J., and Gary M. Gaertner, Jr., J. have recused from consideration of this writ.