UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MATTHEW R. GRANT, individually, as *Next Friend* to C.L.G. and as *Next Friend* to C.M.G., and on behalf of all others similarly situated, and STOP MISSOURI CORRUPTION, LLC, d/b/a www.StopMissouriCorruption.com<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BRUCE F. HILTON, et. al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:25-cv-01203-JMD<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO SEAL OR REDACT PLEADINGS FILED BY PLAINTIFF**

COMES NOW, Defendant Maia Brodie ("Defendant"), for her Motion to Seal or Redact pursuant to Local Rule 13.05 hereby states as follows:

1.	Plaintiffs filed this action on August 11, 2025, against various Defendants for an alleged RICO Scheme in St. Louis County Family Court. (See Doc No 3).

2.	On December 26, 2025, Plaintiffs filed their Motion for Leave to File an Amended Complaint, which included a redlined version of the Second Amended Complaint. (See Doc No. 114 and 114-10).

3.	In the Proposed Second Amended Complaint Plaintiffs refer to the municipality where Defendant Brodie lives.

4.	Plaintiffs also include the name of Defendant's husband, the purported value of her personal home, an LLC owned by the Defendant and her husband and address and purported value of commercial property owned in part by Defendant's spouse.

1

5. Plaintiff Grant claims that his affirmative efforts to publicize this lawsuit have led to over 1 million views on social media. (See Doc. No. 90 Footnote 2)

6. There is no public purpose in not having the Second Amended Complaint not sealed or redacted.

7. Defendant Brodie files her Memorandum in Support of this Motion contemporaneously with this Motion and incorporates the same as if fully set forth herein.

WHEREFORE, Defendant Brodie respectfully requests this Court enter an order sealing or redacting the Proposed Second Amended Complaint, and for such further relief this Court deems fair and just under the circumstances.

HEPLERBROOM LLC

By: /s/ Gabrielle A. Deimeke
Thomas J. Magee No. 32871MO
Kathleen Schlef Hamilton No. 51974MO
Gabrielle A. Deimeke No. 74624MO
701 Market Street, Suite 1400
St. Louis, MO 63101
314-241-6160
tmagee@heplerbroom.com
ksh@heplerbroom.com
gad@heplerbroom.com
*Attorneys for Rienker, Hamilton & Fenley, LLC, and Maia Brodie, individually and d/b/a Brodie Law*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 5, 2026, the foregoing was filed electronically with the Clerk of Court, therefore to be served electronically by operation of the Court's electronic filing system upon all counsel of record.

/s/ Gabrielle A. Deimeke