UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MATTHEW R. GRANT, individually, as *Next Friend* to C.L.G. and as *Next Friend* to C.M.G., and on behalf of all others similarly situated, and STOP MISSOURI CORRUPTION, LLC, d/b/a www.StopMissouriCorruption.com<br><br>Plaintiffs,<br><br>v.<br><br>BRUCE F. HILTON, et. al.,<br><br>Defendants. | Case No. 4:25-cv-01203-JMD |

### MEMORANDUM IN SUPPORT OF MOTION TO SEAL OR REDACT PLEADINGS FILED BY PLAINTIFF

COMES NOW, Defendant Maia Brodie ("Defendant"), by and through the undersigned counsel pursuant to Local Rule 13.05 and in support of her Motion to Seal or Redact hereby states as follows:

Defendant has previously filed a motion to seal or redact pleadings filed by Plaintiffs when they published Defendant's home address in their original pleadings which this Court granted. This Court recognizes the right of parties in cases to seek the filing under seal of material and information in civil cases. United States District Court, Eastern District of Missouri Local Rule 13.05. As the Court has noted already in this case, Plaintiffs' Complaint and now Amended Complaint include some highly charged allegations.

Plaintiffs have now filed a proposed Second Amended Complaint which does not list a specific address for Defendant but does refer to the municipality where she lives. (See Doc. No 114-10). Plaintiff also includes the name of Defendant's husband, the purported value of