UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MATTHEW R. GRANT, individually, as *Next Friend* to C.L.G. and as *Next Friend* to C.M.G., and on behalf of all others similarly situated, and STOP MISSOURI CORRUPTION, LLC, d/b/a www.StopMissouriCorruption.com <br><br> Plaintiffs, <br><br> v. <br><br> BRUCE F. HILTON, et. al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 4:25-cv-01203-JMD |

## MEMORANDUM IN SUPPORT OF MOTION TO SEAL OR REDACT PLEADINGS FILED BY PLAINTIFF

COMES NOW, Defendant Maia Brodie ("Defendant"), by and through the undersigned counsel pursuant to Local Rule 13.05 and in support of her Motion to Seal or Redact hereby states as follows:

Defendant has previously filed a motion to seal or redact pleadings filed by Plaintiffs when they published Defendant's home address in their original pleadings which this Court granted. This Court recognizes the right of parties in cases to seek the filing under seal of material and information in civil cases. United States District Court, Eastern District of Missouri Local Rule 13.05. As the Court has noted already in this case, Plaintiffs' Complaint and now Amended Complaint include some highly charged allegations.

Plaintiffs have now filed a proposed Second Amended Complaint which does not list a specific address for Defendant but does refer to the municipality where she lives. (See Doc. No 114-10). Plaintiff also includes the name of Defendant's husband, the purported value of

1

her personal home, an LLC owned by the Defendant and her husband and address and purported value of commercial property owned in part by Defendant's spouse. *Id.*

Plaintiff has previously bragged to this Court in a footnote in one of his pleadings that Plaintiff's affirmative efforts have led to over 1 million views on social media about his lawsuit. (See Doc. No. 90 Footnote 2) ("Plaintiff's continuing efforts have obtained more than 500,000 Facebook profile views and more than 800,000 total views including social media outlets such as LinkedIn, Tik Tok, Instagram and X"). Clearly, Plaintiff's motive in providing personal information about the Defendant has more to do with his desire for publicity rather than any fact relevant to the lawsuit. Evidence of this is clearly shown with inclusion of information about a non-party's refinancing of their mortgage that is inexplicably included in the proposed Second Amended Complaint

There is no public purpose in not having the Second Amended Complaint not sealed or redacted.

HEPLERBROOM LLC

By: */s/ Gabrielle A. Deimeke*
Thomas J. Magee No. 32871MO
Kathleen Schlef Hamilton No. 51974MO
Gabrielle A. Deimeke No. 74624MO
701 Market Street, Suite 1400
St. Louis, MO 63101
314-241-6160
tmagee@heplerbroom.com
ksh@heplerbroom.com
gad@heplerbroom.com
*Attorneys for Rienker, Hamilton & Fenley, LLC, and Maia Brodie, individually and d/b/a Brodie Law*

2

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on January 6, 2026, the foregoing was filed electronically with the Clerk of Court, therefore to be served electronically by operation of the Court's electronic filing system upon all counsel of record.

                                         */s/ Gabrielle A. Deimeke*