**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| MATTHEW R. GRANT, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| | ) No. 4:25-CV-01203-JMD |
| BRUCE F. HILTON, et al., | ) |
| | ) |
| *Defendant.* | ) |
| | ) |
| | ) |
| | ) |

**ORDER OF DISMISSAL**

In accordance with the Court's accompanying order entered on this date,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice.

Dated this 23rd day of April, 2026

_____
JOSHUA M. DIVINE
UNITED STATES DISTRICT JUDGE
FOR THE EASTERN AND WESTERN
DISTRICTS OF MISSOURI

1