UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW R. GRANT, individually, | ) | |
| as *Next Friend* to C.L.G. and as | ) | |
| *Next Friend* to C.M.G., and on behalf of | ) | |
| all others similarly situated, | ) | |
| | ) | Case No. 25-CV-1203-JMD |
| and | ) | |
| | ) | |
| STOP MISSOURI CORRUPTION, LLC, | ) | |
| dba | ) | |
| www.StopMissouriCorruption.com | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| vs. | ) | |
| | ) | |
| BRUCE F. HILTON, in his individual and | ) | |
| official capacity as Presiding Circuit | ) | |
| Judge of the 21st Circuit Court of the | ) | |
| State of Missouri, et al. | ) | |

## DECLARATION AND AFFIDAVIT OF MATTHEW R. GRANT PURSUANT TO 28 U.S.C. § 1746

COMES NOW, Matthew R. Grant, and hereby depose and state as follows:

1. I submit this affidavit pursuant to 28 U.S.C. § 1746 in support of Plaintiffs' response to the motion to dismiss the above-captioned lawsuit.

2. The statements set forth in this affidavit are based on my own personal knowledge and investigation unless stated otherwise.  These statements are true to the best of my knowledge and belief as of the date I sign this affidavit.

3. I am over the age of 18 and competent to make this declaration.

4. Each and every factual statement included in each of my Complaints in this matter are true and accurate.

5. I have never filed a pleading, much less any of the Complaints in this matter, in bad faith or for the purpose of harassing any individual or entity.

6. Each pleading and transcript attached to the response filed contemporaneously herewith is a true and accurate copy of the original.

**Exhibit A**

7. I am a member of the Missouri and Illinois Bar Associations and has been admitted to practice before this district court since approximately 2001.

8. My last drink of alcohol, and the last drink of alcohol in my lifetime was March 17, 2024 – the date upon which I checked in a rehabilitation facility.  That was more than 2 years ago.

9. I have been blowing in a facial recognition "Soberlink" breathalyzer device since approximately April 19, 2024.  I blow from 3-5 times each day, including on the date of this Affidavit.  As was established in the state court matter, I have *never* failed a breathalyzer test.

10. I agreed to continue to blow into the Soberlink device until the youngest child at issue in this case, C.M.G., who turns 15 on June 6th, until he turns 18 years of age.  The ongoing breathalyzer requirement (3 times per day) is contained in Defendant Hilton's final judgment entered in the state court matter.

11. The "unrelated" custody case cited by the Court (Doc. 130, p. 15) involved Defendant Hilton serving as the trial court judge engaging in the *same* criminal enterprise at issue in the state court case involving Plaintiff Matthew R. Grant.

12. I have never alleged that President Donald J. Trump has knowledge of or is involved in the RICO enterprise at issue in this matter.

13. My allegations reference a portion of the St. Louis, Missouri-based "political machine" that I know is involved in the selection and nomination of judges in state and federal courts in the St. Louis area.

14. I have suffered and will continue to suffer retaliation for exposing the very real criminal conspiracy and enterprise identified in my Complaints in this matter.

15. I reported Defendant Hilton to AUSA Derek Wiseman before he issued a single order adverse to my interests.

16. I worked with AUSA Derek Wiseman at Husch Blackwell LLP.

17. I am an acquaintance, if not also a friend, of the Honorable Matthew T. Schelp.  We worked together on cases for many years.

18. I also worked with current Missouri Attorney General Catherine Hanaway for many years.

19. I also worked with and shared cases with former U.S. Attorney Jeffrey Jensen.

20. During the January 21, 2025, hearing described in each Complaint, Defendant Hilton acknowledged Defendant Greaves' ex parte judicial communications, ruled that what happened in the case prior to his involvement was a "travesty" and caused "suffering," and he stated he was the one that could help.

21. The TRO attached to the Response filed contemporaneously herewith is a true and accurate copy and scan of the actual pages I hand-delivered to Defendant Hilton on January 28, 2025, when I appeared for an ex parte TRO hearing.

22. On January 28, 2025, Defendant Hilton returned the hand-delivered Motion for TRO to me in his courtroom located in the St. Louis County Courthouse.  At that time, Defendant Hilton still led me to believe that he was aligned with me in reversing the wrongs committed by Defendants Brodie and Fenley.  As noted in my TRO, I was beginning to suspect Defendant Hilton was not an ally as I discovered and confirmed on February 7, 2025.

23. On June 2, 2025, Defendant Fenley offered a *quid pro quo* in which Plaintiff could regain custody of his children if he dropped his claims of criminal corruption.  The following is a true and accurate recording made by Plaintiff of a conversion between Plaintiff and Defendant Fenley:

https://drive.google.com/file/d/1sucH0k3IJsJtwovNCi7yEA1jaCEhAIfa/view?usp=drive _link

24. Any suggestion that the June 2, 2025, recorded conversation linked above reflects a false scenario contrived by me is untrue.

25. On the afternoon, and evening of March 26th and the early morning of March 27, 2025, I drove to Chicago, Illinois to complete the filing of my initial Petition for Writ of Mandamus filed in the state court matter: Matthew R. Grant v. Rebecca A. Copeland, Case No. 12-SL-DR03959-02.

26. I commenced the March 26, 2025, Writ filing in a public library located in Springfield, Illinois.  I had left the St. Louis, Missouri area earlier that day out of fear for my personal safety.

27. I drove to Chicago, Illinois as I feared for my personal safety if I were to have filed my writ in St. Louis, Missouri.

28. Within 2 hours of the completion of my March 26, 2025, writ filing, I flew from Chicago to Mexico out of fear for my personal safety.

29. I moved hotels in Mexico every 2-3 days in order to make it more difficult for anyone who might seek to locate me and cause me personal and physical harm.

30. I stayed in Mexico from March 27, 2025, until April 25, 2025, out of fear for my personal safety. *See* **Exhibits 2** and **3** hereto (proof of flights).

31. At the last minute, I changed my April 25, 2025, flight to land in St. Louis and I paid $495.00 to ship my vehicle from the O'Hare airport Hilton Garden Inn to my home in St. Louis. **Exhibit 4**.

32. While in Mexico, I rarely left my room or the interior of the hotel in which I was staying out of fear for my personal safety.

33. For very good reason, I was scared for my personal well-being as demonstrated in my publicly available Writ pleadings and **Motion for Security and Personal Protection** filed with the Missouri Supreme Court on April 4, 2025, in Case No. 101040. Motion for Security and Personal Protection is attached hereto as **Exhibit 5**.

34. In addition to Judge Zerr, Plaintiff's therapist dating back to January 4, 2025 has confirmed that Plaintiff truly believes the corruption exists. *See* **Exhibit O**, May 20, 2026, letter from Plaintiff's therapist Brian Winkler, MSW, LCS.

35. I have identified a RICO enterprise that I have learned has not only existed but has been reported by journalists dating back to February 2021. *See* https://pjmedia.com/megan-fox/2021/05/17/missouri-family-court-corruption-investigation-complete-catalog-n1447471. Ms. Fox is not the only journalist to report on corruption in the St. Louis Family Court. *See, e.g.* https://theeprovocateur.blogspot.com/2021/02/deep-state-in-missouri-reveals-itself.html

36. I have never alleged that Defendant Hilton or any other defendant in this matter was his/herself an individual threat to my well-being.

37. To the contrary, I reasonably feared that the corrupt criminal enterprise that I began publicly exposing in March 2025 had the means and motive to cause me personal harm.

38. For the remainder of my legal career, I must be accompanied by a St. Louis County Police Department Officer solely because I filed and mailed a request for Waiver of Service in this matter to Defendant Commissioner Greaves.

39. I do allege that one or more of the individuals that were involved in the selection of Judge Divine for nomination as a United States District Judge are likely part of the "political machine" I identify in my Complaints.

40. I do believe that I am the right person, at the right time, to proceed *pro se* and put an end to the corruption that is a cancer in the St. Louis County Family Court. The corruption is real and I have personally observed it with my own eyes and ears.

41. The Honorable Joshua Divine's various Orders including personal attacks are examples of the very reason other Missouri licensed attorneys have not and likely will not come forward to put an end to the corruption that is known to exist in the St. Louis County Family Court.

42. I am an Eagle Scout and prior to this situation, no judge has ever dared to question my honesty and credibility. It is an insult to my 26 years of practice and my current efforts to rid the legal profession of corrupt individuals to the extent I can.

43. I am currently running for Congress due to my experience in this Court and in the St. Louis County Family Court. Clearly, federal legislation is needed to address the corruption that the Missouri judicial systems have refused to address. Other than these reasons, I have no other desire to become a politician at 50 years of age.

44. Specifically, I have no personal desire to jeopardize the time that I have fought for with my minor children throughout the last year ~1 ½ years by possibly serving in the United States House of Representatives.

45. This situation caused me to miss out on more than 11 months of all income as an attorney while I outed and pursued the corruption at issue in this matter.

46. In January 2025, I hired and paid for a private investigator to assist in the preliminary investigation of the RICO enterprise.

47. I hired the same private investigator to accompany me to the January 21, 2025, hearing and serve as personal protection (bodyguard). I also paid to have as much of

the day video recorded as possible.  I spent approximately $1,200 on this expense alone.

48. My lifetime personal savings has been significantly depleted while I continue to self-fund my efforts to end corruption in the St. Louis County Family Court.

49. I have been criminally charged by a member of the law firm that authored the "Buying Future Litigation" email as that member happens to be the prosecuting attorney for the municipality in which Plaintiff resides.  *See* **Exhibit O t**o Plaintiff's Opposition filing contemporaneously herewith.

50. The charge is based upon my posting of the initial Complaint that was available on PACER on the date of the allegedly "criminal" positing.

51. I have been forced to hire criminal defense as a result of the charge referenced above.

52. I have been gang-stalked by many vehicles as I allege in my Complaints.

53. I currently possess photographs and video of several vehicles, including their license plates, that stalked and followed me in the St. Louis area.  In one instance, the vehicle parked in the middle of the street facing my vehicle so that I was almost completely blocked from driving around it.

54. I have a good faith belief that my computers were accessed in an unauthorized manner as reflected in the pictures included in my Complaints.  There should have been *no other individuals* remotely logged into the computers reflected in the pictures.

55. Defendant Fenley sent me an email expressing dissatisfaction with my Facebook posts regarding the June 23-24 final hearing/trial and shortly thereafter recommended that my then-existing custody of my children be *cut in half* from 4 days per month to 2 days per month.  Defendant Hilton ultimately doubled my custody from 4 days per month to 8 days per month.

56. I continue to investigate the RICO enterprise and I have identified and conducted an in-person interview of a St. Louis County Family and Juvenile Court expert that has appointed by the Court in more than 1,000 cases.  This individual holds a Ph.D. and is willing to serve as a whistleblower in this case and will testify in this matter as a whistleblower on other court-appointed therapists that have colluded with the RICO

criminal enterprise to provide false opinions in order to prolong St. Louis County Family Court matters.

57. I possess many more pieces of evidence that prove the corruption in the St. Louis Family Court.  I would gladly provide them to any Court of competent jurisdiction (e.g., the Eighth Circuit Court of Appeals or the Missouri Supreme Court).

I declare under penalty of perjury that the foregoing is true and correct.




Executed on May 21, 2026


_/s/ Matthew R. Grant_____
Matthew R. Grant, #MO50312

Case: 4:25-cv-01203-JMD    Doc. #: 133-1    Filed: 05/21/26    Page: 8 of 19 PageID #: 2359

 Gmail

**Matt Grant <mattgrant.stl@gmail.com>**

## Fw: Your trip confirmation (ORD - CUN)

1 message

████████████████████████████                          Thu, May 21, 2026 at 1:08 PM
To: mattgrant.stl@gmail.com

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Wednesday, March 26, 2025, 1:49 PM, American Airlines <no-reply@info.email.aa.com> wrote:



Issued: March 26, 2025

Your trip confirmation and receipt
You can check in via the American app 24 hours before your flight and get your mobile boarding pass.



Confirmation code: **ECUPXV**

**Thursday, March 27, 2025**

| | | |
|---|---|---|
| **ORD** Chicago O'Hare **8:37 AM** | **AA 1503** | |
| **CUN** Cancun **12:27 PM** | Seat: **21C** Class: **Economy (Y)** Meals: **Food for purchase** |

**Sunday, March 30, 2025**

**Manage your trip**

**Exhibit 1**

Case: 4:25-cv-01203-JMD    Doc. #: 133-1    Filed: 05/21/26    Page: 9 of 19 PageID #: 2360

Confirmation code: **ECUPXV**



|  | **CUN**<br>Cancun<br>**2:51 PM** | **AA 215** |
|---|---|---|
|  | **ORD**<br>Chicago O'Hare<br>**6:56 PM** | Seat: **13E**<br>Class: **Economy (Y)**<br>Meals: **Food for purchase** |

**Manage your trip**

Limited Time: Earn up to 75,000 bonus miles*
Find the Citi® / AAdvantage® card that's right for you. Terms Apply.
Learn more



# Your purchase

**Matthew Grant - AAdvantage® #: K43******

| | |
|---|---|
| New ticket (0012226362977)<br>[90,500 miles + Taxes & carrier-imposed fees $125.21] | 90500 miles |
| Preferred seat (ORD-CUN)<br>Document #: (0010622872734) | $32.04 |
| Preferred seat (CUN-ORD)<br>Document #: (0010622872734) | $36.06 |

| **Total cost** | **90,500 miles** | **$193.31** |
|---|---|---|

# Your payment

| MasterCard (ending 4995 )<br>Miles (K43****) | $193.31 |
|---|---|

| Total paid | **90,500 miles** | **$193.31** |
|---|---|---|

Bag information

**Checked Bag (Airport)**
ORD - CUN

**Checked Bag (Airport)**

| | |
|---|---|
| 1st bag | $35.00 |
| 2nd bag | $45.00 |

CUN - ORD

| | |
|---|---|
| 1st bag | $36.40 |
| 2nd bag | $46.80 |

ORD - CUN

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

CUN - ORD

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms
Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

Carry-on bags (American Airlines)

| | |
|---|---|
| **Personal item** | A small purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |
| **Carry-on** | Maximum dimensions must not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm). |



Book a hotel »



Book a car »



Buy trip insurance »



Vacations »



Drive off with up to 1,000 bonus miles
Book Avis and Budget
AVIS Budget



Have flexibility on hotel bookings
Search now





Contact us
Privacy policy

**Download the American app**

 

© 2025 American Airlines, Inc. All Rights Reserved.



Case: 4:25-cv-01203-JMD     Doc. #: 133-1     Filed: 05/21/26     Page: 12 of 19 PageID #: 2363

*Offers may vary over time and this offer may not be available in other places where the card is offered. Offer available if you apply here on the day that this email was sent unless an offer expiration date is provided.

Award, taxes, and fees are not guaranteed until your trip is ticketed. If your trip is eligible, you may make changes, but additional miles, fees and taxes may apply.

You can cancel your trip and reinstate miles at no charge if your plans change. Changes for trips will be charged in full and the miles for your original trip will be reinstated. Before travel begins, mileage may be reinstated within 1 year from original ticket issuance date if miles have not expired; reinstatement charges may apply. After travel has begun, mileage may only be reinstated on wholly unflown awards.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

        

Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

**Chemical sprays on international flights** Flights to and from certain countries require insecticide treatment (a process known as disinsection) inside the cabin for insect and disease control. The U.S. Department of Transportation provides full information about the spray and the countries required to use it. Aircraft disinsection requirements.

Check-in lines will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

If you are traveling internationally, please ensure that you have the proper documentation. All necessary travel documents for the countries being visited must be presented at airport check-in. Check with the consulate of these countries to determine the documents required. Additional information can be found at International Travel.

We place limitations on checked baggage and boxes on some flights to Mexico, the Caribbean, Central and South America. To confirm what you can take on your journey please see Baggage Limitations.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5.

Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to mobarmember@yahoo.com.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.

Case: 4:25-cv-01203-JMD    Doc. #: 133-1    Filed: 05/21/26    Page: 14 of 19 PageID #: 2365

 Gmail

**Matt Grant <mattgrant.stl@gmail.com>**

## Fw: Your trip confirmation (CUN - ORD)

1 message

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆    Thu, May 21, 2026 at 1:09 PM
To: mattgrant.stl@gmail.com

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Tuesday, April 22, 2025, 3:46 PM, American Airlines <no-reply@info.email.aa.com> wrote:

 American

Issued: April 22, 2025

Your trip confirmation and receipt
You can check in via the American app 24 hours before your flight and get your mobile boarding pass.



Confirmation code: **WGKTTZ**

**Friday, April 25, 2025**

| | | |
|---|---|---|
| **CUN** Cancun 1:25 PM | **AA 1910** | |
| **ORD** Chicago O'Hare 5:25 PM | Seat: **29C** Class: **Economy (Y)** Meals: **Food for purchase** | |

**Manage your trip**

Find the card that earns you more miles
Learn more



**Exhibit 2**

# Your purchase

**Matthew Grant - AAdvantage® #: K43****

New ticket (0012233640429)                                    12000 miles
[12,000 miles + Taxes & carrier-imposed fees $77.09]

| **Total cost** | **12,000 miles** | **$77.09** |
|---|---|---|

# Your payment

| MasterCard (ending 8480 ) | | $77.09 |
|---|---|---|
| Miles (K43****) | | |

| Total paid | **12,000 miles** | **$77.09** |
|---|---|---|

## Bag information

**Checked Bag (Airport)**

| 1st bag | $36.40 |
|---|---|
| 2nd bag | $46.80 |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms
Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

Carry-on bags (American Airlines)

| **Personal item** | A small purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |
|---|---|
| **Carry-on** | Maximum dimensions must not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm). |



Book a hotel »



Book a car »

Case: 4:25-cv-01203-JMD    Doc. #: 133-1    Filed: 05/21/26    Page: 16 of 19 PageID #: 2367



Buy trip insurance »



Vacations »





Contact us
Privacy policy

**Download the American app**

 

© 2025 American Airlines, Inc. All Rights Reserved.



Case: 4:25-cv-01203-JMD    Doc. #: 133-1    Filed: 05/21/26    Page: 17 of 19 PageID #: 2368

Award, taxes, and fees are not guaranteed until your trip is ticketed. If your trip is eligible, you may make changes, but additional miles, fees and taxes may apply.

You can cancel your trip and reinstate miles at no charge if your plans change. Changes for trips will be charged in full and the miles for your original trip will be reinstated. Before travel begins, mileage may be reinstated within 1 year from original ticket issuance date if miles have not expired; reinstatement charges may apply. After travel has begun, mileage may only be reinstated on wholly unflown awards.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

        

Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

**Chemical sprays on international flights** Flights to and from certain countries require insecticide treatment (a process known as disinsection) inside the cabin for insect and disease control. The U.S. Department of Transportation provides full information about the spray and the countries required to use it. Aircraft disinsection requirements.

Check-in lines will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

If you are traveling internationally, please ensure that you have the proper documentation. All necessary travel documents for the countries being visited must be presented at airport check-in. Check with the consulate of these countries to determine the documents required. Additional information can be found at International Travel.

We place limitations on checked baggage and boxes on some flights to Mexico, the Caribbean, Central and South America. To confirm what you can take on your journey please see Baggage Limitations.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits

Case: 4:25-cv-01203-JMD    Doc. #: 133-1    Filed: 05/21/26    Page: 18 of 19 PageID #: 2369

on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to mobarmember@yahoo.com.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.



RoadRunner Auto Transport
15 Grumman Rd. West - Suite 1500 • Bethpage, NY 11714
Phone (888) 777-2123 • Fax (888) 808-4181

# INVOICE

| Booking Details | |
| --- | --- |
| Booking # | **R1705229** |
| Booking Date | 4/23/2025 |
| Invoice Date | 4/23/2025 |
| Due Date | **4/23/2025** |

**Billing Contact**

**MATT GRANT**
(314) 412-9112

**Origin Location**

**MATT  GRANT**
HILTON GARDEN INN
2930 S RIVER ROAD (NEXT TO O,HARE AIRPORT)
CHICAGO, IL 60290

**Destination Location**

**MATTHEW R GRANT**
▮▮▮▮▮▮▮▮▮▮▮▮
SAINT LOUIS, MO 63131

| Shipment Details | | Total Items | 1 |
| --- | --- | --- | --- |
| **Year / Make / Model** | **VIN / ID** | | |
| 2020 MERCEDES-BENZ C-CLASS | | | |

| Payment Methods | | | | Total Price | **$495.00** |
| --- | --- | --- | --- | --- | --- |
| Check or Money Order | Credit Card | Bank Wire | | Amount Paid | **$495.00** |
| RoadRunner Auto Transport 15 Grumman Rd. West - Suite 1500 Bethpage, NY 11714 | 3% fee may be applied | Account #: 2903559860 Routing #: 021000021 | | **Amount Due** | **$0.00** |

IF YOU HAVE ANY QUESTIONS REGARDING THIS INVOICE, PLEASE CALL (844) 611-7447

**Exhibit 3**