# IN THE SUPREME COURT OF MISSOURI

## EN BANC

Pursuant to the provisions of Section 26.3 of Article V of the Constitution of Missouri, it is ordered that:

THE FOLLOWING JUDICIAL PERSONNEL:

**THE HONORABLE RICHARD K ZERR  (24828)**

BE ASSIGNED AS A SENIOR JUDGE WITH CONSENT TO THE FOLLOWING COURT OR DISTRICT:

**21st JUDICIAL CIRCUIT (ST. LOUIS COUNTY)**

IN THE MATTER OF:

**MATTHEW R GRANT VS. C.M.G., ET AL, CASE NO. 12SL-DR03959-02**

All to proceed in accord with the local Presiding Judges orders and those of the Supreme

Court. This order is to include any judicial activity necessary to complete the assignment,

including after-trial proceedings.

August 19, 2025

**FILED**

AUG 19 2025

**JOAN M. GILMER**
CIRCUIT CLERK, ST. LOUIS COUNTY

_____
W. Brent Powell, CHIEF JUSTICE

STATE OF MISSOURI - SCT.:

I, Betsy Ledgerwood, Clerk of the Supreme Court of Missouri, do hereby certify that the foregoing is a true copy of the order of said court, entered on August 19, 2025 as fully as the same appears of record in my office.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Supreme Court. Done at office in the city of Jefferson, State aforesaid, August 19, 2025.

_____ Court Clerk

_____ D.C.

**Exhibit C**

TN#:  64723