# Brian L Winkler, MSW, LCSW

### 9378 Olive Blvd. Ste 130 Olivette MO 63132

May 20, 2026

**RE: Matt Grant**
**DOB 8/13/1975**

To whom it may concern:

I"ve been meeting with the above named client weekly with a few exceptions since January 2, 2024. During this time, Mr. Grant successfully completed an in-patient treatment program for alcoholism.  Since completing his in-patient program in April of 2024, Mr. Grant appears stable, his thoughts and behavior are within normal limits, and there is no evidence of impairment. He continues to blow into a breathalyzer three times a day and has been abstinent from alcohol since completing treatment.

With regards to Mr. Grant's belief system regarding his treatment during his custody battle, he has always seemed genuine in his position that the legal system has conspired against him.

Should you have further questions or concerns, please feel free to contact me at bwinkler54llc@yahoo.com or 314.258.1070

Sincerely

Brian Winkler, MSW, LCSW

**Exhibit F**