**From:** Patricia Susi <PSusi@chgolaw.com>
**Date:** January 7, 2018 at 12:45:45 PM CST
**To** ███████████████████████████████
**Cc:** Jolene Dixon <jdixon@chgolaw.com>, "
████████████████████████████████
**Subject: RE:  Mandated reporting laws**

Got it.  We submitted our brief to the Judge on Friday.  He approved it yesterday.  We are filing it tomorrow with the Court of Appeals.  In the meantime, he asked us to tell us what if any authority he has to enter any orders until the writ is either granted or denied by the Court of Appeals.  It is simple. He can do what he needs to do to protect ███████ and he needs to do it!  I am filing that today.

Thanks, █████████  I know this is so very difficult for you and I am sorry if I sounded short.  I just wanted to get this going for our Judge and it came at a time I was meeting with Kate and Jolene and going over everything.  Your spider sense must have been tingling because we were working on your case.

Take care and you and I will touch base tomorrow.

Best,

Tricia

**THIS IS A CONFIDENTIAL COMMUNICATION FROM THE LAW FIRM OF:**

*Patricia K. Susi, Principal*


CHGO CURTIS, HEINZ, GARRETT & O'KEEFE P.C.

**Exhibit J**

130 S. BEMISTON, SUITE 200
CLAYTON, MISSOURI  63105
(314) 725-8788
(314) 571-6827 (Direct)
(314) 725-8789 (Fax)
psusi@chgolaw.net

***Fellow, American Academy of Matrimonial Lawyers***

