| From: | Patricia Susi |
|---|---|
| Sent: | Wednesday, January 3, 2018 8:24 PM |
| To: | Bruce F. Hilton |
| Cc: | Katherine Henry; Jolene Dixon |
| Subject: | Fwd: § 84.24:3Status of underlying proceeding during pendency of writ proceeding |
| Attachments: | 84243Status of underlying proceeding during pendency of writ proceeding.pdf; ATT00001.htm |

Good evening. I was out today and received this from Kate. I don't know is this helps. I forwarded your email to her as well.

Thank you,

Tricia


*Patricia K. Susi, Principal*



130 S. BEMISTON, SUITE 200
CLAYTON, MISSOURI  63105
(314) 725-8788
(314) 571-6827 (Direct)
(314) 725-8789 (Fax)
psusi@chgolaw.net

*Fellow, American Academy of Matrimonial Lawyers*



TO ENSURE COMPLIANCE WITH REQUIREMENTS IMPOSED BY THE IRS, WE INFORM YOU THAT THIS IS WRITTEN ADVICE WAS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED FOR THE PURPOSE OF AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE.

We are currently required to obtain client consent to communication by E-mail.  We are required to disclose that there is a risk that such communications may be intercepted as they travel through the Internet or any network to which your computer is connected, or from your own computer.  Communications could be randomly intercepted by a disinterested person or intentionally intercepted by an interested person.  It is our understanding that you consent to our communicating with you by E-mail.  If our understanding is now or later becomes incorrect, please advise.

Begin forwarded message:

**Exhibit K**