**From:** Patricia Susi <PSusi@chgolaw.com>
**Sent:** Tuesday, December 26, 2017 1:55 PM
**To:** Katherine Henry <khenry@chgolaw.com>; Jolene Dixon <jdixon@chgolaw.com>; Andreea Voinea <AVoinea@chgolaw.com>
**Subject:** RE: ███████████ Answer to Writ

That would not be correct. Bruce called me today. We file Ex Rel. (in relation to) the Judge. I am getting more info. on how we actually do this. May have to call Doug, but both Bob and Ed corrected me on this.

**THIS IS A CONFIDENTIAL COMMUNICATION FROM THE LAW FIRM OF:**

*Patricia K. Susi, Principal*



130 S. BEMISTON, SUITE 200
CLAYTON, MISSOURI  63105
(314) 725-8788
(314) 571-6827 (Direct)
(314) 725-8789 (Fax)
psusi@chgolaw.net

-------- Original message --------
From: Jolene Dixon <jdixon@chgolaw.com>
Date: 12/26/17 2:50 PM (GMT-05:00)
To: Andreea Voinea <AVoinea@chgolaw.com>, Katherine Henry <khenry@chgolaw.com>
Cc: Patricia Susi <PSusi@chgolaw.com>
Subject: ███████████ - Answer to Writ

Per the attached Order, our answer to the Writ on behalf of the Judge is due by January 8th. Tricia said Kate is drafting this and I believe Andreea is going to do some research as well. So basically a team effort from all of us.

Let me know what any of you need me to do. I have this on PKS's Calendar and I will send invites to all of you so it is on yours as well. ☺

Thank  you for your courteous attention to this matter,

**THIS IS A CONFIDENTIAL COMMUNICATION FROM:**

*Jolene M. Dixon* , Legal Assistant
   *to Patricia K. Susi,  Carl J. Lumley & Andreea Voinea*

**Exhibit L**



**CURTIS, HEINZ, GARRETT & O'KEEFE** P.C.

130 S. BEMISTON, SUITE 200, CLAYTON, MISSOURI  63105
(314) 725-8788 –Main
(314) 884-7521 –**Direct**
 http://chgolaw.net