**From:** Katherine Henry <khenry@chgolaw.com>
**Sent:** Saturday, January 6, 2018 10:34 AM
**To:** Patricia Susi <PSusi@chgolaw.com>; Jolene Dixon <jdixon@chgolaw.com>
**Subject:** Fwd: ███████ Writ of Prohibition--DRAFT

FYI.

Sent from my Samsung Galaxy smartphone, please excuse any unintended errors.

-------- Original message --------

From: Bruce.Hilton@courts.mo.gov

Date: 1/6/18 9:44 AM (GMT-06:00)

To: Katherine Henry <khenry@chgolaw.com>

Subject: Re: ███████ Writ of Prohibition--DRAFT

Kate looks great. I made one revision on the word document, just a typo.
Good to go. Bruce

From:   Katherine Henry <khenry@chgolaw.com>
To:     "bruce.hilton@courts.mo.gov" <bruce.hilton@courts.mo.gov>
Cc:     Patricia Susi <PSusi@chgolaw.com>
Date:   01/05/2018 04:50 PM
Subject:       ███████ Writ of Prohibition--DRAFT

Judge Hilton:

Attached please find a draft of our office's response, as well as
corresponding exhibits, to Mr. Van Den Bergh's Petition for Writ of
Prohibition.

Please do not hesitate to contact us if you wish to discuss the attached
documents.

Thanks,
Kate

THIS IS A CONFIDENTIAL COMMUNICATION FROM THE LAW FIRM OF:
CHGO_Logo_Email
        KATHERINE E. HENRY
        ATTORNEY AT LAW*
        130 SOUTH BEMISTON AVENUE, SUITE 200
        CLAYTON, MISSOURI  63105
        (314) 725-8788
        (314) 725-8789 (Facsimile)

**Exhibit M**

*Licensed in Missouri and Illinois

We are currently required to obtain client consent to communication by E-mail.  We are required to disclose that there is a risk that such communications may be intercepted as they travel through the Internet or any network to which your computer is connected, or from your own computer.  Communications could be randomly intercepted by a disinterested person or intentionally intercepted by an interested person.  It is our understanding that you consent to our communicating with you by E-mail.  If our understanding is now or later becomes incorrect, please advise us immediately.

 (See attached file: Response to Writ of Prohibition.docx)(See attached file: Response to Writ of Prohibition.pdf)(See attached file: Van Den Bergh Writ Exhibits.pdf)

**3 attachments**

 **Response to Writ of Prohibition.docx**
35K

 **Response to Writ of Prohibition.pdf**
357K

 **Writ Exhibits.pdf**
1736K