On Feb 16, 2018, at 7:54 AM, "Bruce.Hilton@courts.mo.gov" <Bruce.Hilton@courts.mo.gov>
wrote:


So sorry that your client has to incur the expense of defending me.  Not
sure of the procedural issues or the timing of filing a response but I
think an attachment of the minute entries from the court of appeals in
particular the admonishment may be benefici

**From:** Patricia Susi
**Sent:** Friday, February 16, 2018 8:20 AM
**To:** Bruce.Hilton@courts.mo.gov
**Subject:** Re: ███████    writ

Agreed. Thank you.

*Patricia K. Susi, Principal*

130 S. BEMISTON, SUITE 200
CLAYTON, MISSOURI  63105
(314) 725-8788
(314) 571-6827 (Direct)
(314) 725-8789 (Fax)
psusi@chgolaw.net


**Exhibit N**