Electronically Filed - TOWN AND COUNTRY MUNICIPAL - December 23, 2025 - 04:23 PM

**UNIFORM CITATION**

Document # **202500066**

**2596-MO000744**

| COURT DATE: **February 05, 2026** | Time: **05:00 PM** | Division/Courtroom: **1** | PRINTED: 12/23/2025 |

### STATE OF MISSOURI, TOWN AND COUNTRY MUNICIPAL DIVISION, 21ST JUDICIAL CIRCUIT

Town and Country Municipal Court
1011 Municipal Center Drive
Town and Country, MO  63131

Phone: (314) 432-1420

Town and Country Police Department
PD ORI:   **MO0957200**
PA Case #   **X202500066-B**
Arrest #   25/046034
Complaint #   25-001111

**Violation**

I, knowing that false statements on this form are punishable by law, state that I have probable cause to believe that:

Date: 09/08/2025        Time: 02:39 PM        Hwy Class:        District:        Dir Of Travel:

Location:  1011 MUNICIPAL CENTER DR  ST LOUIS, MO  63131

**Defendant**

GRANT, MATTHEW R
1625 MASON KNOLL ROAD
ST LOUIS, MO  63131

| DOB: Redact | Race: Redact | Sex: Redact | Height: Redact | Weight: Redact | Hair: Redact | Eyes: Redact |

OLN: Redact        State: Redact        Expiration Year:        CDL: No        License Held: No

**DID UNLAWFULLY**   ◯ Operate/Drive   ◯ Park        Commercial Vehicle:  No        With Haz Mat:  No

**Vehicle**

| Class: | Year: | Make: | Model: | Style: | Color: | Weight: |

VIN:        **LICENSE**  Number:        State:        Year:        Type:

**Charge  Information**

Did then and there commit the following offense, the facts supporting this belief are as follows:
HARASSMENT

Driving MPH:        Posted Speed Limit:        Detection Method:
In Violation of Ordinance:  **210.150**        Charge Code:  **75116990**        **ORD565.0-002Y20215399.0**
Seatbelt Violation Ordinance:        Charge Code:
DWI/BAC: _____        Crash: None        Property Damage: No        Personal Injury: N0        OCN:
Special Enforcement Zone: No        School Zone: No        Construction Zone: No        Domestic Violence: No

**Officer**

Name: ANDREW  SKOKLO        DSN: 00167        Assignment: 999        Court Group: 999

ON INFORMATION UNDERSIGNED PROSECUTOR CHARGES THE DEFENDANT AND INFORMS THE COURT THAT ABOVE FACTS ARE
TRUE AND PUNISHABLE BY:        Ordinance **100.150**

_____        12/23/2025
Prosecutor's Signature        Date Filed

CERTIFICATE OF REDACTION:  The document hereby presented to the court has been redacted pursuant to Missouri Court Rule.  A separate confidential unredacted information has been filed as required by Missouri Court Rule.

_____
Prosecutor's Signature

**Exhibit O**