| **Respond to Selected Documents

**Sort Date Entries:** Descending Ascending

**Display Options:** All Entries ⌄

**03/31/2026**

🔒 **Filing:**
CORRESPONDENCE AND INVOICE FOR TRANSCRIPT ON 2-7-25
**Hearing Held**

**Associated Entries: 03/23/2026 - Motion Hearing Scheduled**
**Scheduled For:** 03/31/2026; 1:30 PM; BRUCE F. HILTON; St Louis County

**03/27/2026**

🔒 **Order Withdrawing Attorney:**
SO ORDERED: JUDGE BRUCE F. HILTON

**03/25/2026**

🔒 **Correspondence Filed**

**Filed By:** REBECCA A COPELAND

**03/23/2026**

**Motion Hearing Scheduled**

**Associated Entries: 03/31/2026 - Hearing Held**
**Scheduled For:** 03/31/2026; 1:30 PM; BRUCE F. HILTON; St Louis County

🔒 **Notice of Hearing Filed**
NOTICE OF HEARING; Electronic Filing Certificate of Service.
**Filed By:** MATTHEW RICHARD GRANT
**On Behalf Of:** MATTHEW R GRANT

**03/05/2026**

🔒 **Request for Records Filed**
PETITIONERS SUPPLEMENTAL AND RENEWED REQUEST FOR TRANSCRIPT ON APPEAL; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Electronic Filing Certificate of Service.
**Filed By:** MATTHEW RICHARD GRANT
**On Behalf Of:** MATTHEW R GRANT

**01/22/2026**

🔒 **Request for Records Filed**
Petitioners Request for Transcripts on Appeal; Electronic Filing Certificate of Service.
**Filed By:** MATTHEW RICHARD GRANT
**On Behalf Of:** MATTHEW R GRANT

**01/08/2026**

🔒 **Memorandum of Withdrawal**
Memorandum of Withdrawal; Electronic Filing Certificate of Service.
**Filed By:** MAIA BRODIE
**On Behalf Of:** REBECCA A COPELAND

**12/22/2025**

🔒 **Judge/Clerk - Note**
COPY OF MATTHEW R. GRANT, APPELLANT'S, NOTICE OF APPEAL EMAILED TO THE MISSOURI COURT OF APPEALS WITH RECEIPT #21SL5876756. COPY OF APPELLANT'S NOTICE OF APPEAL TRANSMITTED TO ATTY. MAIA BRODIE THROUGH THE E-FILING SYSTEM.

**12/16/2025**

**Certif Copies/Leg File Prepard**
Certified copy forwarded to: FSD Jefferson City, MO

**12/12/2025**

🔒 **Receipt Filed**
APPEAL FEE PAID WITH RECEIPT # 21SL5876756
**On Behalf Of:** MATTHEW R GRANT

Close        **of Appeal Filed**
   ⌐E OF APPEAL - REDACTED; Electronic Filing Certificate of Service.
**Filed By:** MATTHEW RICHARD GRANT
**On Behalf Of:** MATTHEW R GRANT

**Exhibit Q**

**12/11/2025**

🔒 **Note to Clerk eFiling**

🔒 **Request for Records Filed**

request for certified copy; Electronic Filing Certificate of Service.

**12/05/2025**

🔒 **Order to Pay Out**

SO ORDERED: JUDGE BRUCE F. HILTON

🔒 **Order**

ALL PENDING MOTIONS ARE DENIED. PETITIONER TO FILE A BOND IN THE AMOUNT OF $59,150 TO STAY EXECUTION. SO ORDERED: JUDGE BRUCE F. HILTON

**Associated Entries:** 11/28/2025 - Motion Hearing Scheduled

**Scheduled For:** 12/05/2025; 9:00 AM; BRUCE F. HILTON; St Louis County

**12/04/2025**

🔒 **Motion Filed**

PETITIONERS SUPPLEMENTAL MOTION TO REOPEN TRIAL AND SUPPLEMENT THE TRIAL RECORD REGARDING FRIENDS OF KIDS OF EASTERN MISSOURI, JOIN HANDS ESL, ST LOUIS SU; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Exhibit E; Exhibit F; Exhibit G; Exhibit H; Exhibit I; Exhibit J; Exhibit K; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT

**On Behalf Of:** MATTHEW R GRANT

**11/30/2025**

🔒 **Notice of Hearing Filed**

Notice of Hearing; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT

**On Behalf Of:** MATTHEW R GRANT

🔒 **Motion to Stay**

PETITIONERS MOTION FOR ENTRY OF ORDER OF STAY OF EXECUTION OF JUDGMENT, REQUEST FOR WAIVER OF SUPERSEDEAS BOND, OR, IN THE ALTERNATIVE, MOTION TO POST SUPERSED; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT

**On Behalf Of:** MATTHEW R GRANT

**11/28/2025**

🔒 **Notice of Hearing Filed**

Notice of Hearing - PETITIONERS MOTION TO REOPEN TRIAL AND SUPPLEMENT THE TRIAL RECORD REGARDING FRIENDS OF HERITAGE HOUSE, FAMILY FORWARD AND ATTENDANCE; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT

🔒 **Motion Filed**

PETITIONERS MOTION TO REOPEN TRIAL AND SUPPLEMENT THE TRIAL RECORD REGARDING FRIENDS OF HERITAGE HOUSE, FAMILY FORWARD AND ATTENDANCE OF C.LG. EVIDENCE; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Exhibit E; Exhibit F; Exhibit G; Exhibit H; Exhibit I; Exhibit J; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT

**Motion Hearing Scheduled**

**Associated Entries:** 12/05/2025 - 🔒

**Order**

    +

**Scheduled For:** 12/05/2025; 9:00 AM; BRUCE F. HILTON; St Louis County

🔒 **Notice of Hearing Filed**

Notice of Hearing; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT

**On Behalf Of:** MATTHEW R GRANT

**11/25/2025**

🔒 **Proposed Order Filed**

Proposed Pay Out Order; Electronic Filing Certificate of Service.

**Filed By:** MAIA BRODIE

**11/20/2025**

**Amended Judgment**

SEE ATTACHED JUDGMENT FOR CONDITIONS. SO ORDERED: JUDGE BRUCE F. HILTON

**11/19/2025**

🔒 **Motion for New Trial**

PETITIONERS MOTION FOR NEW TRIAL AND JUDGMENT AS A MATTER OF LAW; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT

**On Behalf Of:** MATTHEW R GRANT

🔒 **Supplemental Filing**

PETITIONERS SUPPLEMENT TO HIS OCTOBER 13, 2025 MOTION TO RECONSIDER AND SET ASIDE OCTOBER 7, 2025, ORDER ENTERING SANCTIONS AGAINST PETITIONER IN THE AMOUNT O; Exhibit A; Exhibit B; Electronic Filing Certificate of Service.

> **Filed By:** MATTHEW RICHARD GRANT
> **On Behalf Of:** MATTHEW R GRANT

**11/14/2025**

🔒 **Order**

PETITIONER'S OBJECTION TO ADDITIONAL GAL FEES. GAL'S MOTION CALLED, HEARD, AND SUBMITTED. SO ORDERED: JUDGE BRUCE F. HILTON

> **Associated Entries:** 11/14/2025 - Motion Hearing Scheduled
> **Scheduled For:** 11/14/2025; 9:00 AM; BRUCE F. HILTON; St Louis County

**Motion Hearing Scheduled**

> **Associated Entries:** 11/14/2025 - 🔒

**Order**

> +

> **Scheduled For: 11/14/2025; 9:00 AM; BRUCE F. HILTON; St Louis County**

**11/07/2025**

🔒 **Notice of Hearing Filed**

Notice of Hearing; Electronic Filing Certificate of Service.

> **Filed By:** JOHN R FENLEY
> **On Behalf Of:** JOHN R FENLEY

**11/05/2025**

**Correspondence Sent**

INFORMATION FOR PAYMENT RECIPIENTS MAILED TO BOTH PARTIES.

**10/28/2025**

**Judge/Clerk - Note**

HEARING NEEDED ON GAL'S MOTION TO AMEND JUDGMENT

**10/21/2025**

🔒 **Motion to Amend Nunc Pro Tunc**

Guardian ad Litems Motion to Amend Judgment; Electronic Filing Certificate of Service.

> **Filed By:** JOHN R FENLEY
> **On Behalf Of:** JOHN R FENLEY

**10/20/2025**

**Judge/Clerk - Note**

NO TAX

🔒 **Final Parenting Plan Filed**

SO ORDERED: JUDGE BRUCE F. HILTON

**Judgment for GAL**

JUDGMENT SHALL BE ENTERED IN FAVOR OF GUARDIAN AD LITEM, JOHN FENLEY, AND AGAINST PETITIONER MATTHEW GRANT IN THE SUM OF $12,315 FOR THE OUTSTANDING GUARDIAN AD LITEM UNALLOCATED FEES, AS SET FORTH HEREIN. SAID SUM SHALL BE A JUDGMENT IN FAVOR OF JOHN FENLEY AND AGAINST PETITIONER.

🔒 **Judgment Entered**

MODIFICATION JUDGMENT SO ORDERED: JUDGE BRUCE F. HILTON

**Tried by Court-Civil**

**10/17/2025**

🔒 **Order**

SEVERAL MOTIONS CALLED AND HEARD. SEE ATTACHED ORDER FOR CONDITIONS. SO ORDERED: JUDGE BRUCE F. HILTON

> **Associated Entries:** 10/15/2025 - Motion Hearing Scheduled
> **Scheduled For:** 10/17/2025; 10:00 AM; BRUCE F. HILTON; St Louis County

**10/15/2025**

**Judge/Clerk - Note**

IN THE EVENT DIV 13'S ON GOING TRIAL DOES NOT CONCLUDE ON 10-16-25 THE HEARING SET ON 10-17-25 WILL BE CONTINUED. PLEASE CONSULT CASE NET THE MORNING OF YOUR HEARING IN THE EVENT OF ANY CHANGES, THANK YOU.

**Motion Hearing Scheduled**

Associated Entries: 10/17/2025 - 🔒

**Order**

+

Scheduled For: 10/17/2025; 10:00 AM; BRUCE F. HILTON; St Louis County

**10/14/2025**

🔒 **Amended Notice of Hrng Filed**

Second Amended Notice of Hearing 1017 1000 a.m.; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT

**On Behalf Of:** MATTHEW R GRANT

**10/10/2025**

🔒 **Amended Notice of Hrng Filed**

Amended Notice of Hearing 10.7.25; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT

**On Behalf Of:** MATTHEW R GRANT

🔒 **Motion to Set Aside**

PETITIONERS MOTION TO RECONSIDER AND SET ASIDE OCTOBER 7, 2025, ORDER ENTERING SANCTIONS AGAINST PETITIONER IN THE AMOUNT OF 2,000.00; Exhibit A; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT

**On Behalf Of:** MATTHEW R GRANT

🔒 **Motion for Sanctions**

PETITIONERS MOTION FOR SANCTIONS AGAINST GUARDIAN AD LITEM JOHN FENLEY AND MOTION FOR INSPECTION OF EVIDENCE, AND FOR DISCHARGE OF MR. FENLEY AND APPOINTEM; Exhibit A; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT

**On Behalf Of:** MATTHEW R GRANT

**10/07/2025**

**Judge/Clerk - Note**

NO TAX

**Judgment Entered**

RESPONDENT'S MOTION FOR SANCTIONS IS GRANTED. SEE ATTACHED JUDGMENT FOR SPECIAL CONDITIONS. SO ORDERED: JUDGE BRUCE F. HILTON

🔒 **Order**

PETITIONER APPEARED, GAL AND RESPONDENT'S COUNSEL UNAVAILABLE. CAUSE TO BE RESET UPON APPLICATION. SO ORDERED: JUDGE BRUCE F. HILTON

**Associated Entries: 10/01/2025 - Motion Hearing Scheduled**

**Scheduled For:** 10/07/2025; 1:30 PM; BRUCE F. HILTON; St Louis County

**10/01/2025**

**Motion Hearing Scheduled**

**Associated Entries: 10/07/2025 -** 🔒

**Order**

+

Scheduled For: 10/07/2025; 1:30 PM; BRUCE F. HILTON; St Louis County

🔒 **Form 14 Filed**

Updated Form 14 - two children PREJUDICIAL TO PETITIONER; Updated Form 14 - one child PREJUDICIAL TO PETITIONER; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT

**On Behalf Of:** MATTHEW R GRANT

🔒 **CRIFS/Unredacted Document**

CRIFS - Motion to Reopen Trial RecordEvidence; Motion to Reopen; Exhibit A; Exhibit B; Electronic Filing Certificate of Service in associated to Motion (other) filed on 10/01/2025.

**Filed By:** MATTHEW RICHARD GRANT

**On Behalf Of:** MATTHEW R GRANT

**Associated Entries: 10/01/2025 -** 🔒

**Motion Filed**

+

🔒 **Motion Filed**

PETITIONERS MOTION TO REOPEN TRIAL AND SUPPLEMENT THE TRIAL RECORD REGARDING 2024 INCOME AND 1040 TAX RETURN AND ADMISSION THAT PETITIONER IS BLACK-BALLED FR; Exhibit A; Exhibit B; Electronic Filing Certificate of Service.

> **Filed By:** MATTHEW RICHARD GRANT
> **On Behalf Of:** MATTHEW R GRANT
> **Associated Entries:** 10/01/2025 - 🔒

**CRIFS/Unredacted Document**

> +

🔒 **Motion Filed**

Amended Motion for Guardian ad Litem Fees; Electronic Filing Certificate of Service.

> **Filed By:** JOHN R FENLEY
> **On Behalf Of:** JOHN R FENLEY

**09/30/2025**

🔒 **Amended Notice of Hrng Filed**

Amended Notice of Hearing 10.7.25; Electronic Filing Certificate of Service.

> **Filed By:** MATTHEW RICHARD GRANT
> **On Behalf Of:** MATTHEW R GRANT

**09/29/2025**

🔒 **Order**

SEE ATTACHED PROTECTIVE ORDER FOR CONDITIONS. SO ORDERED: JUDGE BRUCE F. HILTON

🔒 **Order**

MOTION FOR PROTECTIVE ORDER CALLED AND GRANTED. MOTION FOR SANCTIONS CALLED, HEARD, AND PARTIALLY GRANTED. SEE ATTACHED ORDER FOR CONDITIONS. RESPONDENTS REQUEST FOR SANCTIONS IS TAKEN UNDER SUBMISSION. SO ORDERED: JUDGE BRUCE F. HILTON

🔒 **Order**

CAUSE CALLED ON GAL'S MOTION FOR SANCTIONS. SEE ATTACHED ORDER FOR CONDITIONS. SO ORDERED: JUDGE BRUCE F. HILTON

**Hearing Held**

> **Associated Entries:** 09/10/2025 - Motion Hearing Scheduled
> **Scheduled For:** 09/29/2025; 9:00 AM; BRUCE F. HILTON; St Louis County

**09/28/2025**

🔒 **Amended Notice of Hrng Filed**

AMENDED NOTICE OF HEARING AND MOTION TO SHORTEN TIME; Electronic Filing Certificate of Service.

> **Filed By:** MATTHEW RICHARD GRANT
> **On Behalf Of:** MATTHEW R GRANT

🔒 **Motion Filed**

PETITIONERS MOTION TO SUPPLEMENT THE TRIAL RECORD; Electronic Filing Certificate of Service.

> **Filed By:** MATTHEW RICHARD GRANT
> **On Behalf Of:** MATTHEW R GRANT

🔒 **Motion Filed**

PETITIONERS RULE 55.33 MOTION TO AMEND HIS JANUARY 31, 2025 THIRD AMENDED COUNTER-MOTION TO MODIFY TO CONFIRM TO THE EVIDENCE PRESENTED DURING AND AFTER TRIAL; Electronic Filing Certificate of Service.

> **Filed By:** MATTHEW RICHARD GRANT
> **On Behalf Of:** MATTHEW R GRANT

🔒 **CRIFS/Unredacted Document**

CRIF - NOTICE OF FILING SARAH GRANT DEPOSITION AND TRIAL EXHIBIT AND EVIDENCE OF MISSING ORIGINAL EXHIBIT; NOTICE OF FILING SARAH GRANT DEPOSITION AND TRIAL EXHIBIT AND EVIDENCE OF MISSING ORIGINAL EXHIBIT; Exhibit B-5; Exhibit B-6; Exhibit B-7; Electronic Filing Certificate of Service in associated to Notice (other) filed on 09/28/2025.

> **Filed By:** MATTHEW RICHARD GRANT
> **Associated Entries:** 09/28/2025 - 🔒

**Notice**

> +

🔒 **Notice**

NOTICE OF FILING SARAH GRANT DEPOSITION AND TRIAL EXHIBIT AND EVIDENCE OF MISSING ORIGINAL EXHIBIT; Electronic Filing Certificate of Service.

> **Filed By:** MATTHEW RICHARD GRANT
> **Associated Entries:** 09/28/2025 - 🔒

**CRIFS/Unredacted Document**

> +

**CRIFS/Unredacted Document**

NOTICE OF FILING SARAH GRANT DEPOSITION AND TRIAL EXHIBIT AND EVIDENCE OF MISSING ORIGINAL EXHIBIT; Exhibit A; Exhibit B-1; Exhibit B-2; Exhibit B-3; Exhibit B-4; Electronic Filing Certificate of Service in associated to Notice (other) filed on 09/28/2025.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

    **Associated Entries:** 09/28/2025 - 🔒

**Notice**

    +

**Notice**

NOTICE OF FILING SARAH GRANT DEPOSITION AND TRIAL EXHIBIT AND EVIDENCE OF MISSING ORIGINAL EXHIBIT; Exhibit A; Exhibit B; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

    **Associated Entries:** 09/28/2025 - 🔒

**CRIFS/Unredacted Document**

    +

**Notice**

NOTICE OF FILING SARAH GRANT DEPOSITION AND TRIAL EXHIBIT AND EVIDENCE OF MISSING ORIGINAL EXHIBIT; Exhibit A; Exhibit B; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

**Motion Filed**

PETITIONERS RULE 55.33 MOTION TO AMEND HIS JANUARY 31, 2025 THIRD AMENDED COUNTER-MOTION TO MODIFY TO CONFIRM TO THE EVIDENCE PRESENTED DURING AND AFTER TRIAL; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

**Motion to Strike**

PETITIONERS OBJECTION AND MOTION TO STRIKE THE GUARDIAN AD LITEMS JULY 11, 2025, RECOMMENDATIONS AND PROPOSED PARENTING PLAN, AND MOTION FOR SWORN EXAMINTION; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

**Motion to Modify**

PETITIONERS RULE 74.06 MOTION TO AMEND AND CORRECT JUNE 16, 2025, ORDER RELATING TO INTERIM CUSTODY SCHEDULE AND MOTION FOR AWARD OF MISSED TIME; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

**CRIFS/Unredacted Document**

CRIFS - Opposition to Respondents Motion for Sanctions; CRIFS - Opposition to Respondents Motion for Sanction; Exhibit A; Exhibit B; Electronic Filing Certificate of Service in associated to Opposition filed on 09/28/2025.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

    **Associated Entries:** 09/28/2025 - 🔒

**Suggestions in Opposition**

    +

**Suggestions in Opposition**

Opposition to Respondents Motion for Sanctions; Exhibit A; Exhibit B; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

    **Associated Entries:** 09/28/2025 - 🔒

**CRIFS/Unredacted Document**

    +

**CRIFS/Unredacted Document**

CRIFS - Opposition to Guardian Ad Litems Amended Motion for Sanctions; Opposition to Guardian Ad Litems Amended Motion for Sanctions; Electronic Filing Certificate of Service in associated to Opposition filed on 09/28/2025.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

    **Associated Entries:** 09/28/2025 - 🔒

**Suggestions in Opposition**

    +

### Suggestions in Opposition

Opposition to Guardian Ad Litem John Fenley's Amended Motion for Sanctions; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT

**On Behalf Of:** MATTHEW R GRANT

**Associated Entries:** 09/28/2025 - 🔒

**CRIFS/Unredacted Document**

    **+**

### 🔒 CRIFS/Unredacted Document

CRIFS - Opposition to Thomas Motion to Intervene; Brief in Opposition; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Exhibit E; Electronic Filing Certificate of Service in associated to Motion (other) filed on 09/08/2025.

**Filed By:** MATTHEW RICHARD GRANT

**On Behalf Of:** MATTHEW R GRANT

**Associated Entries:** 09/08/2025 - 🔒

**Motion Filed**

    **+**

### 🔒 Suggestions in Opposition

Opposition to S.T. Motion to Intervene; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Exhibit E; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT

**On Behalf Of:** MATTHEW R GRANT

**09/22/2025**

### 🔒 Certification Filed

Redaction Certification; Electronic Filing Certificate of Service.

**Filed By:** MAIA BRODIE

**On Behalf Of:** REBECCA A COPELAND

### 🔒 CRIFS/Unredacted Document

Confidential Redacted Information Filing Sheet; Motion for Sanctions; Exhibit 1; Electronic Filing Certificate of Service in associated to Sanctions filed on 09/22/2025.

**Filed By:** MAIA BRODIE

**On Behalf Of:** REBECCA A COPELAND

**Associated Entries:** 09/22/2025 - 🔒

**Motion for Sanctions**

    **+**

### 🔒 Notice of Hearing Filed

Notice of Hearing; Electronic Filing Certificate of Service.

**Filed By:** MAIA BRODIE

**On Behalf Of:** REBECCA A COPELAND

### 🔒 Motion for Sanctions

Motion for Sanctions; Exhibit 1; Electronic Filing Certificate of Service.

**Filed By:** MAIA BRODIE

**On Behalf Of:** REBECCA A COPELAND

**Associated Entries:** 09/22/2025 - 🔒

**CRIFS/Unredacted Document**

    **+**

**09/10/2025**

### 🔒 Notice of Hearing Filed

Notice of Hearing; Electronic Filing Certificate of Service.

**Filed By:** JOHN R FENLEY

**On Behalf Of:** JOHN R FENLEY

**Motion Hearing Scheduled**

    **Associated Entries:** 09/29/2025 - Hearing Held

    **Scheduled For:** 09/29/2025; 9:00 AM; BRUCE F. HILTON; St Louis County

**09/09/2025**

### 🔒 Notice of Hearing Filed

Notice of Hearing; Electronic Filing Certificate of Service.

**Filed By:** MAIA BRODIE

**On Behalf Of:** REBECCA A COPELAND

**09/08/2025**

**Motion Filed**

MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF OBTAINING A COPY OF A THIRD-PARTY SUBPOENA AND RELATED MATERIALS, OR, IN THE ALTERNATIVE, MOTION TO COMPEL PETITIONER TO PRODUCE THE SUBPOENA, PROOF OF NOTICE, AND RESPONSE FILIED BY STACI THOMAS

    **Associated Entries: 09/28/2025 -** 🔒

**CRIFS/Unredacted Document**

    +

🔒 **Redaction Certification Filed**

REDACTION CERTIFICATION FILED BY STACI THOMAS

**09/04/2025**

🔒 **Motion for Sanctions**

Amended and Updated Motion for Sanctions; Electronic Filing Certificate of Service.

    **Filed By:** JOHN R FENLEY

    **On Behalf Of:** JOHN R FENLEY

**09/03/2025**

🔒 **Motion for Protective Order**

Respondents Motion for Protective Order; Proposed Protective Order; Electronic Filing Certificate of Service.

    **Filed By:** MAIA BRODIE

    **On Behalf Of:** REBECCA A COPELAND

**08/29/2025**

**Judgment Entered**

PETITIONERS MOTION TO DISQUALIFY AND MOTION TO RECUSE FOR CAUSE, PURSUANT TO RSMo SECTION 508.90 IS DENIED. SO ORDERED: JUDGE RICHARD ZERR

**08/28/2025**

🔒 **Notice**

PETITIONERS POST-HEARING RESPONSE TO THIS COURTS DISTRIBUTION OF THE HENDRIX V. CITY OF ST. LOUIS, 636 S.W.3d 889 MO. APP. 2021 DECISION AND NOTICE OF FRA; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Exhibit E; Exhibit F; Exhibit G; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

**08/27/2025**

**Hearing Held**

MOTION TO DISQUALIFY TAKEN UNDER SUBMISSION

    **Associated Entries: 08/19/2025 - Hearing Scheduled** +

    **Scheduled For:** 08/27/2025; 9:00 AM; RICHARD KEVIN ZERR; St Louis County

**08/26/2025**

🔒 **CRIFS/Unredacted Document**

CRIFS; PETITIONERS FOURTH SUPPLEMENT TO HIS VERIFIED APPLICATION FOR DISQUALIFICATION OF JUDGE HILTON FOR PREJUDICE AND BIAS PURSUANT TO RSMO. 508.090, MOTION FOR R; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Exhibit E; Exhibit F; Exhibit G; Electronic Filing Certificate of Service in associated to Application filed on 08/05/2025.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

    **Associated Entries: 08/05/2025 -** 🔒

**Application Filed**

    +

**Confid Filing Info Sheet Filed**

CRIFS Form; PETITIONERS FIRST SUPPLEMENT TO HIS VERIFIED APPLICATION FOR DISQUALIFICATION OF JUDGE HILTON FOR PREJUDICE AND BIAS PURSUANT TO RSMO. 508.090, MOTION FOR RE; Exhibit A - Trial Transcript; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

**Confid Filing Info Sheet Filed**

CRIFS - SUPPEMENT TO 8525 MOTION TO DISQUALIFY AND RECUSE ETC.; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Notice of Hearing Filed**

NOTICE OF HEARING; Electronic Filing Certificate of Service. HEARING NOT SET AS INFORMED IN COURT ON 8-27 THAT THIS WAS NOT A VALID DATE AND ALL PARTIES WERE NOT AVAILABLE. PLEASE FOLLOW UP WITH AMENDED NOTICE OF HEARING TO SET HEARING, THANK YOU.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

Case: 4:25-cv-01203-JMB Doc. #: 138-17 Filed: 05/21/26 Page: 9 of 57 PageID #: 2667

**CRIFS/Unredacted Document**

CRIFS Form; Proposed Findings of Fact and Conclusions of Law; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Exhibit E; Exhibit F; Exhibit G; Exhibit H; Exhibit I; Electronic Filing Certificate of Service in associated to Order filed on 06/24/2025; Order filed on 08/12/2025.

  **Filed By:** MATTHEW RICHARD GRANT
  **On Behalf Of:** MATTHEW R GRANT
  **Associated Entries:** 08/12/2025 - 🔒

**Order**

  +

  **Associated Entries:** 06/24/2025 - 🔒

**Order**

  +

🔒 **Satisfaction of Judgment Filed**

Satisfaction of Judgment- Respondent; Electronic Filing Certificate of Service.

  **Filed By:** JOHN R FENLEY
  **On Behalf Of:** JOHN R FENLEY

**08/25/2025**

🔒 **Propsd/Sugg Findings of Fact**

Petitioners Proposed Findings of Fact and Conclusions of Law; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Exhibit F; Exhibit G; Exhibit H; Exhibit I; Electronic Filing Certificate of Service.

  **Filed By:** MATTHEW RICHARD GRANT
  **On Behalf Of:** MATTHEW R GRANT

🔒 **Certification Filed**

Redaction Certification; Electronic Filing Certificate of Service.

  **Filed By:** MAIA BRODIE
  **On Behalf Of:** REBECCA A COPELAND

🔒 **Exhibit Filed**

Exhibit E; Electronic Filing Certificate of Service.

  **Filed By:** MAIA BRODIE
  **On Behalf Of:** REBECCA A COPELAND

🔒 **CRIFS/Unredacted Document**

Confidential Redacted Information Sheet; Respondents Proposed Findings of Fact and Conclusions of Law; Exhibit A; Exhibit B; Exhibit C1; Exhibit C2; Exhibit D; Electronic Filing Certificate of Service in associated to Proposed or Suggested Findings of Fact filed on 08/25/2025.

  **Filed By:** MAIA BRODIE
  **On Behalf Of:** REBECCA A COPELAND
  **Associated Entries:** 08/25/2025 - 🔒

**Propsd/Sugg Findings of Fact**

  +

🔒 **Propsd/Sugg Findings of Fact**

Respondents Proposed Findings of Fact and Conclusions of Law; Exhibit A; Exhibit B; Exhibit C1; Exhibit C2; Exhibit D; Exhibit E; Electronic Filing Certificate of Service.

  **Filed By:** MAIA BRODIE
  **On Behalf Of:** REBECCA A COPELAND
  **Associated Entries:** 08/25/2025 - 🔒

**CRIFS/Unredacted Document**

  +

**Hearing/Trial Cancelled**

  **Associated Entries:** 08/18/2025 - Motion Hearing Scheduled
  **Scheduled For:** 08/26/2025; 1:30 PM; BRUCE F. HILTON; St Louis County

🔒 **Notice**

Guardian ad Litems Notice of Cancellation; Electronic Filing Certificate of Service.

  **Filed By:** JOHN R FENLEY
  **On Behalf Of:** JOHN R FENLEY

**08/19/2025**

🔒 **Notice of Hearing Filed**

NOTICE SENT TO PARTIES VIA E-FILING. HEARING TO DISQUALIFY JUDGE HILTON SET BEFORE JUDGE ZERR ON AUGUST 27, 2025 AT 9:00 AM IN DIV 13. SO ORDERED: JUDGE BRUCE F. HILTON

**Hearing Scheduled**

MOTION TO DISQUALIFY-HEARING

Associated Entries: 08/27/2025 - Hearing Held

Scheduled For: 08/27/2025; 9:00 AM; RICHARD KEVIN ZERR; St Louis County

🔒 **Order**

IT IS ORDERED THAT THE HONORABLE RICHARD K ZERR (24828), BE ASSIGNED AS A SENIOR JUDGE WITH CONSENT TO THE FOLLOWING COURT OR DISTRICT: 21ST JUDICIAL CIRCUIT (ST. LOUIS COUNTY). IN THE MATTER OF: MATTHEW R GRANT VS. C.M.G., ET AL, CASE NO. 12SL-DR03959-02. SO ORDERED: W. BRENT POWELL, CHIEF JUSTICE.

**08/18/2025**

**Motion Hearing Scheduled**

Associated Entries: 08/25/2025 - Hearing/Trial Cancelled

Scheduled For: 08/26/2025; 1:30 PM; BRUCE F. HILTON; St Louis County

🔒 **Notice of Hearing Filed**

NOH - GALs Motion for Sanctions Against Petitioner and to Remove Children from Social Media and Public Postings; Electronic Filing Certificate of Service.

Filed By: JOHN R FENLEY

On Behalf Of: JOHN R FENLEY

🔒 **Motion for Sanctions**

GALs Motion for Sanctions Against Petitioner and to Remove Children from Social Media and Public Postings; Electronic Filing Certificate of Service.

Filed By: JOHN R FENLEY

On Behalf Of: JOHN R FENLEY

**08/17/2025**

🔒 **Notice**

INITIAL RESPONSE TO BAD FAITH ESCORT ORDER; Electronic Filing Certificate of Service.

Filed By: MATTHEW RICHARD GRANT

On Behalf Of: MATTHEW R GRANT

**08/13/2025**

🔒 **Order**

IT IS HEREBY ORDERED THAT WHENEVER MATTHEW R. GRANT ENTERS THE ST. LOUIS COUNTY COURTHOUSE HE SHALL REPORT TO THE SECURITY STAFF. THE SECURITY STAFF SHALL ESCORT MATTHEW R. GRANT TO ANY PLACE IN THE COURTHOUSE THAT HE HAS LEGITIMATE BUSINESS. A COPY OF THIS ORDER IS MAILED TO MATTHEW R. GRANT AND E-MAILED TO SECURITY.

**08/12/2025**

🔒 **Order**

PETITIONER'S MOTION FOR CHANGE OF JUDGE IS CALLED. COURT HAS CONTACTED SUPREME COURT REQUESTING A NON-21ST CICUIT JUDGE TO HEAR MOTION. ALL PRIOR ORDERS REMAIN IN FULL FORCE AND EFFECT. SO ORDERED: JUDGE BRUCE F. HILTON

Associated Entries: 07/29/2025 - Hearing Scheduled

Associated Entries: 08/26/2025 - 🔒

**CRIFS/Unredacted Document**

+

Scheduled For: 08/12/2025; 1:30 PM; BRUCE F. HILTON; St Louis County

🔒 **Notice**

PETITIONERS SECOND SUPPLEMENT TO MOTION FOR CHANGE OF JUDGE FOR CAUSE, AND FOR APPEARANCE OF IMPROPRIETY, ETC. AND NOTICE OF CIVIL RICO AND CIVIL RIGHTS ACT,; Exhibit A; Electronic Filing Certificate of Service.

Filed By: MATTHEW RICHARD GRANT

On Behalf Of: MATTHEW R GRANT

**08/11/2025**

🔒 **Supplemental Filing**

PETITIONERS SUPPLEMENT TO MOTION FOR CHANGE OF JUDGE FOR CAUSE, AND FOR APPEARANCE OF IMPROPRIETY, ETC. AND NOTICE OF CIVIL RICO AND CIVIL RIGHTS ACT, ETC. C; Exhibit - A email confirmation of case opening; Exhibit B - Civil RICO, Civil Rights Act, etc. Class Action Complaint; Electronic Filing Certificate of Service.

Filed By: MATTHEW RICHARD GRANT

On Behalf Of: MATTHEW R GRANT

**08/05/2025**

🔒 **Notice of Hearing Filed**

NOH - PETITIONERS MOTION TO VACATE AND SET ASIDE PARENTCHILD GAG ORDER; Electronic Filing Certificate of Service.

Filed By: MATTHEW RICHARD GRANT

On Behalf Of: MATTHEW R GRANT

**Motion to Set Aside**

PETITIONERS MOTION TO VACATE AND SET ASIDE PARENTING GAG ORDER; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

**Notice of Hearing Filed**

NOTICE OF HEARING - PETITIONERS MOTION FOR COURT APPOINTMENT OF LAWYER FOR THE MINOR CHILDREN IN THIS CASE DUE TO EXTREME CONFLICT WITH GUARDIAN AD LITEM; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

**Motion for Apptmnt of Counsel**

PETITIONERS MOTION FOR COURT APPOINTMENT OF LAWYER FOR THE MINOR CHILDREN IN THIS CASE DUE TO EXTREME CONFLICT WITH GUARDIAN AD LITEM RECOMMENDATION AND HIS O; Exhibit A; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

**Notice of Hearing Filed**

NOTICE OF HEARING - PETITIONERS VERIFIED APPLICATION FOR DISQUALIFICATION OF JUDGE HILTON FOR PREJUDICE AND BIAS PURSUANT TO RSMO. 508.090,; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

**Application Filed**

PETITIONERS VERIFIED APPLICATION FOR DISQUALIFICATION OF JUDGE HILTON FOR PREJUDICE AND BIAS PURSUANT TO RSMO. 508.090, MOTION FOR RECUSAL PURSUANT TO MISS; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

    **Associated Entries:** 08/26/2025 - 🔒

  **CRIFS/Unredacted Document**

    +

**08/04/2025**

**Notice of Hearing Filed**

Notice of Hearing; Electronic Filing Certificate of Service.

    **Filed By:** JOHN R FENLEY

    **On Behalf Of:** JOHN R FENLEY

**07/29/2025**

**Hearing Scheduled**

    **Associated Entries:** 08/12/2025 - 🔒

  **Order**

    +

    **Scheduled For:** 08/12/2025; 1:30 PM; BRUCE F. HILTON; St Louis County

**Notice of Hearing Filed**

NOTICE OF HEARINGS; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

**Motion Filed**

PETITIONERS MOTION FOR ORDER COMPELLING VISION EXAM OF RESPONDENT; Exhibit A; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

**07/25/2025**

**Filing:**

IN RESPONSE TO REQUEST FOR GUIDANCE: Trial Prepartion order of 4/23/25 is controlling.

**Certification of Deposition**

Certificate(s) of Taxing of Deposition Costs.

**Judge/Clerk - Note**

HEARING NEEDED ON MOTION TO COMPEL MENTAL EXAMINATION

**07/24/2025**

**Amended Motion/Petition Filed**

Amended Motion for Guardian ad Litem Fees; Electronic Filing Certificate of Service.

    **Filed By:** JOHN R FENLEY

    **On Behalf Of:** JOHN R FENLEY

**07/23/2025**

Case: 4:23-cv-01203-JMB Doc. #: 133-17 Filed: 05/21/26 Page: 12 of 57 PageID #: 2670

🔒 **Motion Filed**

PETITIONERS MOTION FOR TRIALFINAL HEARING EXHIBIT GUIDANCE; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Confid Filing Info Sheet Filed**

CRIFS FORM; PETITIONERS POST-TRIALFINAL HEARING MOTION FOR ORDER COMPELLING MENTAL EVALUATION OF RESPONDENT REBECCA A. COPELAND, REOPENING OF DISCOVERY, ORDER POSTPONING; Exhibit B; Exhibit C; Exhibit D; Exhibit E; Exhibit F; Exhibit G; Exhibit H; Exhibit I; Exhibit J; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Motion Filed**

PETITIONERS POST-TRIALFINAL HEARING MOTION FOR ORDER COMPELLING MENTAL EVALUATION OF RESPONDENT REBECCA A. COPELAND, REOPENING OF DISCOVERY, ORDER POSTPONING; Exhibit B; Exhibit C; Exhibit D; Exhibit E; Exhibit F; Exhibit G; Exhibit H; Exhibit I; Exhibit J; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Order**

A FURTHER ORDER (RE MOTION FOR GUARDIAN AD LITEM FEES) WOULD BE REDUNDANT ALL PRIOR ORDERS REMAIN IN FULL FORCE AND EFFECT. SO ORDERED: JUDGE BRUCE F. HILTON

**07/11/2025**

🔒 **Motion for Attorney's Fees**

Motion for GAL Fees; Exhibit A - Final Fees of Guardian ad Litem; Electronic Filing Certificate of Service.

    **Filed By:** JOHN R FENLEY

    **On Behalf Of:** JOHN R FENLEY

🔒 **Parenting Plan Filed**

Nonredacted Parenting Plan - Guardian ad Litem; Electronic Filing Certificate of Service.

    **Filed By:** JOHN R FENLEY

    **On Behalf Of:** JOHN R FENLEY

🔒 **Parenting Plan Filed**

Redacted Parenting Plan - Guardian ad Litem; Electronic Filing Certificate of Service.

    **Filed By:** JOHN R FENLEY

    **On Behalf Of:** JOHN R FENLEY

**06/26/2025**

🔒 **Request Filed**

PETITIONERS REQUEST FOR EXPEDITED HEARING TRANSCRIPT AND AUDIO RECORDINGS; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Motion Filed**

PETITIONERS RENEWED AND NEW MOTION FOR JUDGMENT AS A MATTER OF LAW ANDOR PARTIAL FINDINGS AS A MATTER OF LAW IN FAVOR OF PETITIONER; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

**06/25/2025**

🔒 **Satisfaction of Judgment Filed**

Satisfaction of Judgement; Electronic Filing Certificate of Service.

    **Filed By:** JOHN R FENLEY

    **On Behalf Of:** JOHN R FENLEY

**06/24/2025**

🔒 **Filing:**

TIME ALLOCATION DURING TRIAL

🔒 **Order**

CAUSE HEARD AND MATTER TO BE SUBMITTED AFTER PROPOSED FINDINGS AND CONCLUSIONS OF LAW ARE FILED NO LATER THAN 60 DAYS - ON OR BEFORE AUGUST 25, 2025. GAL GRANTED LEAVE TO FILE A PROPOSED PARENTING PLAN AND FEE STATEMENT BY 5 PM ON JULY 11, 2025. SO ORDERED: JUDGE BRUCE F. HILTON

    **Associated Entries:** 08/26/2025 - 🔒

**CRIFS/Unredacted Document**

    **+**

**Bench Trial Held**

    **Associated Entries: 06/23/2025 - Bench Trial Scheduled**   **+**

    **Scheduled For:** 06/24/2025; 9:00 AM; BRUCE F. HILTON; St Louis County

**06/23/2025**

**Bench Trial Scheduled**
DAY 2 OF BENCH TRIAL
    **Associated Entries:** 06/24/2025 - Bench Trial Held
    **Scheduled For:** 06/24/2025; 9:00 AM; BRUCE F. HILTON; St Louis County
**Hearing Held**

    **Associated Entries:** 02/07/2025 - Bench Trial Scheduled    +
    **Scheduled For:** 06/23/2025; 9:00 AM; BRUCE F. HILTON; St Louis County

🔒 **Motion Filed**
RESPONDENT;S REQUEST FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW

**06/22/2025**

🔒 **Motion for Leave**
PETITIONERS MOTION FOR LEAVE FOR AMENDED QUESTIONS TO THE MINOR CHILDREN AT TRIAL; Electronic Filing Certificate of Service.
    **Filed By:** MATTHEW RICHARD GRANT
    **On Behalf Of:** MATTHEW R GRANT

**06/21/2025**

🔒 **Motion to Modify**
PETITIONERS MOTION FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW AND DEADLINE FOR THE PARTIES SUBMISSION OF THEIR PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF L; Electronic Filing Certificate of Service.
    **Filed By:** MATTHEW RICHARD GRANT
    **On Behalf Of:** MATTHEW R GRANT

🔒 **Notice**
Return of Service Trial Subpoena Parkway School District; Electronic Filing Certificate of Service.
    **Filed By:** MATTHEW RICHARD GRANT
    **On Behalf Of:** MATTHEW R GRANT

🔒 **Notice of Service**
Return of Service Contract Land Staff; Electronic Filing Certificate of Service.
    **Filed By:** MATTHEW RICHARD GRANT
    **On Behalf Of:** MATTHEW R GRANT

**06/20/2025**

🔒 **Notice of Hearing Filed**
NOTICE OF HEARING MOTION TO SHORTEN TIME, OBJECTIONS TO RESPONDENTS TRIAL EXHIBITS, INITIAL MOTIONS IN LIMINE, AND MOTION TO AMEND HIS JANUARY 31, 2025, THIRD; Electronic Filing Certificate of Service.
    **Filed By:** MATTHEW RICHARD GRANT

🔒 **Motion to Shorten Time**
PETITIONERS MOTION TO SHORTEN TIME FOR HEARING ON INITIAL MOTIONS IN LIMINE AND MOTION TO AMEND AND MOTION TO AMEND HIS JANUARY 31, 2025, THIRD AMENDED COUNTER; Electronic Filing Certificate of Service.
    **Filed By:** MATTHEW RICHARD GRANT
    **On Behalf Of:** MATTHEW R GRANT

**06/19/2025**

🔒 **Motion Filed**
PETITIONERS INITIAL MOTIONS IN LIMINE AND TRIAL BRIEF REGARDING ASURE TEST, INC.S HAIR FOLLICLE DRUG TEST RESULTS, SOBERLINK BREATHALYZER TEST RESULTS, A; Electronic Filing Certificate of Service.
    **Filed By:** MATTHEW RICHARD GRANT
    **On Behalf Of:** MATTHEW R GRANT

🔒 **Notice of Hearing Filed**
Respondents Notice of Hearing; Electronic Filing Certificate of Service.
    **Filed By:** MAIA BRODIE
    **On Behalf Of:** REBECCA A COPELAND

🔒 **Motion to Shorten Time**
Respondents Motion to Shorten Time; Electronic Filing Certificate of Service.
    **Filed By:** MAIA BRODIE
    **On Behalf Of:** REBECCA A COPELAND

🔒 **Motion to Strike**
Respondents Motion to Strike Petitioners Second Amended Exhibit List and Motion to Strike Petitioners Objections to Respondents Trial Exhibits; Electronic Filing Certificate of Service.
    **Filed By:** MAIA BRODIE
    **On Behalf Of:** REBECCA A COPELAND

**Objections Filed**

Respondents First Amended Objections to Petitioners Trial Exhibits; Electronic Filing Certificate of Service.

**Filed By:** MAIA BRODIE

**On Behalf Of:** REBECCA A COPELAND

**Objections Filed**

Respondents First Amended Objections to Petitioners Summary Exhibits; Electronic Filing Certificate of Service.

**Filed By:** MAIA BRODIE

**On Behalf Of:** REBECCA A COPELAND

**Notice**

PETITIONERS OPPOSITION TO RESPONDENTS MOTION IN LIMINE DATED JUNE 17, 2025; Exhibit A; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT

**On Behalf Of:** MATTHEW R GRANT

**Notice**

Objections To Respondents Trial Exhibits; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT

**On Behalf Of:** MATTHEW R GRANT

**06/18/2025**

**Objections Filed**

Respondents Objections to Petitioners Trial Exhibits; Electronic Filing Certificate of Service.

**Filed By:** MAIA BRODIE

**On Behalf Of:** REBECCA A COPELAND

**Objections Filed**

Respondents Objections to Petitioners Summary Exhibit; Electronic Filing Certificate of Service.

**Filed By:** MAIA BRODIE

**On Behalf Of:** REBECCA A COPELAND

**Exhibit Filed**

Petitioners Second Amended Exhibit List for Trial; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT

**On Behalf Of:** MATTHEW R GRANT

**Motion for Leave**

PETITIONERS MOTION FOR LEAVE TO AMEND HIS JANUARY 31, 2025, THIRD AMENDED COUNTER-MOTION TO MODIFY CHILD SUPPORT, LEGAL CUSTODY, PHYSICAL CUSTODY SCHEDULE, AME; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT

**On Behalf Of:** MATTHEW R GRANT

**06/17/2025**

**Certification Filed**

Redaction Certification; Electronic Filing Certificate of Service.

**Filed By:** MAIA BRODIE

**On Behalf Of:** REBECCA A COPELAND

**CRIFS/Unredacted Document**

Confidential Redacted Information Filing Sheet; Respondents First Amended Trial Exhibit List; Electronic Filing Certificate of Service in associated to Exhibit filed on 06/17/2025.

**Filed By:** MAIA BRODIE

**On Behalf Of:** REBECCA A COPELAND

**Associated Entries:** 06/17/2025 - 🔒

**Exhibit Filed**

+

**Exhibit Filed**

Respondents First Amended Trial Exhibit List; Electronic Filing Certificate of Service.

**Filed By:** MAIA BRODIE

**On Behalf Of:** REBECCA A COPELAND

**Associated Entries:** 06/17/2025 - 🔒

**CRIFS/Unredacted Document**

+

**Motion to Shorten Time**

Motion to Shorten Time; Electronic Filing Certificate of Service.

**Filed By:** MAIA BRODIE

**On Behalf Of:** REBECCA A COPELAND

🔒 **Notice of Hearing Filed**

Notice of Hearing; Electronic Filing Certificate of Service.

    **Filed By:** MAIA BRODIE

    **On Behalf Of:** REBECCA A COPELAND

🔒 **Motion In Limine**

Respondents Motion in Limine; Electronic Filing Certificate of Service.

    **Filed By:** MAIA BRODIE

    **On Behalf Of:** REBECCA A COPELAND

**06/16/2025**

🔒 **Order**

PETITIONER'S MOTION IS GRANTED AS ENCLOSED WITHIN; SEE ATTACHED ORDER FOR SPECIAL CONDITIONS.

🔒 **Order - Denied**

MOTIONS DENIED. SEE ATTACHED ORDER FOR SPECIFIC MOTIONS. SO ORDERED: JUDGE BRUCE F. HILTON

    **Associated Entries:** 06/13/2025 - Motion Hearing Scheduled

    **Scheduled For:** 06/16/2025; 1:00 PM; BRUCE F. HILTON; St Louis County

**06/14/2025**

🔒 **Notice**

Petitioners First Amended Exhibit List; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Income & Expense Stmnt Filed**

Statement of Income and Expenses; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Notice**

Notice of Intent to Use Business Records - Contract Land Staff; Exhibit A Part 1; Exhibit A Part 2; Exhibit A Part 3; Exhibit A Part 4; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Notice**

Petitioners Initial Exhibit List; Initial Exhibit List; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

**06/13/2025**

🔒 **Notice**

Notice of Intent to Use Business Records of Aetna; Exhibit A; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Notice**

Intent to Use Business Records of Parkway School District; Exhibit A; Exhibit B; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Property Statement Filed**

Petitioners Statement of Property; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Proposed Parenting Plan Filed**

Petitioners Parenting Plan; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Form 14 Filed**

Petitioners Form 14; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Certification Filed**

Redaction Certification; Electronic Filing Certificate of Service.

    **Filed By:** MAIA BRODIE

    **On Behalf Of:** REBECCA A COPELAND

**CRIFS/Unredacted Document**

Confidential Redacted Information Filing Sheet: Respondents Second Amended Statement of Income and Expenses; Respondents Third Amended Statement of Property; Respondents Trial Exhibit List; Respondents Proposed Parenting Plan; Electronic Filing Certificate of Service in associated to Income & Expense Statement filed on 06/13/2025; Property Statement filed on 06/13/2025; Exhibit filed on 06/13/2025; Parenting Plan - Proposed filed on 06/13/2025.

>   **Filed By:** MAIA BRODIE
>   **On Behalf Of:** REBECCA A COPELAND
>   **Associated Entries:** 06/13/2025 - 🔒

**Income & Expense Stmnt Filed**

>   +
>   **Associated Entries:** 06/13/2025 - 🔒

**Exhibit Filed**

>   +
>   **Associated Entries:** 06/13/2025 - 🔒

**Proposed Parenting Plan Filed**

>   +
>   **Associated Entries:** 06/13/2025 - 🔒

**Property Statement Filed**

>   +

🔒 **Cert Serv of Prod of Docs, etc**

Certificate of Service and Notice of Intent; Electronic Filing Certificate of Service.

>   **Filed By:** MAIA BRODIE
>   **On Behalf Of:** REBECCA A COPELAND

🔒 **Form 14 Filed**

Respondents Proposed Form 14s; Electronic Filing Certificate of Service.

>   **Filed By:** MAIA BRODIE
>   **On Behalf Of:** REBECCA A COPELAND

🔒 **Proposed Parenting Plan Filed**

Respondents Proposed Parenting Plan; Electronic Filing Certificate of Service.

>   **Filed By:** MAIA BRODIE
>   **On Behalf Of:** REBECCA A COPELAND
>   **Associated Entries:** 06/13/2025 - 🔒

**CRIFS/Unredacted Document**

>   +

🔒 **Exhibit Filed**

Respondents Trial Exhibit List; Electronic Filing Certificate of Service.

>   **Filed By:** MAIA BRODIE
>   **On Behalf Of:** REBECCA A COPELAND
>   **Associated Entries:** 06/13/2025 - 🔒

**CRIFS/Unredacted Document**

>   +

🔒 **Property Statement Filed**

Respondents Third Amended Statement of Property; Electronic Filing Certificate of Service.

>   **Filed By:** MAIA BRODIE
>   **On Behalf Of:** REBECCA A COPELAND
>   **Associated Entries:** 06/13/2025 - 🔒

**CRIFS/Unredacted Document**

>   +

🔒 **Income & Expense Stmnt Filed**

Respondents Second Amended Statement of Income and Expenses; Electronic Filing Certificate of Service.

>   **Filed By:** MAIA BRODIE
>   **On Behalf Of:** REBECCA A COPELAND
>   **Associated Entries:** 06/13/2025 - 🔒

**CRIFS/Unredacted Document**

>   +

**Motion Hearing Scheduled**

>   **Associated Entries:** 06/16/2025 - 🔒

**Order - Denied**

>   +
>   **Scheduled For:** 06/16/2025; 1:00 PM; BRUCE F. HILTON; St Louis County

🔒 **Order**

PETITIONER'S ENCLOSED MOTIONS TO BE HEARD ON JUNE 16, 2025 AT 1 PM DESPITE COURT BEING ON VACATION. SO ORDERED: JUDGE BRUCE F. HILTON

🔒 **Exhibit Filed**

GAL Trial Exhibit List; Electronic Filing Certificate of Service.
  **Filed By:** JOHN R FENLEY
  **On Behalf Of:** JOHN R FENLEY

🔒 **Motion to Shorten Time**

PETITIONERS MOTION TO SHORTEN TIME FOR HEARING ON ALTERNATIVE MOTION TO COMPEL, MOTION FOR SANCTIONS AND MOTION TO STRIKE; Electronic Filing Certificate of Service.
  **Filed By:** MATTHEW RICHARD GRANT
  **On Behalf Of:** MATTHEW R GRANT

🔒 **Motion to Compel**

PETITIONERS SUPPLEMENT TO MOTION TO STRIKE, MOTION FOR SANCTIONS, AND ALTERNATIVE MOTION TO COMPEL; Electronic Filing Certificate of Service.
  **Filed By:** MATTHEW RICHARD GRANT
  **On Behalf Of:** MATTHEW R GRANT

🔒 **Motion to Shorten Time**

PETITIONERS MOTION TO SHORTEN TIME FOR HEARING ON MOTION TO CONTINUE TRIAL, AND MOTION TO DISCHARGE GUARDIAN AD LITEM AND FOR APPOINTMENT OF MUTUALLY AGREED UP; Electronic Filing Certificate of Service.
  **Filed By:** MATTHEW RICHARD GRANT
  **On Behalf Of:** MATTHEW R GRANT

🔒 **Motion for Continuance**

PETITIONERS MOTION TO CONTINUE TRIAL, AND MOTION TO DISCHARGE GUARDIAN AD LITEM AND FOR APPOINTMENT OF MUTUALLY AGREED UPON NEW GUARDIAN AD LITEM; Exhibit A; Exhibit B; Exhibit C; Electronic Filing Certificate of Service.
  **Filed By:** MATTHEW RICHARD GRANT
  **On Behalf Of:** MATTHEW R GRANT

**06/12/2025**

🔒 **Cause Taken Under Advisement**

CAUSE CALLED ON PETITIONER'S MOTION TO VACATE PRELIMINARY INJUNCTION. MOTION AND TESTIMONY HEARD AND TAKEN UNDER SUBMISSION. SO ORDERED: JUDGE BRUCE F. HILTON
  **Associated Entries:** 06/10/2025 - Testimony Motion Hearing Sched
  **Scheduled For:** 06/12/2025; 2:30 PM; BRUCE F. HILTON; St Louis County

**06/10/2025**

🔒 **Order - Denied**

GAL'S MOTION TO EXCLUDE MINOR CHILDREN FROM TESTIFYING IS DENIED. SO ORDERED: JUDGE BRUCE F. HILTON

🔒 **Order**

PETITIONER'S USE OF TECHNOLOGY IS GRANTED. SO ORDERED: JUDGE BRUCE F. HILTON

🔒 **Notice of Hearing Filed**

Notice of Hearing; Electronic Filing Certificate of Service.
  **Filed By:** JOHN R FENLEY
  **On Behalf Of:** JOHN R FENLEY

🔒 **Motion to Shorten Time**

Motion to Shorten Time; Electronic Filing Certificate of Service.
  **Filed By:** JOHN R FENLEY
  **On Behalf Of:** JOHN R FENLEY

**Testimony Motion Hearing Sched**

  **Associated Entries:** 06/12/2025 - 🔒
**Cause Taken Under Advisement**
  **+**
  **Scheduled For:** 06/12/2025; 2:30 PM; BRUCE F. HILTON; St Louis County

🔒 **Amended Notice of Hrng Filed**

NOTICE OF HEARING PETITIONERS MOTION TO VACATE AND DISSOLVE APRIL 4, 2025, PRELIMINARY INJUNCTION; Electronic Filing Certificate of Service.
  **Filed By:** MATTHEW RICHARD GRANT
  **On Behalf Of:** MATTHEW R GRANT

🔒 **Order - Denied**

PETITIONER'S MOTION FOR USE OF INDPENDENT COURT REPORTER AND VIDEOGRAPHER DENIED. SEE LOCAL RULE 9.5. SO ORDERED: JUDGE BRUCE F. HILTON

**06/08/2025**

🔒 **Notice**

Notice of Intent to Use Business Records - Soberlink; Exhibit A; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Notice**

Notice of Intent to Use Business Records - Asure Test; Exhibit A; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

**06/06/2025**

🔒 **Motion Filed**

Motion to Exclude; Electronic Filing Certificate of Service.

    **Filed By:** JOHN R FENLEY

    **On Behalf Of:** JOHN R FENLEY

**06/05/2025**

🔒 **Order for Continuance**

1HR TESTIMONEY HEARING OF JUNE 11TH VACATED; TO BE CONTINUED TO A DATE AND TIME AGREEABLE BY ALL PARTIES. SO ORDERED: JUDGE BRUCE F. HILTON

**Hearing/Trial Cancelled**

    **Associated Entries: 06/05/2025 - Testimony Motion Hearing Sched**

    **Scheduled For:** 06/11/2025; 10:30 AM; BRUCE F. HILTON; St Louis County

🔒 **Motion to Shorten Time**

Respondents Motion to Shorten Time; Electronic Filing Certificate of Service.

    **Filed By:** MAIA BRODIE

    **On Behalf Of:** REBECCA A COPELAND

🔒 **Motion for Continuance**

Respondents Motion to Continue Petitioners Motion to Vacate and Dissolve April 4, 2025 Preliminary Injunctions, Motion to Strike and Motion for Sanctions; Electronic Filing Certificate of Service.

    **Filed By:** MAIA BRODIE

    **On Behalf Of:** REBECCA A COPELAND

**Testimony Motion Hearing Sched**

    **Associated Entries: 06/05/2025 - Hearing/Trial Cancelled**

    **Scheduled For:** 06/11/2025; 10:30 AM; BRUCE F. HILTON; St Louis County

**06/04/2025**

🔒 **Notice of Hearing Filed**

NOTICE OF HEARING PETITIONERS MOTION TO VACATE AND DISSOLVE APRIL 4, 2025, PRELIMINARY INJUNCTION, MOTIONS TO STRIKE, AND MOTION FOR SANCTIONS; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

**06/03/2025**

🔒 **Motion Filed**

PETITIONERS MOTION FOR USE OF INDEPENDENT COURT REPORTER AND VIDEOGRAPHER; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Motion Filed**

PETITIONERS MOTION FOR USE OF COURTROOM TECHNOLOGY; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Order**

MOTION TO PRESENT LIVE TRIAL TESTIMONY OF MINOR CHILDREN GRANTED. COURT RESERVES RULING ON OBJECTIONS IF ANY POSED, SEE ALSO COURTS TRIAL PREP ORDER ON JUNE 3, 2025. SO ORDERED: JUDGE BRUCE F. HILTON

**06/02/2025**

🔒 **Motion Filed**

PETITIONERS MOTION TO PRESENT LIVE TRIAL TESTIMONY OF MINOR CHILDREN C.L.G AND C.M.G.; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

**Order - Denied**

RESPONDENTS MOTION TO STRIKE PLEADINGS CALLED, HEARD, AND DENIED. SO ORDERED: JUDGE BRUCE F. HILTON

**Hearing Held**

Associated Entries: 05/21/2025 - Motion Hearing Scheduled
Scheduled For: 06/02/2025; 1:00 PM; BRUCE F. HILTON; St Louis County

🔒 **Supplemental Filing**

PETITIONERS SECOND SUPPLEMENT TO HIS ORAL MOTION TO VACATE AND DISSOLVE APRIL 4, 2025, PRELIMINARY INJUNCTION; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT
**On Behalf Of:** MATTHEW R GRANT

**05/31/2025**

🔒 **Notice of Hearing Filed**

NOTICE OF HEARING PETITIONERS MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF WRIT PROCEEDINGS IN MISSOURI COURT OF APPEALS FILED ON MAY 30, 2025; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT
**On Behalf Of:** MATTHEW R GRANT

🔒 **Motion to Shorten Time**

MOTION TO SHORTEN TIME FOR HEARING ON PETITIONERS MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF WRIT PROCEEDINGS IN MISSOURI COURT OF APPEALS FILED ON MAY 3; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT
**On Behalf Of:** MATTHEW R GRANT

🔒 **Motion to Stay**

PETITIONERS MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF WRIT PROCEEDINGS IN MISSOURI COURT OF APPEALS FILED ON MAY 30, 2025; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT
**On Behalf Of:** MATTHEW R GRANT

**05/30/2025**

🔒 **Notice**

PETITIONERS NOTICE OF FILING EXHIBITS TO MAY 17, 2025 PETITIONERS VERIFIED NEW EVIDENCE MOTION FOR CHANGE OF JUDGE AND TO DISQUALIFY JUDGE HILTON AND THE ENTI; Exhibit N-1; Exhibit N-2; Exhibit N-3; Exhibit P-1; Exhibit P-2; Exhibit DD-2; Exhibit WW; Exhibit HHH corrected; Exhibit HHH-1; Exhibit HHH-2; Exhibit SSS; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT
**On Behalf Of:** MATTHEW R GRANT

**05/26/2025**

🔒 **Motion to Set Aside**

PETITIONERS SUPPLEMENT TO HIS ORAL MOTION TO VACATE AND DISSOLVE APRIL 4, 2025, PRELIMINARY INJUNCTION; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Exhibit E; Exhibit F; Exhibit G; Exhibit H; Exhibit I; Exhibit J; Exhibit K; Exhibit L; Exhibit M; Exhibit N; Exhibit O; Exhibit P; Exhibit Q; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT
**On Behalf Of:** MATTHEW R GRANT

**05/23/2025**

🔒 **Notice of Hearing Filed**

NOTICE OF HEARING PETITIONERS JANUARY 13, 2025 MOTION FOR SANCTIONS AGAINST RESPONDENT REBECCA A. COPELAND, RESPONDENTS COUNSEL MAIA BRODIE, AND MS. BRODIES; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT
**On Behalf Of:** MATTHEW R GRANT

🔒 **Notice of Hearing Filed**

NOH PETITIONERS DECEMBER 17, 2024, MOTION TO STRIKE RESPONDENTS PLEADINGS AS SANCTION FOR DESTRUCTION OF EVIDENCE, OR, IN THE ALTERNATIVE, MOTION FOR ADOPTION; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT
**On Behalf Of:** MATTHEW R GRANT

🔒 **Notice of Hearing Filed**

NOTICE OF HEARING PETITIONERS MOTION TO STRIKE RESPONDENTS DECEMBER 17, 2024, FIRST AMENDED MOTION TO MODIFY AND NOVEMBER 26, 2024, PROPOSED PARENTING PLAN, O; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT
**On Behalf Of:** MATTHEW R GRANT

**Motion to Strike**

PETITIONERS MOTION TO STRIKE RESPONDENTS DECEMBER 17, 2024 1ST AMENDED MOTION TO MODIFY AND NOVEMBER 26, 2024, PROPOSED PARENTING PLAN, THE ALTERNAT; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Exhibit E; Exhibit F; Electronic Filing Certificate of Service.

> **Filed By:** MATTHEW RICHARD GRANT
> **On Behalf Of:** MATTHEW R GRANT

**05/21/2025**

**Motion Hearing Scheduled**

> **Associated Entries:** 06/02/2025 - Hearing Held
> **Scheduled For:** 06/02/2025; 1:00 PM; BRUCE F. HILTON; St Louis County

**Order**

GAL'S MOTION FOR FEES IS GRANTED AS OUTLINED WITHIN THIS ORDER. PETITIONER'S MOTION TO OPEN COURTROOM AND UNSEAL RECORDS IS DENIED. MOTION TO DISQUALIFY JUDGE HILTON AND THE 21ST CIRCUIT IS DENIED. MOTION TO VACATE AND SET ASIDE THE APRIL 2, 2025 ORDER IS DENIED. SEE ATTACHED ORDER FOR ALL CONDITIONS. SO ORDERED: JUDGE BRUCE F. HILTON

> **Associated Entries:** 05/15/2025 - Motion Hearing Scheduled
> **Scheduled For:** 05/21/2025; 10:30 AM; BRUCE F. HILTON; St Louis County

**Notice of Hearing Filed**

COPY OF NOTICE GIVEN TO PARTIES IN PERSON ON THIS DATE.

> **Filed By:** MATTHEW RICHARD GRANT

**Notice of Hearing Filed**

COPIES OF NOTICE GIVEN TO PARTIES IN PERSON IN THIS DATE.

> **Filed By:** MAIA BRODIE

**Order**

MOTION TO QUASH DEPOSITION OF STACI A. THOMAS IS GRANTED. SO ORDERED: JUDGE BRUCE F. HILTON

**Motion to Strike**

PETITIONERS MOTION TO STRIKE THIRD PARTY S.T.S MAY 16, 2025, MOTION TO QUASH DEPOSITION NOTICE FOR FAILURE TO COMPLY WITH REDACTION RULES OF THIS COURT, A; Electronic Filing Certificate of Service.

> **Filed By:** MATTHEW RICHARD GRANT
> **On Behalf Of:** MATTHEW R GRANT

**05/20/2025**

**Cert Serv Resp Req Prod Doc Th**

Certificate of Service - Responses to Requests for Documents; Electronic Filing Certificate of Service.

> **Filed By:** MATTHEW RICHARD GRANT
> **On Behalf Of:** MATTHEW R GRANT

**Cert Serv of Rspns to Interrog**

Certificate of Service - Interrogatories; Electronic Filing Certificate of Service.

> **Filed By:** MATTHEW RICHARD GRANT
> **On Behalf Of:** MATTHEW R GRANT

**CRIFS/Unredacted Document**

CRIFS - Opposition to Motion to Strike; Unredacted Opposition to Motion to Strike; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Exhibit E; Exhibit F; Exhibit G; Exhibit H; Exhibit I; Exhibit J; Electronic Filing Certificate of Service in associated to Opposition filed on 05/20/2025.

> **Filed By:** MATTHEW RICHARD GRANT
> **On Behalf Of:** MATTHEW R GRANT
> **Associated Entries:** 05/20/2025 - 🔒

**Suggestions in Opposition**

> +

**Motion to Modify**

PETITIONERS EMERGENCY MOTION TO OPEN ALL DIVISION 13 HEARINGS AND TRIAL DAYS TO THE PUBLIC, INCLUDING THE HEARING IMPROPERLY SET FOR TOMORROW MORNING, MAY 21,; Electronic Filing Certificate of Service.

> **Filed By:** MATTHEW RICHARD GRANT
> **On Behalf Of:** MATTHEW R GRANT

**Motion to Set Aside**

PETITIONERS MOTION TO VACATE AND SET ASIDE APRIL 2, 2025 ORDER ENTERED IN ABSTENTIA DENYING PEITIONERS FEBRUARY 28, 2025 VERIFIED MOTION FOR CHANGE OF JUDGE; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Exhibit E; Exhibit F; Exhibit G; Exhibit H; Exhibit I; Exhibit J; Electronic Filing Certificate of Service.

> **Filed By:** MATTHEW RICHARD GRANT
> **On Behalf Of:** MATTHEW R GRANT

**Order**

GAL'S MOTION TO SHORTEN TIME IS GRANTED. SO ORDERED: JUDGE BRUCE F. HILTON

**Suggestions in Opposition**

PETITIONERS OPPOSITION TO RESPONDENTS MOTION TO STRIKE PETITIONERS COUNTER MOTION TO MODIFY CHILD SUPPORT, PETITIONERS FIRST AMENDED COUNTER-MOTION TO MODIF; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Exhibit E; Exhibit F; Exhibit G; Exhibit H; Exhibit I; Exhibit J; Electronic Filing Certificate of Service.

> **Filed By:** MATTHEW RICHARD GRANT
> **On Behalf Of:** MATTHEW R GRANT
> **Associated Entries:** 05/20/2025 - 🔒

**CRIFS/Unredacted Document**

> +

**Notice**

Notice of Cancellation of Deposition of Fact Witness; Electronic Filing Certificate of Service.

> **Filed By:** MATTHEW RICHARD GRANT
> **On Behalf Of:** MATTHEW R GRANT

**05/19/2025**

**CRIFS/Unredacted Document**

CRIFS for Exhibits AAA-2 Part Two through ZZZ; Exhibit AAA-2 Part Two; Exhibit AAA-3; Exhibit BBB; Exhibit CCC; Exhibit PPP; Exhibit PPP and PPP.1 sic combined as reflected in Motion; Exhibit PPP-1sic not referenced in Motion; Exhibit RRR-2; Exhibit ZZZ; Electronic Filing Certificate of Service in associated to Change of Judge filed on 05/17/2025.

> **Filed By:** MATTHEW RICHARD GRANT
> **On Behalf Of:** MATTHEW R GRANT
> **Associated Entries:** 05/17/2025 - 🔒

**Motion for Change of Judge**

> +

**CRIFS/Unredacted Document**

CRIFS for Exhibit AAA-2 Part One; Exhibit AAA-2 Part One; Electronic Filing Certificate of Service in associated to Change of Judge filed on 05/17/2025.

> **Filed By:** MATTHEW RICHARD GRANT
> **On Behalf Of:** MATTHEW R GRANT
> **Associated Entries:** 05/17/2025 - 🔒

**Motion for Change of Judge**

> +

**CRIFS/Unredacted Document**

CRIFS for Exhibit AAA-1 Part Two; Exhibit AAA-1 Part Two; Electronic Filing Certificate of Service in associated to Change of Judge filed on 05/17/2025.

> **Filed By:** MATTHEW RICHARD GRANT
> **On Behalf Of:** MATTHEW R GRANT
> **Associated Entries:** 05/17/2025 - 🔒

**Motion for Change of Judge**

> +

**CRIFS/Unredacted Document**

CRIFS for Exhibit AAA-1 Part One; Exhibit AAA-1 Part One; Electronic Filing Certificate of Service in associated to Change of Judge filed on 05/17/2025.

> **Filed By:** MATTHEW RICHARD GRANT
> **On Behalf Of:** MATTHEW R GRANT
> **Associated Entries:** 05/17/2025 - 🔒

**Motion for Change of Judge**

> +

**CRIFS/Unredacted Document**

CRIFS Exhibits T-1 through AAA-1 Part One; Exhibit T-1; Exhibit Z; Exhibit DD-1; Exhibit DD-2; Exhibit DD-3; Exhibit LL; Exhibit ZZ; Exhibit AAA-1 Part One; Electronic Filing Certificate of Service in associated to Notice (other) filed on 05/18/2025.

> **Filed By:** MATTHEW RICHARD GRANT
> **On Behalf Of:** MATTHEW R GRANT
> **Associated Entries:** 05/18/2025 - 🔒

**Notice**

> +

🔒 **CRIFS/Unredacted Document**

Exhibits F-1 through S; Exhibit F-1; Exhibit F-3; Exhibit L; Exhibit Q; Exhibit S; Electronic Filing Certificate of Service in associated to Notice (other) filed on 05/18/2025.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

    **Associated Entries:** 05/18/2025 - 🔒

**Notice**

    +

🔒 **CRIFS/Unredacted Document**

Confidential Redaction Information Filing Sheet; Unredacted PETITIONERS VERIFIED NEW EVIDENCE MOTION FOR CHANGE OF JUDGE AND TO DISQUALIFY JUDGE HILTON AND THE ENTIRE 21st CIRCUIT FOR CAUSE ANDOR DUE TO THE;

Electronic Filing Certificate of Service in associated to Change of Judge filed on 05/17/2025.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

    **Associated Entries:** 05/17/2025 - 🔒

**Motion for Change of Judge**

    +

**05/18/2025**

🔒 **Notice**

Notice of Additional Exhibits; Exhibit HHH; Exhibit III; Exhibit JJJ; Exhibit KKK; Exhibit LLL; Exhibit MMM; Exhibit NNN; Exhibit OOO; Exhibit PPP; Exhibit PPP - 1; Exhibit RRR - 1; Exhibit RRR - 2; Exhibit TTT; Exhibit UUU; Exhibit VVV; Exhibit WWW; Exhibit ZZZ; Exhibit AAAA; Exhibit BBBB; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Notice**

Notice of Additional Exhibits; Exhibit AAA - 3; Exhibit BBB; Exhibit CCC; Exhibit DDD; Exhibit EEE; Exhibit FFF; Exhibit GGG; Exhibit HHH; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Notice**

Notice of Additional Exhibits; Exhibit AAA - 1 Part 1; Exhibit AAA - 1 Part 2; Exhibit AAA- 2 Part 1; Exhibit AAA-2 Part 2; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Notice**

Notice of Filing Additional Exhibits; Exhibit AA; Exhibit BB; Exhibit CC; Exhibit DD; Exhibit DD-1; Exhibit DD-3; Exhibit EE; Exhibit FF; Exhibit GG; Exhibit HH; Exhibit HH-1; Exhibit II; Exhibit JJ; Exhibit KK; Exhibit LL; Exhibit MM; Exhibit NN; Exhibit OO; Exhibit PP; Exhibit QQ; Exhibit RR; Exhibit SS; Exhibit TT; Exhibit UU; Exbibit VV; Exhibit XX; Exhibit ZZ; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Notice**

Notice of Additional Exhibits; Exhibit P-1; Exhibit P-2; Exhibit Q; Exhibit R; Exhibit S; Exhibit T-2; Exhibit T-3; Exhibit U; Exhibit V; Exhibit W; Exhibit X; Exhibit Y; Exhibit Z; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Notice**

Notice of Additional Exhibits; Exhibit F.7 Part One; Exhibit F-7 Part Two; Exhibit F-9; Exhibit G; Exhibit H; Exhibit I; Exhibit J; Exhibit K; Exhibit L; Exhibit M; Exhibit N; Exhibit O; Exhibit P; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

    **Associated Entries:** 05/19/2025 - 🔒

**CRIFS/Unredacted Document**

    +

    **Associated Entries:** 05/19/2025 - 🔒

**CRIFS/Unredacted Document**

    +

**05/17/2025**

🔒 **Motion to Shorten Time**

Guardian ad Litems Motion to Shorten Time; Electronic Filing Certificate of Service.

    **Filed By:** JOHN R FENLEY

    **On Behalf Of:** JOHN R FENLEY

**Notice of Hearing Filed**

Notice of Hearing – Motion for Additional GAL Fees and Motion to Shorten Time; Electronic Filing Certificate of Service.

  **Filed By:** JOHN R FENLEY

  **On Behalf Of:** JOHN R FENLEY

**Motion for Change of Judge**

PETITIONERS VERIFIED NEW EVIDENCE MOTION FOR CHANGE OF JUDGE AND TO DISQUALIFY JUDGE HILTON AND THE ENTIRE 21st CIRCUIT FOR CAUSE ANDOR DUE TO THE APPEARANCE; NOTICE OF EXHIBIT FILING REGARDING NEW EVIDENCE MOTION FOR CHANGE OF JUDGE; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Exhibit E; Exhibit F; Exhibit F-1; Exhibit F-2; Exhibit F-3; Exhibit F-4; Exhibit F-5; Exhibit F-6; Electronic Filing Certificate of Service.

  **Filed By:** MATTHEW RICHARD GRANT

  **On Behalf Of:** MATTHEW R GRANT

  **Associated Entries: 05/19/2025 -** 

**CRIFS/Unredacted Document**

  +

  **Associated Entries: 05/19/2025 -** 

**CRIFS/Unredacted Document**

  +

  **Associated Entries: 05/19/2025 -** 

**CRIFS/Unredacted Document**

  +

  **Associated Entries: 05/19/2025 -** 

**CRIFS/Unredacted Document**

  +

  **Associated Entries: 05/19/2025 -** 

**CRIFS/Unredacted Document**

  +

**05/16/2025**

**Notice of Hearing Filed**

**Motion to Quash**

FILED BY NON PARTY

**05/15/2025**

**Motion Hearing Scheduled**

  **Associated Entries: 05/21/2025 -** 

**Order**

  +

  **Scheduled For: 05/21/2025; 10:30 AM; BRUCE F. HILTON; St Louis County**

**Notice of Hearing Filed**

Notice of Hearing; Electronic Filing Certificate of Service.

  **Filed By:** MAIA BRODIE

  **On Behalf Of:** REBECCA A COPELAND

**Motion to Strike**

Respondents Motion to Strike; Electronic Filing Certificate of Service.

  **Filed By:** MAIA BRODIE

  **On Behalf Of:** REBECCA A COPELAND

**05/14/2025**

**Notice**

Notice of Videotaped Deposition of Witness S.T.; Electronic Filing Certificate of Service.

  **Filed By:** MATTHEW RICHARD GRANT

  **On Behalf Of:** MATTHEW R GRANT

**05/08/2025**

**Motion for Attorney's Fees**

Motion for Additional Guardian ad Litem Fees; Electronic Filing Certificate of Service.

  **Filed By:** JOHN R FENLEY

  **On Behalf Of:** JOHN R FENLEY

**04/24/2025**

**Satisfaction of Judgment Filed**

Satisfaction of Judgment- Respondent; Electronic Filing Certificate of Service.

  **Filed By:** JOHN R FENLEY

  **On Behalf Of:** JOHN R FENLEY

**04/23/2025**

🔒 **Order**
TRIAL PREPARATION ORDER SO ORDERED: JUDGE BRUCE F. HILTON

**04/04/2025**

🔒 **Injunction Order**
PRELIMINARY INJUNCTION GRANTED IN PART AND DENIED IN PART. THE COURT ORDERS OF 3-28-25 REMAIN IN FULL FORCE AND EFFECT. THE COURT REITERATES ITS ORDER THAT NEITHER PARENT SHALL COMMUNICATE WITH THE MINOR CHILDREN REGARDING THE PENDING LITIGATION. SEE ATTACHED ORDER FOR ADDITIONAL CONDITIONS. SO ORDERED: JUDGE BRUCE F. HILTON

> **Associated Entries: 03/28/2025 - Hearing Scheduled** +
> **Scheduled For:** 04/04/2025; 9:30 AM; BRUCE F. HILTON; St Louis County

**04/02/2025**

🔒 **Order - Denied**
MOTION TO DISQUALIFY JUDGE HILTON AND 21ST CIRCUIT WAS CALLED, HEARD, AND DENIED. PETITIONER FAILED TO APPEAR TO PRESENT HIS ARGUEMNT DESPITE RECEIVING NOTICE. SO ORDERED: JUDGE TERRY L. BROWN

> **Associated Entries: 03/28/2025 - Motion Hearing Scheduled** +
> **Scheduled For:** 04/02/2025; 11:30 AM; TERRY LYNN BROWN; St Louis County

**03/28/2025**

🔒 **Order**
ORDER FOR TESTING. SEE ATTACHED ORDER FOR SPECIAL CONDITIONS, TEST TO BE COMPLETED BY MARCH 31, 2025 AT 3:00 PM. SO ORDERED: JUDGE BRUCE F. HILTON

🔒 **Temporary Restraining Order**
TRO IS GRANTED IN PART AND DENIED IN PART. SEE ATTACHED ORDER FOR SPECIAL CONDITIONS. SO ORDERED: JUDGE BRUCE F. HILTON

🔒 **Order - Denied**
PETITIONER'S MOTION FOR ODER COMPELLING MENTAL EVALUATION IS DENIED. SO ORDERED: JUDGE BRUCE F. HILTON

🔒 **Order**
PETITIONER'S SECOND VERIFIED MOTION FOR CHANGE OF JUDGE AND TO DISQUALIFY IS SET INFRONT OF JUDGE BROWN IN DIV 13 ON APRIL 2ND, 2025 AT 11:30 AM. SO ORDERED: JUDGE BRUCE F. HILTON

🔒 **Notice of Hearing Filed**
PRELIMINARY INJUNCTION HEARING SET FOR APRIL 4, 2025 AT 9:30 AM. SO ORDERED: JUDGE BRUCE F. HILTON

🔒 **Receipt Filed**

🔒 **Filing:**
CASH PAYMENT FOR TEMPORARY RESTRAING ORDER
> **Filed By:** MAIA BRODIE
> **On Behalf Of:** REBECCA A COPELAND

**Hearing Scheduled**
PRELIMINARY INJUNCTION
> **Associated Entries: 04/04/2025 -** 🔒
> **Injunction Order**
> +
> **Scheduled For: 04/04/2025; 9:30 AM; BRUCE F. HILTON; St Louis County**

**Motion Hearing Scheduled**
MOTION TO DISQUALIFY
> **Associated Entries: 04/02/2025 -** 🔒
> **Order - Denied**
> +
> **Scheduled For: 04/02/2025; 11:30 AM; TERRY LYNN BROWN; St Louis County**

**Hearing Held**

> **Associated Entries: 03/27/2025 - Motion Hearing Scheduled** +
> **Scheduled For:** 03/28/2025; 9:30 AM; BRUCE F. HILTON; St Louis County

**03/27/2025**

**Motion Hearing Scheduled**
TRO
> **Associated Entries: 03/28/2025 - Hearing Held** +
> **Scheduled For:** 03/28/2025; 9:30 AM; BRUCE F. HILTON; St Louis County

🔒 **Temporary Restraining Order**
TRO GRANTED, SEE ATTACHED ORDER FOR SPECIAL CONDITIONS. HEARING ON TRO TO BE SET ON MARCH 28, 2025 AT 9:30 AM IN DIV 13. SO ORDERED: JUDGE BRUCE F. HILTON

**Filed By:** MAIA BRODIE
**On Behalf Of:** REBECCA A COPELAND

**03/26/2025**

🔒 **Motion Filed**

GALs Motion for Hair Follicle Drug Testing of Petitioner; Electronic Filing Certificate of Service.
**Filed By:** JOHN R FENLEY
**On Behalf Of:** JOHN R FENLEY

🔒 **CRIFS/Unredacted Document**

GALs Motion for Therapy for Minor Children and Request to Grant Mother Sole Legal Custody; Electronic Filing Certificate of Service in associated to Motion (other) filed on 03/26/2025.
**Filed By:** JOHN R FENLEY
**On Behalf Of:** JOHN R FENLEY
**Associated Entries: 03/26/2025 -** 🔒
**Motion Filed**

**+**

🔒 **Motion Filed**

GALs Motion for Therapy for Minor Children and Request to Grant Mother Sole Legal Custody; Electronic Filing Certificate of Service.
**Filed By:** JOHN R FENLEY
**On Behalf Of:** JOHN R FENLEY
**Associated Entries: 03/26/2025 -** 🔒
**CRIFS/Unredacted Document**

**+**

**03/25/2025**

🔒 **Supplemental Filing**

PETITIONERS SUPPLEMENT AND AMENDMENT TO HIS VERIFIED MOTIONS FOR CHANGE OF JUDGE AND TO DISQUALIFY JUDGE HILTON AND THE ENTIRE 21st CIRCUIT FOR CAUSE ANDOR DU; Exhibit A; Electronic Filing Certificate of Service.
**Filed By:** MATTHEW RICHARD GRANT
**On Behalf Of:** MATTHEW R GRANT

**03/04/2025**

🔒 **Order**

IT IS ORDERED THAT THE HONORABLE T LYNN BROWN BE ASSIGNED AS A SENIOR JUDGE TO THE 21ST JUDICIAL CIRCUIT (ST. LOUIS COUNTY) IN THE MATTER OF MATTHEW R GRANT V. CMG ET AL, CASE NUMBER 12SL-DR036959-02. SO ORDERED: MARY RUSSELL, CHIEF JUSTICE, SUPREME COURT, STATE OF MISSOURI.

**02/28/2025**

**Judgment Entered**

PETITIONER'S MOTION TO VACATE AND OR SET ASIDE THE INTERIM CUSTODY ORDER IS HEREBY DENIED. SO ORDERED: JUDGE BRUCE F. HILTON

🔒 **Order**

SEE ATTACHED ORDER FOR SPECIAL CONDITIONS. SO ORDERED: JUDGE BRUCE F. HILTON

🔒 **Order**

SEE ATTACHED ORDER FOR SPECIAL CONDITIONS. SO ORDERED: JUDGE BRUCE F. HILTON
**Hearing Held**

**Associated Entries: 02/21/2025 - Motion Hearing Scheduled**
**Scheduled For:** 02/28/2025; 9:00 AM; BRUCE F. HILTON; St Louis County

🔒 **Motion for Change of Judge**

PETITIONERS SECOND VERIFIED MOTION FOR CHANGE OF JUDGE AND TO DISQUALIFY JUDGE HILTON AND THE ENTIRE 21st CIRCUIT FOR CAUSE ANDOR DUE TO THE APPEARANCE; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Electronic Filing Certificate of Service.
**Filed By:** MATTHEW RICHARD GRANT
**On Behalf Of:** MATTHEW R GRANT

**02/27/2025**

🔒 **Motion for Change of Judge**

PETITIONERS VERIFIED MOTION FOR CHANGE OF JUDGE AND TO DISQUALIFY JUDGE HILTON AND THE ENTIRE 21st CIRCUIT FOR CAUSE ANDOR DUE TO THE APPEARANCE OF IMPROPRIET; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Electronic Filing Certificate of Service.
**Filed By:** MATTHEW RICHARD GRANT
**On Behalf Of:** MATTHEW R GRANT

**02/24/2025**

🔒 **Satisfaction of Judgment Filed**

Satisfaction of Judgment- Petitioner; Electronic Filing Certificate of Service.

    **Filed By:** JOHN R FENLEY

    **On Behalf Of:** JOHN R FENLEY

**02/21/2025**

**Motion Hearing Scheduled**

    **Associated Entries: 02/28/2025 - Hearing Held**

    **Scheduled For:** 02/28/2025; 9:00 AM; BRUCE F. HILTON; St Louis County

🔒 **Notice of Hearing Filed**

NOTICE OF HEARING PETITIONERS MOTION FOR ORDER COMPELLING MENTAL EXAMINATION OF RESPONDENT REBECCA A. COPELAND; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Notice of Hearing Filed**

Notice of Hearing; Electronic Filing Certificate of Service.

    **Filed By:** MAIA BRODIE

    **On Behalf Of:** REBECCA A COPELAND

🔒 **Motion Filed**

Respondents Motion to Set Location of Depositions; Electronic Filing Certificate of Service.

    **Filed By:** MAIA BRODIE

    **On Behalf Of:** REBECCA A COPELAND

🔒 **Motion to Compel**

Motion to Compel Petitioners Compliance with Discovery Requests; Electronic Filing Certificate of Service.

    **Filed By:** MAIA BRODIE

    **On Behalf Of:** REBECCA A COPELAND

**02/18/2025**

🔒 **Order**

MOTION TO COMPEL GRANTED IN PART. SEE ATTACHED ORDER FOR SPECIAL CONDITIONS. SO ORDERED: JUDGE BRUCE F. HILTON

🔒 **Notice of Hearing Filed**

Notice of Hearing; Electronic Filing Certificate of Service.

    **Filed By:** LAWRENCE GERARD GILLESPIE

**02/14/2025**

🔒 **Motion to Dismiss**

Motion to Dismiss with Prejudice; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Exhibit E; Exhibit F; Electronic Filing Certificate of Service.

    **Filed By:** LAWRENCE GERARD GILLESPIE

**02/11/2025**

🔒 **Notice of Hearing Filed**

NOTICE OF HEARING PETITIONERS MOTION TO COMPEL WITNESSS DEPOSITION ATTENDANCE AND FOR SANCTIONS, OR, IN THE ALTERNATIVE, TO PROHIBIT WITNESS FROM TESTIFY; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Notice of Hearing Filed**

NOTICE OF HEARING ON PETITIONERS MOTION FOR ORDER COMPELLING MENTAL EXAMINATION OF RESPONDENT REBECCA A. COPELAND; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

**02/07/2025**

**Bench Trial Scheduled**

2 DAY BENCH TRIAL

    **Associated Entries: 06/23/2025 - Hearing Held**

    **Scheduled For:** 06/23/2025; 9:00 AM; BRUCE F. HILTON; St Louis County

🔒 **Order**

SEE ATTACHED ORDER FOR VARIOUS RULINGS. CAUSE SET FOR 2 DAY BENCH TRIAL ON JUNE 23, 2025 AT 9:00 AM. SO ORDERED: JUDGE BRUCE F. HILTON

    **Associated Entries: 01/21/2025 - Testimony Motion Hearing Sched**

    **Scheduled For:** 02/07/2025; 1:30 PM; BRUCE F. HILTON; St Louis County

**Notice**

NOTICE OF CANCELLATION OF HEARING ON PETITIONERS MOTION FOR DISCHARGE OF JOHN FINLEY AS GUARDIAN AD LITEM IN THIS MATTER DUE TO HIS FAILURE TO FAITHFULLY DISCH; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT
    **On Behalf Of:** MATTHEW R GRANT

**02/06/2025**

🔒 **Notice**

PETITIONERS VERIFIED SUPPLEMENTATION AND AMENDMENT TO HIS MOTION TO VACATE AND SET ASIDE OCTOBER 2, 2024, INTERIM CONSENT ORDER AND DECEMBER 20, 2017, MODIF; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT
    **On Behalf Of:** MATTHEW R GRANT

🔒 **Notice**

NOTICE OF CANCELLATION OF HEARING ON MOTION FOR APPOINTMENT OF MATTHEW R. GRANT AS THE NEXT FRIEND FOR THE MINOR CHILDREN, C.L.G. AND C.M.G. FOR THE PURPOSE O; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT
    **On Behalf Of:** MATTHEW R GRANT

🔒 **Notice of Hearing Filed**

NOTICE OF CANCELLATION OF HEARING ON DECEMBER 16, 2024, MOTION TO COMPEL AND FOR SANCTIONS, OR, IN THE ALTERNATIVE, TO PROHIBIT WITNESS FROM TESTIFYING SET FOR; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT
    **On Behalf Of:** MATTHEW R GRANT

**02/05/2025**

🔒 **Notice**

NOTICE OF FILING AFFIDAVIT OF SERVICE REGARDING FACT WITNESS; Affidavit of Service - including link to service videos; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT
    **On Behalf Of:** MATTHEW R GRANT

**02/04/2025**

🔒 **Notice**

ADDITIONAL AND ALTERNATIVE NOTICE OF HEARING DECEMBER 16, 2024, MOTION TO COMPEL AND FOR SANCTIONS, OR, IN THE ALTERNATIVE, TO PROHIBIT WITNESS FROM TESTIFYING; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT
    **On Behalf Of:** MATTHEW R GRANT

**02/03/2025**

🔒 **Notice**

PETITIONERS SUPPLEMENT AND AMENDMENT TO HIS DECEMBER 16, 2024 MOTION TO COMPEL AND FOR SANCTIONS OR IN THE ALTERNATIVE, TO PROHIBIT WITNESS FROM TESTIFYING; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Exhibit E; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT
    **On Behalf Of:** MATTHEW R GRANT

**01/31/2025**

🔒 **Notice of Hearing Filed**

NOTICE OF HEARING MOTION FOR APPOINTMENT OF MATTHEW R. GRANT AS THE NEXT FRIEND FOR THE MINOR CHILDREN, C.L.G. AND C.M.G. FOR THE PURPOSE OF HANDLING ALL LEGA; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT
    **On Behalf Of:** MATTHEW R GRANT

🔒 **Motion to Appoint Next Friend**

MOTION FOR APPOINTMENT OF MATTHEW R. GRANT AS THE NEXT FRIEND FOR THE MINOR CHILDREN, C.L.G. AND C.M.G. FOR THE PURPOSE OF HANDLING ALL LEGAL CLAIMS THE MINO; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT
    **On Behalf Of:** MATTHEW R GRANT

🔒 **Notice of Hearing Filed**

NOH - PETITIONERS MOTION FOR LEAVE TO FILE THIRD AMENDED COUNTER-MOTION TO MODIFY CHILD SUPPORT, LEGAL CUSTODY, PHYSICAL CUSTODY SCHEDULE,; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT
    **On Behalf Of:** MATTHEW R GRANT

**Motion for Leave**

PETITIONERS MOTION FOR LEAVE TO FILE THIRD AMENDED COUNTERMOTION TO MODIFY CHILD SUPPORT, LEGAL CUSTODY, PHYSICAL CUSTODY SCHEDULE, AMEND ION ON PASSPO; Exhibit A; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT
**On Behalf Of:** MATTHEW R GRANT

**Notice of Hearing Filed**

NOTICE OF HEARING PETITIONERS MOTION FOR ORDER COMPELLING MENTAL EXAMINATION OF RESPONDENT REBECCA A. COPELAND; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT
**On Behalf Of:** MATTHEW R GRANT

**Motion for Mental Exam**

PETITIONERS MOTION FOR ORDER COMPELLING MENTAL EXAMINATION OF RESPONDENT REBECCA A. COPELAND; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT
**On Behalf Of:** MATTHEW R GRANT

**Notice of Hearing Filed**

NOTICE OF HEARING PETITIONERS MOTION TO COMPEL WITNESS DEPOSITION ATTENDANCE AND FOR SANCTIONS, OR, IN THE ALTERNATIVE, TO PROHIBIT WITNESS FROM TE; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT
**On Behalf Of:** MATTHEW R GRANT

**Notice of Hearing Filed**

NOTICE OF HEARING DECEMBER 16, 2024, MOTION TO COMPEL AND FOR SANCTIONS, OR, IN THE ALTERNATIVE, TO PROHIBIT WITNESS FROM TESTIFYING; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT
**On Behalf Of:** MATTHEW R GRANT

**01/30/2025**

**Notice of Hearing Filed**

NOTICE OF HEARING PETITIONERS MOTION TO VACATE AND SET ASIDE OCTOBER 2, 2024, INTERIM CONSENT ORDER AND DECEMBER 17, 2017, MODIFICATION JUDGMENT IN PART, AND F; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT
**On Behalf Of:** MATTHEW R GRANT

**Motion to Set Aside**

PETITIONERS MOTION TO VACATE AND SET ASIDE OCTOBER 2, 2024, INTERIM CONSENT ORDER AND DECEMBER 20, 2017, MODIFICATION JUDGMENT, IN PART, AND FOR AN ORDER RE; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Exhibit E; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT
**On Behalf Of:** MATTHEW R GRANT

**Notice of Hearing Filed**

Notice of Hearing - GALs Motion for Fees and Motion for Hair Follicle Drug Testing of Petitioner; Electronic Filing Certificate of Service.

**Filed By:** JOHN R FENLEY
**On Behalf Of:** JOHN R FENLEY

**Motion Filed**

Guardian ad Litems Motion for Hair Follicle Drug Testing of Petitioner; Electronic Filing Certificate of Service.

**Filed By:** JOHN R FENLEY
**On Behalf Of:** JOHN R FENLEY

**Motion for Attorney's Fees**

Amended Motion for Guardian ad Litem Fees; Electronic Filing Certificate of Service.

**Filed By:** JOHN R FENLEY
**On Behalf Of:** JOHN R FENLEY

**01/29/2025**

**Order for Continuance**

CAUSE IS REMOVED FROM THE 1-31-25 DOCKET AND TO REMAIN ET FOR HEARING ON 2-7-25. SO ORDERED: JUDGE BRUCE F. HILTON

**Associated Entries:** 01/27/2025 - Motion Hearing Scheduled
**Scheduled For:** 01/31/2025; 9:00 AM; BRUCE F. HILTON; St Louis County

**01/28/2025**

**Hearing/Trial Cancelled**

**Associated Entries:** 12/09/2024 - Trial Setting Scheduled
**Scheduled For:** 03/12/2025; 9:00 AM; JOSEPH L. GREEN; St Louis County

Associated Entries: 04/08/2024 - Hearing Continued/Rescheduled

Associated Entries: 12/09/2024 - **Trial Setting Scheduled**

**Scheduled For:** 03/11/2025; 9:00 AM; JOSEPH L. GREEN; St Louis County

**Judge Assigned**

**Filed By:** BRUCE F. HILTON

🔒 **Order**

SO ORDERED: JUDGE BRUCE F. HILTON

🔒 **Order - Denied**

REQUEST FOR EXPEDITED TRANSCRIPT IS DENIED. PETITIONER TO CONTACT COURT REPORTER DIRECTLY TO OBTAIN TRASCRIPT. SO ORDERED: JUDGE BRUCE F. HILTON

🔒 **Order to Transfer**

CAUSE TRANSFERRED TO DIV 13. SO ORDERED: JUDGE BRUCE F. HILTON

**01/27/2025**

🔒 **Motion for Continuance**

Guardian ad Litems Motion for Continuance; Electronic Filing Certificate of Service.

**Filed By:** JOHN R FENLEY

**On Behalf Of:** JOHN R FENLEY

**Motion Hearing Scheduled**

Associated Entries: 01/29/2025 - 🔒

**Order for Continuance**

+

**Scheduled For:** 01/31/2025; 9:00 AM; BRUCE F. HILTON; St Louis County

**01/24/2025**

🔒 **Notice of Hearing Filed**

NOH - Petitioners Motion For Discharge Of John Fenley As Guardian Ad Litem In This Matter Due To His Failure To Faithfully Discharge His Duties As Required By; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT

**On Behalf Of:** MATTHEW R GRANT

🔒 **Motion for Discharge**

MOTION FOR DISCHARGE OF JOHN FENLEY AS GUARDIAN AD LITEM IN THIS MATTER DUE TO HIS FAILURE TO FAITHFULLY DISCHARGE HIS DUTIES AS REQUIRED BY RSMO. 452.4234,; Exhibit A; Exhibit E; Exhibit F; Exhibit G; Exhibit H; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT

**On Behalf Of:** MATTHEW R GRANT

**01/23/2025**

🔒 **Motion to Modify**

PETITIONERS EXPEDITED MOTION FOR JANUARY 21, 2025, HEARING RECORDING ANDOR TRANSCRIPT; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT

**On Behalf Of:** MATTHEW R GRANT

🔒 **Consent Filed**

PETITIONERS CONSENT TO THE ONGOING JURISDICTION OF DIVISION 13 OF THIS COURT AND WITHDRAWAL OF REQUEST FOR TRANSFER TO THE MISSOURI SUPREME COURT; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT

**On Behalf Of:** MATTHEW R GRANT

🔒 **Notice**

PETITIONERS AMENDMENT OF HIS PENDING MOTIONS FOR CHANGE OF JUDGE FOR CAUSE VIA INTERLINEATION AS A MATTER OF RIGHT UNDER RULE 55.33A, AND, IN THE ALTERNATI; Exhibit A; Exhibit B; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW RICHARD GRANT

**On Behalf Of:** MATTHEW R GRANT

**01/21/2025**

**Testimony Motion Hearing Sched**

Associated Entries: 02/07/2025 - 🔒

**Order**

+

**Scheduled For:** 02/07/2025; 1:30 PM; BRUCE F. HILTON; St Louis County

**Order**
REASSIGNMENT ORDERS VACATED AND SET ASIDE. THE REMAINDER OF THE MOTION IS SUBMITTED AND TAKEN UNDER ADVISEMENT. SO ORDERED: JUDGE BRUCE F. HILTON

**Order Withdrawing Attorney:**
WITHDRAWAL OF COUNSEL GRANTED. SO ORDERED: JUDGE BRUCE F. HILTON

**01/20/2025**

**Notice**
Notice Of Cancellation Of January 21, 2025 Hearing Presiding Judge Hilton Division 13; Electronic Filing Certificate of Service.
    **Filed By:** MATTHEW RICHARD GRANT
    **On Behalf Of:** MATTHEW R GRANT

**Consent Filed**
Consent To Motion To Withdraw Filed By Mat G. Eilerts, Dzenna Delic, And Growe Eisen Karlen Eilerts; Electronic Filing Certificate of Service.
    **Filed By:** MATTHEW RICHARD GRANT
    **On Behalf Of:** MATTHEW R GRANT

**01/17/2025**

**Notice of Hearing Filed**
Notice of Hearing - Division 13 - Motion to Disqualify and for Change of Judge for Cause Due to Appearance of Impropriety, and Due to Invalid Reassignment Orde; Electronic Filing Certificate of Service.
    **Filed By:** MATTHEW RICHARD GRANT
    **On Behalf Of:** MATTHEW R GRANT

**Motion to Disqualify**
Motion To Disqualify and for Change of Judge for Cause Due to Appearance of Impropriety, and Due to Invalid Reassignment Order and Lack of Jurisdiction, and; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Exhibit E; Exhibit F; Exhibit G; Exhibit H - redacted; Exhibit I; Exhibit J - redacted; Exhibit K; Exhibit L; Electronic Filing Certificate of Service.
    **Filed By:** MATTHEW RICHARD GRANT
    **On Behalf Of:** MATTHEW R GRANT

**01/16/2025**

**Order**
THE ABOVE MATTER IS SET FOR A TWO DAY TRIAL STARTING MARCH 11, 2025 @ 9:00 AM SO ORDERED: JUDGE JOSEPH L. GREEN
    **Associated Entries: 01/08/2025 - Testimony Motion Hearing Sched**
    **Scheduled For:** 01/21/2025; 1:30 PM; BRUCE F. HILTON; St Louis County

**01/14/2025**

**Judge Assigned**
DIV 36 FC 17

**01/13/2025**

**Notice of Hearing Filed**
Notice of Hearing; Electronic Filing Certificate of Service.
    **Filed By:** MATHEW G EILERTS

**Motion to Withdraw**
Motion to Withdraw; Exhibit A; Electronic Filing Certificate of Service.
    **Filed By:** MATHEW G EILERTS

**Judge Recuses**
ON ITS OWN MOTION, THE COURT HEREBY RECUSES ITSELF FROM THIS CAUSE, SO ORDERED: COMM. MARY GREAVES

**Motion for Sanctions**
Motion for Sanctions Against Respondent Rebecca A. Copeland, Respondents Counsel, Maia Brodie, and Ms. Brodies Law Firm - Brodie Law; Exhibit A; Electronic Filing Certificate of Service.
    **Filed By:** MATTHEW RICHARD GRANT
    **On Behalf Of:** MATTHEW R GRANT

**01/09/2025**

**Cert Serv of Rspns to Interrog**
COS Responses and Objections to Rog and RFPs; Electronic Filing Certificate of Service.
    **Filed By:** MATTHEW RICHARD GRANT
    **On Behalf Of:** MATTHEW R GRANT

**01/08/2025**

**Memorandum of Withdrawal**
Memorandum of Withdrawal; Electronic Filing Certificate of Service.
    **Filed By:** MAIA BRODIE
    **On Behalf Of:** REBECCA A COPELAND

Associated Entries: 01/16/2025 - 🔒

**Order**

    +

    Scheduled For: 01/21/2025; 1:30 PM; BRUCE F. HILTON; St Louis County

**01/07/2025**

🔒 **Supplemental Filing**

Petitioners Supplement And Amendment By Interlineation To Motion To Disqualify Commissioner Greaves For Cause, And For Transfer To The Missouri Supreme Court; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Exhibit E; Exhibit F; Exhibit G; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Order Withdrawing Attorney:**

WITHDRAWAL OF ATTORNEY C. CURRAN COULTER II GRANTED. SO ORDERED: JUDGE BRUCE F. HILTON

**01/03/2025**

🔒 **CRIFS/Unredacted Document**

CRIFS - Motion to Disqualify Commissioner Greaves for Cause and for Transfer to the Missouri Supreme Court; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Exhibit E-1; Exhibit E-2; Exhibit E-3; Exhibit F; Exhibit G; Exhibit H; Exhibit I; Exhibit J; Exhibit K; Exhibit L; Exhibit N; Exhibit O; Exhibit P; Exhibit Q; Exhibit R; Exhibit T; Exhibit S; Exhibit M; Electronic Filing Certificate of Service in associated to Disqualify filed on 01/03/2025.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

    **Associated Entries:** 01/03/2025 - 🔒

**Motion to Disqualify**

    +

🔒 **Consent Filed**

Petitioners Consent to Motion to Withdraw filed by C. Curran Coulter and Coulter Goldberger, LLC; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Motion to Disqualify**

Refiled Motion to Disqualify Commissioner Greaves for Cause and for Transfer to Missouri Supreme Court; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Exhibit E-1; Exhibit E-2; Exhibit E-3; Exhibit F; Exhibit G; Exhibit H; Exhibit I; Exhibit J; Exhibit K; Exhibit L; Exhibit M; Exhibit N; Exhibit O; Exhibit P; Exhibit Q; Exhibit R; Exhibit S; Exhibit T; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

    **Associated Entries:** 01/03/2025 - 🔒

**CRIFS/Unredacted Document**

    +

**01/01/2025**

🔒 **Amended Notice of Hrng Filed**

Amended Notice of Hearing Presiding Judge Hilton Division 13 Motion to DQ; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

**12/31/2024**

🔒 **Notice of Hearing Filed**

Notice of Hearing; Electronic Filing Certificate of Service.

    **Filed By:** CON CURRAN COULTER

🔒 **Motion to Withdraw**

Motion to Withdraw; Letter; Electronic Filing Certificate of Service.

    **Filed By:** CON CURRAN COULTER

**12/28/2024**

🔒 **Notice**

Notice of Postponement of Deposition of Suzanne Bremehr; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Notice**

Notice of Postponement of Videotaped Deposition of Honorable Mary W. Greaves; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

**12/23/2024**

🔒 **Notice of Hearing Filed**

Notice of Hearing Presiding Judge Hilton - Division 13; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

**12/19/2024**

🔒 **Order**

PETITIONER'S MOTION TO REOPEN DISCOVERY RELATING TO ISSUES OF PETITIONER'S MOTION TO DISQUALIFY IS DENIED. PETITIONER HAS NOT FILED A MOTION TO DISQUALIFY AND IS NOT ENTITLED BY LAW TO CONDUCT DISCOVERY FOR PURPOSES OF FILING SUCH A MOTION. SO ORDERED: COMM. MARY GREAVES

🔒 **Order**

PETITIONER'S MOTION TO VACATE AND SET ASIDE THE COURT'S DECEMBER 9 PRE-TRIAL ORDERS IS DENIED. SEE ORDER FOR ADDITIONAL DETAILS, SO ORDERED: COMM. MARY GREAVES

🔒 **Order**

PETITIONER'S MOTION FOR LEAVE TO FILE SECOND AMENDED COUNTER-MOTION TO MODIFY, FILED 12-18 IS GRANTED. PETITIONER THEREAFTER FILE HIS SECOND AMENDED COUNTER-MOTION TO MODIFY TODAY. SO ORDERED: COMM. MARY GREAVES

🔒 **Amended Motion to Modify Filed**

Second Amended Counter-Motion to Modify Child Support, Legal Custody, Physical Custody Schedule, Amend Provisions to Passports; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

🔒 **CRIFS/Unredacted Document**

CRIFS - Unredacted Second Amended Counter-Motion to Modify Child Support, Legal Custody, Physical Custody Schedule, Amend Provisions on Passports; Electronic Filing Certificate of Service in associated to Leave filed on 12/18/2024.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

    **Associated Entries: 12/18/2024 -** 🔒

**Motion for Leave**

    **+**

**12/18/2024**

🔒 **Notice to Take Deposition**

Amended As to Location Only Notice of Videotaped Deposition; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Motion for Leave**

Motion for Leave to File Second Amended Counter-Motion to Modify Child Support, Legal Custody, Physical Custody Schedule, Amend Provision on Passports; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

    **Associated Entries: 12/19/2024 -** 🔒

**CRIFS/Unredacted Document**

    **+**

**12/17/2024**

🔒 **Notice**

Notice of Videotaped Deposition of Honorable Mary W. Greaves; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Motion to Compel**

Motion to Compel Sarah M. Grants Deposition Attendance and for Sanctions, or, in the alternative, to Prohibit Ms. Grant from Testifying; Exhibit A; Exhibit B; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Motion to Strike**

Motion to Strike Respondents Pleadings as a Sanction for Destruction of Evidence, or, in the alternative,, Motion for Adoption of Adverse Inference Due to Spoli; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Proposed Parenting Plan Filed**

Petitioners Proposed Parenting Plan; Electronic Filing Certificate of Service.

    **Filed By:** MATHEW G EILERTS

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Certificate of Service**

Certificate of Service and Notice of Intent U.S. Bank; Electronic Filing Certificate of Service.

    **Filed By:** MAIA BRODIE

    **On Behalf Of:** REBECCA A COPELAND

🔒 **CRIFS/Unredacted Document**

CRIFS Form - Petitioners Compliance with Pre-Trial Orders Dated December 9, 2024; Electronic Filing Certificate of Service in associated to Memorandum filed on 12/17/2024.

    **Filed By:** MATHEW G EILERTS

    **On Behalf Of:** MATTHEW R GRANT

    **Associated Entries:** 12/17/2024 - 🔒

    **Memorandum Filed**

        +

🔒 **Memorandum Filed**

Petitioners Compliance with Pre-Trial Orders Dated December 9, 2024 redacted; Electronic Filing Certificate of Service.

    **Filed By:** MATHEW G EILERTS

    **On Behalf Of:** MATTHEW R GRANT

    **Associated Entries:** 12/17/2024 - 🔒

    **CRIFS/Unredacted Document**

        +

🔒 **Certification Filed**

Redaction Certification; Electronic Filing Certificate of Service.

    **Filed By:** MAIA BRODIE

    **On Behalf Of:** REBECCA A COPELAND

🔒 **CRIFS/Unredacted Document**

Confidential Redacted Information Filing Sheet; Respondents First Amended Motion to Modify Child Custody; Electronic Filing Certificate of Service in associated to Modify - Family filed on 12/17/2024.

    **Filed By:** MAIA BRODIE

    **On Behalf Of:** REBECCA A COPELAND

    **Associated Entries:** 12/17/2024 - 🔒

    **Amended Motion to Modify Filed**

        +

🔒 **Amended Motion to Modify Filed**

Respondents First Amended Motion to Modify Child Custody; Electronic Filing Certificate of Service.

    **Filed By:** MAIA BRODIE

    **On Behalf Of:** REBECCA A COPELAND

    **Associated Entries:** 12/17/2024 - 🔒

    **CRIFS/Unredacted Document**

        +

**12/16/2024**

🔒 **Notice to Take Deposition**

Notice of Deposition; Subpoena; Electronic Filing Certificate of Service.

    **Filed By:** CON CURRAN COULTER

🔒 **CRIFS/Unredacted Document**

Motion to Compel and for Sanctions or in the Alternative, to Prohibit Witness from Testifying Unredacted; Electronic Filing Certificate of Service in associated to Compel (other) filed on 12/16/2024.

    **Filed By:** CON CURRAN COULTER

    **Associated Entries:** 12/16/2024 - 🔒

    **Motion to Compel**

        +

🔒 **Motion to Compel**

Motion to Compel and for Sanctions or in the Alternative, to Prohibit Witness from Testifying; Electronic Filing Certificate of Service.

    **Filed By:** CON CURRAN COULTER

    **Associated Entries:** 12/16/2024 - 🔒

    **CRIFS/Unredacted Document**

        +

🔒 **Motion Filed**

Motion to Reopen Discovery Relating Solely to Issues Relating to Petitioners Motion to Disqualify; Exhibit A; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

**Motion for Attorney's Fees**

Motion for Additional CZL Fees; Electronic Filing Certificate of Service.
> **Filed By:** JOHN R FENLEY
> **On Behalf Of:** JOHN R FENLEY

**Note to Clerk eFiling**

> **Filed By:** MATTHEW RICHARD GRANT

🔒 **Notice**

Opposition to Motion to Quash Notice of Deposition and Subpoena Directed to Custodian of Records of Parkway School District; Exhibit A; Exhibit B; Exhibit C; Electronic Filing Certificate of Service.
> **Filed By:** MATTHEW RICHARD GRANT
> **On Behalf Of:** MATTHEW R GRANT

🔒 **Motion to Set Aside**

Motion to Vacate and Set Aside December 9, 2024 Pre-Trial Orders; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Exhibit E; Exhibit F; Exhibit G; Electronic Filing Certificate of Service.
> **Filed By:** MATTHEW RICHARD GRANT
> **On Behalf Of:** MATTHEW R GRANT

**12/15/2024**

🔒 **Notice to Take Deposition**

Notice of Deposition - Suzanne Bremehr; Electronic Filing Certificate of Service.
> **Filed By:** MATTHEW RICHARD GRANT
> **On Behalf Of:** MATTHEW R GRANT

**12/09/2024**

🔒 **Cert Serv of Interrog Filed**

Certificate of Service; Electronic Filing Certificate of Service.
> **Filed By:** MAIA BRODIE
> **On Behalf Of:** REBECCA A COPELAND

🔒 **Order**

TRIAL SCHEDULING ORDER ENTERED, SEE FOR DETAILS. SO ORDERED: COMM. MARY GREAVES

🔒 **Order**

UPON REVIEW OF THE COURT'S FILE, AFTER HAVING PASSED THE SCHEDULED PRE-TRIAL CONFERENCE ON DEC 2 DUE TO PETITIONER, AS CO-COUNSEL, STATING OFF THE RECORD THAT HE WAS MAKING AN ORAL MOTION TO DISQUALIFY THE COURT; AND SEEING THAT A MOTION TO DISQUALIFY HAS NOT BEEN FILED, THE COURT ENTERS THE FOLLOWING ORDERS: SO ORDERED: COMM. MARY GREAVES
**Trial Setting Scheduled**

> **Associated Entries: 01/28/2025 - Hearing/Trial Cancelled**
> **Scheduled For:** 03/12/2025; 9:00 AM; JOSEPH L. GREEN; St Louis County

**Trial Setting Scheduled**

> **Associated Entries: 01/28/2025 - Hearing/Trial Cancelled**
> **Scheduled For:** 03/11/2025; 9:00 AM; JOSEPH L. GREEN; St Louis County

**Hearing/Trial Cancelled**

> **Associated Entries: 10/02/2024 - Trial Setting Scheduled**
> **Scheduled For:** 12/18/2024; 10:00 AM; MARY W GREAVES; St Louis County

**Hearing/Trial Cancelled**

> **Associated Entries: 10/02/2024 - Trial Setting Scheduled**
> **Scheduled For:** 12/17/2024; 10:00 AM; MARY W GREAVES; St Louis County

**12/05/2024**

🔒 **CRIFS/Unredacted Document**

Confidential Redacted Information Filing Sheet; Notice of Intent to Use Business Records and Certificate of Service of Copies to Attorneys of Record; Electronic Filing Certificate of Service in associated to Notice (other) filed on 12/05/2024.
> **Filed By:** MATHEW G EILERTS
> **On Behalf Of:** MATTHEW R GRANT
> **Associated Entries: 12/05/2024 -** 🔒

**Notice**

> **+**

🔒 **Notice**
Notice of Intent to Use Business Records and Certificate of Service of Copies to Attorneys of Record; Electronic Filing Certificate of Service.
    **Filed By:** MATHEW G EILERTS
    **On Behalf Of:** MATTHEW R GRANT
    **Associated Entries:** 12/05/2024 - 🔒
**CRIFS/Unredacted Document**
    **+**

🔒 **Objections Filed**
OBJECTION TO MOTION TO QUASH FILED BY NON PARTY STACI THOMAS

🔒 **Redaction Certification Filed**
REDACTION CERTIFICATION FILED BY A NON PARTY STACI THOMAS

**12/04/2024**

    **Note to Clerk eFiling**

    **Filed By:** MATTHEW RICHARD GRANT

🔒 **Request Filed**
Second Expedited Motion and Request for July 23, 2024 Hearing Recording; Electronic Filing Certificate of Service.
    **Filed By:** MATTHEW RICHARD GRANT
    **On Behalf Of:** MATTHEW R GRANT

🔒 **Notice to Take Deposition**
Notice of Deposition; Subpoena; Electronic Filing Certificate of Service.
    **Filed By:** CON CURRAN COULTER

**12/03/2024**

🔒 **Cert Serv Answers Interrog Fil**
Certificate of Service; Electronic Filing Certificate of Service.
    **Filed By:** MAIA BRODIE
    **On Behalf Of:** REBECCA A COPELAND

    **Note to Clerk eFiling**

    **Filed By:** MATTHEW RICHARD GRANT

🔒 **Request Filed**
Expedited Motion and Request for Hearing Recordings; Exhibit A. 8.5.24 Recording Log; Exhibit B. 11.7.24. Recording Log; Electronic Filing Certificate of Service.
    **Filed By:** MATTHEW RICHARD GRANT
    **On Behalf Of:** MATTHEW R GRANT

**12/02/2024**

🔒 **Order**
THE PRE-TRIAL CONFERENCE IS PASSED TO BE RESET ONCE PETITIONER'S MOTION TO DISQUALIFY HAS BEEN FILED, HEARD, AND RULED ON. THE COURT WILL CONSIDER VACATING THE DECEMBER 17 AND 18 TRIAL SETTING AT THAT TIME, SEE ORDER FOR FURTHER DETAILS. SO ORDERED: COMM. MARY GREAVES
**Hearing Held**

    **Associated Entries:** 10/02/2024 - Pre-trial Conference Scheduled
    **Associated Entries:** 10/02/2024 - Hearing Continued/Rescheduled
    **Scheduled For:** 12/02/2024; 1:30 PM; MARY W GREAVES; St Louis County

**11/27/2024**

🔒 **Satisfaction of Judgment Filed**
Satisfaction of Judgment- Respondent; Electronic Filing Certificate of Service.
    **Filed By:** JOHN R FENLEY
    **On Behalf Of:** JOHN R FENLEY

🔒 **Property Statement Filed**
Third Amended Statement of Property; Electronic Filing Certificate of Service.
    **Filed By:** MATHEW G EILERTS
    **On Behalf Of:** MATTHEW R GRANT

🔒 **Income & Expense Stmnt Filed**
Second Amended Statement of Income and Expenses; Electronic Filing Certificate of Service.
    **Filed By:** MATHEW G EILERTS
    **On Behalf Of:** MATTHEW R GRANT

🔒 **Form 14 Filed**

Form 14; Electronic Filing Certificate of Service.

> **Filed By:** MATHEW G EILERTS
>
> **On Behalf Of:** MATTHEW R GRANT

🔒 **Memorandum Filed**

Filing Memorandum; Electronic Filing Certificate of Service.

> **Filed By:** MATHEW G EILERTS
>
> **On Behalf Of:** MATTHEW R GRANT

🔒 **Filing:**

Updated Mandatory Document Exchange Compliance Form; Electronic Filing Certificate of Service.

> **Filed By:** MATHEW G EILERTS
>
> **On Behalf Of:** MATTHEW R GRANT

🔒 **CRIFS/Unredacted Document**

Confidential Redacted Information Filing Sheet; Motion to Quash - Together Credit Union - Unredacted; Electronic Filing Certificate of Service in associated to Quash filed on 11/27/2024.

> **Filed By:** MAIA BRODIE
>
> **On Behalf Of:** REBECCA A COPELAND
>
> **Associated Entries:** 11/27/2024 - 🔒

**Motion to Quash**

> +

🔒 **Motion to Quash**

Motion to Quash - Together Credit Union - Redacted; Redaction Certificate; Electronic Filing Certificate of Service.

> **Filed By:** MAIA BRODIE
>
> **On Behalf Of:** REBECCA A COPELAND
>
> **Associated Entries:** 11/27/2024 - 🔒

**CRIFS/Unredacted Document**

> +

🔒 **CRIFS/Unredacted Document**

Confidential Redacted Information Filing Sheet; Motion to Quash - Principal Financial Services - Unredacted; Electronic Filing Certificate of Service in associated to Quash filed on 11/27/2024.

> **Filed By:** MAIA BRODIE
>
> **On Behalf Of:** REBECCA A COPELAND
>
> **Associated Entries:** 11/27/2024 - 🔒

**Motion to Quash**

> +

🔒 **Motion to Quash**

Motion to Quash - Principal Financial Services - Redacted; Redaction Certificate; Electronic Filing Certificate of Service.

> **Filed By:** MAIA BRODIE
>
> **On Behalf Of:** REBECCA A COPELAND
>
> **Associated Entries:** 11/27/2024 - 🔒

**CRIFS/Unredacted Document**

> +

🔒 **CRIFS/Unredacted Document**

Confidential Redacted Information Filing Sheet; Motion to Quash - Merrick Bank - Unredacted; Electronic Filing Certificate of Service in associated to Quash filed on 11/27/2024.

> **Filed By:** MAIA BRODIE
>
> **On Behalf Of:** REBECCA A COPELAND
>
> **Associated Entries:** 11/27/2024 - 🔒

**Motion to Quash**

> +

🔒 **Motion to Quash**

Motion to Quash - Merrick Bank - Redacted; Redaction Certificate; Electronic Filing Certificate of Service.

> **Filed By:** MAIA BRODIE
>
> **On Behalf Of:** REBECCA A COPELAND
>
> **Associated Entries:** 11/27/2024 - 🔒

**CRIFS/Unredacted Document**

> +

🔒 **CRIFS/Unredacted Document**
Confidential Redacted Information Filing Sheet; Motion to Quash - Unredacted; Electronic Filing Certificate of Service in associated to Quash filed on 11/27/2024.
    **Filed By:** MAIA BRODIE
    **On Behalf Of:** REBECCA A COPELAND
    **Associated Entries:** 11/27/2024 - 🔒
**Motion to Quash**
    +

🔒 **Motion to Quash**
Motion to Quash; Redaction Certificate; Electronic Filing Certificate of Service.
    **Filed By:** MAIA BRODIE
    **On Behalf Of:** REBECCA A COPELAND
    **Associated Entries:** 11/27/2024 - 🔒
**CRIFS/Unredacted Document**
    +

🔒 **CRIFS/Unredacted Document**
Confidential Redacted Information Filing Sheet; Motion to Quash - Unredacted; Electronic Filing Certificate of Service in associated to Quash filed on 11/27/2024.
    **Filed By:** MAIA BRODIE
    **On Behalf Of:** REBECCA A COPELAND
    **Associated Entries:** 11/27/2024 - 🔒
**Motion to Quash**
    +

🔒 **Motion to Quash**
Motion to Quash - Redacted; Redaction Certificate; Electronic Filing Certificate of Service.
    **Filed By:** MAIA BRODIE
    **On Behalf Of:** REBECCA A COPELAND
    **Associated Entries:** 11/27/2024 - 🔒
**CRIFS/Unredacted Document**
    +

**11/26/2024**

🔒 **CRIFS/Unredacted Document**
Limited Entry of Appearance Unredacted; Electronic Filing Certificate of Service in associated to Limited Appearance filed on 11/26/2024.
    **Filed By:** CON CURRAN COULTER
    **Associated Entries:** 11/26/2024 - 🔒
**Notc of Limtd Appearance Filed**
    +

🔒 **Notc of Limtd Appearance Filed**
Limited Entry of Appearance - Redacted; Electronic Filing Certificate of Service.
    **Filed By:** CON CURRAN COULTER
    **Associated Entries:** 11/26/2024 - 🔒
**CRIFS/Unredacted Document**
    +

🔒 **CRIFS/Unredacted Document**
Confidential Redacted Information Filing Sheet; Respondents Second Amended Statement of Property; Respondents First Amended Statement of Income and Expenses; Respondents Proposed Parenting Plan; Electronic Filing Certificate of Service in associated to Income & Expense Statement filed on 11/26/2024; Property Statement filed on 11/26/2024; Parenting Plan - Proposed filed on 11/26/2024.
    **Filed By:** MAIA BRODIE
    **On Behalf Of:** REBECCA A COPELAND
    **Associated Entries:** 11/26/2024 - 🔒
**Income & Expense Stmnt Filed**
    +
    **Associated Entries:** 11/26/2024 - 🔒
**Proposed Parenting Plan Filed**
    +
    **Associated Entries:** 11/26/2024 - 🔒
**Property Statement Filed**
    +

🔒 **Proposed Parenting Plan Filed**

Respondents Proposed Parenting Plan; Electronic Filing Certificate of Service.

**Filed By:** MAIA BRODIE

**On Behalf Of:** REBECCA A COPELAND

**Associated Entries:** 11/26/2024 - 🔒

**CRIFS/Unredacted Document**

　+

🔒 **Certification Filed**

Redaction Certification; Electronic Filing Certificate of Service.

**Filed By:** MAIA BRODIE

**On Behalf Of:** REBECCA A COPELAND

🔒 **Cert Serv of Prod of Docs, etc**

Respondents Updated Mandatory Document Exchange Compliance Form; Electronic Filing Certificate of Service.

**Filed By:** MAIA BRODIE

**On Behalf Of:** REBECCA A COPELAND

🔒 **Form 14 Filed**

Respondents Proposed Form 14s; Electronic Filing Certificate of Service.

**Filed By:** MAIA BRODIE

**On Behalf Of:** REBECCA A COPELAND

🔒 **Property Statement Filed**

Respondents Second Amended Statement of Property; Electronic Filing Certificate of Service.

**Filed By:** MAIA BRODIE

**On Behalf Of:** REBECCA A COPELAND

**Associated Entries:** 11/26/2024 - 🔒

**CRIFS/Unredacted Document**

　+

🔒 **Income & Expense Stmnt Filed**

Respondents First Amended Statement of Income and Expenses; Electronic Filing Certificate of Service.

**Filed By:** MAIA BRODIE

**On Behalf Of:** REBECCA A COPELAND

**Associated Entries:** 11/26/2024 - 🔒

**CRIFS/Unredacted Document**

　+

**11/25/2024**

🔒 **Notice to Take Deposition**

Fourth Amended Notice to Take Deposition; Electronic Filing Certificate of Service.

**Filed By:** MATHEW G EILERTS

**On Behalf Of:** MATTHEW R GRANT

**11/21/2024**

**Hearing Continued/Rescheduled**

**Associated Entries:** 11/12/2024 - **Motion Hearing Scheduled**

**Hearing Continued From:** 11/21/2024; 1:30 PM Motion Hearing

🔒 **CRIFS/Unredacted Document**

Confidential Redacted Information Filing Sheet; Notice of Deposition; Electronic Filing Certificate of Service in associated to Take Deposition filed on 11/21/2024.

**Filed By:** MAIA BRODIE

**On Behalf Of:** REBECCA A COPELAND

**Associated Entries:** 11/21/2024 - 🔒

**Notice to Take Deposition**

　+

🔒 **Notice to Take Deposition**

Notice of Deposition - Redacted; Redaction Certification Sheet; Electronic Filing Certificate of Service.

**Filed By:** MAIA BRODIE

**On Behalf Of:** REBECCA A COPELAND

**Associated Entries:** 11/21/2024 - 🔒

**CRIFS/Unredacted Document**

　+

**11/20/2024**

🔒 **Notice to Take Deposition**

Third Amended Notice to Take Deposition; Electronic Filing Certificate of Service.

> **Filed By:** MATHEW G EILERTS
> **On Behalf Of:** MATTHEW R GRANT

**11/19/2024**

🔒 **Memorandum Filed**

Memorandum; Electronic Filing Certificate of Service.

> **Filed By:** LAWRENCE GERARD GILLESPIE

**11/18/2024**

🔒 **Notice to Take Deposition**

Notice to Take Deposition Records Only; Electronic Filing Certificate of Service.

> **Filed By:** MATHEW G EILERTS
> **On Behalf Of:** MATTHEW R GRANT

🔒 **Notice to Take Deposition**

Notice to Take Deposition Records Only; Electronic Filing Certificate of Service.

> **Filed By:** MATHEW G EILERTS
> **On Behalf Of:** MATTHEW R GRANT

🔒 **Notice to Take Deposition**

Notice to Take Deposition Records Only; Electronic Filing Certificate of Service.

> **Filed By:** MATHEW G EILERTS
> **On Behalf Of:** MATTHEW R GRANT

🔒 **Notice to Take Deposition**

Notice to Take Deposition Records Only; Electronic Filing Certificate of Service.

> **Filed By:** MATHEW G EILERTS
> **On Behalf Of:** MATTHEW R GRANT

🔒 **Notice to Take Deposition**

Notice to Take Deposition Records Only; Electronic Filing Certificate of Service.

> **Filed By:** MATHEW G EILERTS
> **On Behalf Of:** MATTHEW R GRANT

**11/13/2024**

🔒 **CRIFS/Unredacted Document**

Confidential Redacted Information Filing Sheet; Notice of Deposition; Electronic Filing Certificate of Service in associated to Take Deposition filed on 11/13/2024.

> **Filed By:** MAIA BRODIE
> **On Behalf Of:** REBECCA A COPELAND
> **Associated Entries:** 11/13/2024 - 🔒
> **Notice to Take Deposition**
> +

🔒 **Notice to Take Deposition**

Notice of Deposition - Redacted; Redaction Certification Sheet; Electronic Filing Certificate of Service.

> **Filed By:** MAIA BRODIE
> **On Behalf Of:** REBECCA A COPELAND
> **Associated Entries:** 11/13/2024 - 🔒
> **CRIFS/Unredacted Document**
> +

🔒 **CRIFS/Unredacted Document**

Confidential Redacted Information Filing Sheet; Notice of Deposition; Electronic Filing Certificate of Service in associated to Take Deposition filed on 11/13/2024.

> **Filed By:** MAIA BRODIE
> **On Behalf Of:** REBECCA A COPELAND
> **Associated Entries:** 11/13/2024 - 🔒
> **Notice to Take Deposition**
> +

🔒 **Notice to Take Deposition**

Notice of Deposition - Redacted; Redaction Certification; Electronic Filing Certificate of Service.

> **Filed By:** MAIA BRODIE
> **On Behalf Of:** REBECCA A COPELAND
> **Associated Entries:** 11/13/2024 - 🔒
> **CRIFS/Unredacted Document**
> +

**CRIFS/Unredacted Document**

Confidential Redacted Information Filing Sheet; Notice of Deposition; Electronic Filing Certificate of Service in associated to Take Deposition filed on 11/13/2024.

    **Filed By:** MAIA BRODIE

    **On Behalf Of:** REBECCA A COPELAND

    **Associated Entries:** 11/13/2024 - 🔒

**Notice to Take Deposition**

    +

🔒 **Notice to Take Deposition**

Notice of Deposition - Redacted; Redaction Certification; Electronic Filing Certificate of Service.

    **Filed By:** MAIA BRODIE

    **On Behalf Of:** REBECCA A COPELAND

    **Associated Entries:** 11/13/2024 - 🔒

**CRIFS/Unredacted Document**

    +

**11/12/2024**

**Motion Hearing Scheduled**

    **Associated Entries:** 11/21/2024 - Hearing Continued/Rescheduled

    **Scheduled For:** 11/21/2024; 1:30 PM; MARY W GREAVES; St Louis County

**11/08/2024**

🔒 **Notice of Hearing Filed**

Notice of Hearing; Electronic Filing Certificate of Service.

    **Filed By:** LAWRENCE GERARD GILLESPIE

**11/07/2024**

🔒 **Sound Recording Log Sheet**

START TIME 1:40 PM END TIME 2:15 PM

🔒 **Order**

ORDER ON MOTION TO COMPEL, SEE ORDER FOR DETAILS. SO ORDERED: COMM. MARY GREAVES

🔒 **Order**

RESPONDENT'S MOTION TO QUASH WAS CALLED, HEARD AND IS HEREBY GRANTED. THE INFORMATION REQUESTED BY PETITIONER IS IRRELEVANT FOR THE ISSUES IN THIS CASE, THE SUBPOENA IS OVERBROAD, GOES BACK IN TIME TO SHORTLY AFTER THE LAST JUDGMENT WAS ENTERED AND DOES NOT LEAD TO DISCOVERY OF ADMISSABLE EVIDENCE. SO ORDERED: COMM. MARY GREAVES

🔒 **Order**

PETITIONER'S MOTION FOR EXPANDED PRE-TRILA CUSTODY IS PASSED TO BE HEARD WITH THE TRIAL SET DEC 17 AND 18. THE PARTIES HAVE NOT GRANTED THE GAL AUTHORITY TO ADJUST THE INTERIM CUSTODY SCHEDULE THAT IS IN PLACE, AND RESPONDENT DOES NOT CONSENT TO AN EXPANSION AT THIS TIME. SO ORDERED: COMM. MARY GREAVES

🔒 **Order**

PETITIONER'S MOTION TO FILE A FIRST AMENDED COUNTER MOTION TO MODIFY IS RESOLVED BY CONSENT, LEAVE TO FILE IS GRANTED. SO ORDERED: COMM. MARY GREAVES

🔒 **Order**

MOTIONS TO QUASH, FILED BY THIRD PARTIES MERCY & BJC ARE PASSED TO BE RESET UPON APPLICATION OF THE PARTIES. SO ORDERED: COMM. MARY GREAVES

**Hearing Held**

    **Associated Entries:** 10/15/2024 - Motion Hearing Scheduled

    **Scheduled For:** 11/07/2024; 1:30 PM; MARY W GREAVES; St Louis County

**11/06/2024**

🔒 **Motion to Quash**

Objection and Motion to Quash; Exhibit A; Exhibit B; Electronic Filing Certificate of Service.

    **Filed By:** LAWRENCE GERARD GILLESPIE

**11/05/2024**

🔒 **Certification Filed**

Redaction Certificate; Electronic Filing Certificate of Service.

    **Filed By:** MAIA BRODIE

    **On Behalf Of:** REBECCA A COPELAND

**CRIFS/Unredacted Document**

Motion to Quash; Exhibit 1; Electronic Filing Certificate of Service in associated to Quash filed on 14/05/2024.

 **Filed By:** MAIA BRODIE

 **On Behalf Of:** REBECCA A COPELAND

 **Associated Entries:** 11/05/2024 - 🔒

**Motion to Quash**

 **+**

🔒 **Motion to Quash**

Motion to Quash; Exhibit 1; Electronic Filing Certificate of Service.

 **Filed By:** MAIA BRODIE

 **On Behalf Of:** REBECCA A COPELAND

 **Associated Entries:** 11/05/2024 - 🔒

**CRIFS/Unredacted Document**

 **+**

🔒 **Memo of Law in Suppt of Filed**

Memo of Law in Support of Motion to Quash Subpoena 102224 Non-Party Mercy Hospital STL; Electronic Filing Certificate of Service.

 **Filed By:** MARK ROBERT FELDHAUS

🔒 **Motion to Quash**

Motion to Quash 102224 Subpoena Non-Party Mercy Hospital STL; Exhibit A - Subpoena; Electronic Filing Certificate of Service.

 **Filed By:** MARK ROBERT FELDHAUS

🔒 **Memo of Law in Suppt of Filed**

Memo if Law in Support of Motion to Quash 102224 Subpoena; Electronic Filing Certificate of Service.

 **Filed By:** MARK ROBERT FELDHAUS

🔒 **Motion to Quash**

Motion to Quash 102224 Subpoena Mercy Hospital South; Exhibit A - Subpoena; Electronic Filing Certificate of Service.

 **Filed By:** MARK ROBERT FELDHAUS

🔒 **Satisfaction of Judgment Filed**

Satisfaction of Judgment - Respondent; Electronic Filing Certificate of Service.

 **Filed By:** JOHN R FENLEY

 **On Behalf Of:** JOHN R FENLEY

**11/01/2024**

🔒 **Notice to Take Deposition**

Third Amended Notice to Take Deposition; Electronic Filing Certificate of Service.

 **Filed By:** MATHEW G EILERTS

 **On Behalf Of:** MATTHEW R GRANT

**10/31/2024**

🔒 **Notice of Hearing Filed**

Notice of Hearing; Electronic Filing Certificate of Service.

 **Filed By:** MATHEW G EILERTS

 **On Behalf Of:** MATTHEW R GRANT

🔒 **CRIFS/Unredacted Document**

Confidential Redacted Information Filing Sheet; Petitioners First Amended Counter-Motion to Modify Child Support, Physical Custody Schedule, and Amend Provisions on Passports; Electronic Filing Certificate of Service in associated to Counterclaim - Amended filed on 10/31/2024.

 **Filed By:** MATHEW G EILERTS

 **On Behalf Of:** MATTHEW R GRANT

 **Associated Entries:** 10/31/2024 - 🔒

**Amended Counterclaim Filed**

 **+**

🔒 **Amended Counterclaim Filed**

Petitioners First Amended Counter-Motion to Modify Child Support, Physical Custody Schedule, and Amend Provision on Passports; Electronic Filing Certificate of Service.

 **Filed By:** MATHEW G EILERTS

 **On Behalf Of:** MATTHEW R GRANT

 **Associated Entries:** 10/31/2024 - 🔒

**CRIFS/Unredacted Document**

 **+**

Case: 4:25-cv-01203-JMB   Doc. #: 138-17   Filed: 05/21/36   Page: 42 of 57 PageID #: 2700

**Motion for Leave**

Petitioner's Motion for Leave to File First Amended Counter Motion to Modify Child Support, Allocate College Expenses, Revise Physical Custody Schedule and Amen; Electronic Filing Certificate of Service.

    **Filed By:** MATHEW G EILERTS

    **On Behalf Of:** MATTHEW R GRANT

🔒 **CRIFS/Unredacted Document**

Confidential Redacted Information Filing Sheet; Motion for Expanded Pre-Trial Custody; Electronic Filing Certificate of Service in associated to Motion (other) filed on 10/31/2024.

    **Filed By:** MATHEW G EILERTS

    **On Behalf Of:** MATTHEW R GRANT

    **Associated Entries: 10/31/2024 -** 🔒

**Motion Filed**

    **+**

🔒 **Motion Filed**

Motion for Expanded Pre-Trial Custody; Electronic Filing Certificate of Service.

    **Filed By:** MATHEW G EILERTS

    **On Behalf Of:** MATTHEW R GRANT

    **Associated Entries: 10/31/2024 -** 🔒

**CRIFS/Unredacted Document**

    **+**

🔒 **Motion to Quash**

Motion of NonParty BJC Health System to Quash Subpoena or in the Alternative Objections to Subpoena and Motion for Protective Order; Exhibit 1; Electronic Filing Certificate of Service.

    **Filed By:** RACHEL MARIE SCHAFER

🔒 **Notice to Take Deposition**

Second Amended Notice to Take Deposition; Electronic Filing Certificate of Service.

    **Filed By:** MATHEW G EILERTS

    **On Behalf Of:** MATTHEW R GRANT

**10/22/2024**

🔒 **Notice to Take Deposition**

Notice to Take Deposition Records Only; Electronic Filing Certificate of Service.

    **Filed By:** MATHEW G EILERTS

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Notice to Take Deposition**

Notice to Take Deposition Records Only; Electronic Filing Certificate of Service.

    **Filed By:** MATHEW G EILERTS

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Notice to Take Deposition**

Notice to Take Deposition Records Only; Electronic Filing Certificate of Service.

    **Filed By:** MATHEW G EILERTS

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Notice to Take Deposition**

Notice to Take Deposition Records Only; Electronic Filing Certificate of Service.

    **Filed By:** MATHEW G EILERTS

    **On Behalf Of:** MATTHEW R GRANT

**10/16/2024**

🔒 **Satisfaction of Judgment Filed**

GAL Satisfaction of Judgment - Petitioner; Electronic Filing Certificate of Service.

    **Filed By:** JOHN R FENLEY

    **On Behalf Of:** JOHN R FENLEY

**10/15/2024**

**Motion Hearing Scheduled**

    **Associated Entries: 11/07/2024 - Hearing Held**

    **Scheduled For:** 11/07/2024; 1:30 PM; MARY W GREAVES; St Louis County

**10/11/2024**

🔒 **Notice of Hearing Filed**

Notice of Hearing; Electronic Filing Certificate of Service.

    **Filed By:** MATHEW G EILERTS

    **On Behalf Of:** MATTHEW R GRANT

**10/02/2024**

🔒 **Order**
CONSENT INTERIM ORDER SO ORDERED: COMM. MARY GREAVES

🔒 **Order**
CAUSE SET FOR PRE-TRIAL CONFERENCE AND TRIAL. PETITIONER IS ORDRED TO PAY TO THE GAL $2000 AND RESPONDENT IS ORDERED TO PAY $1000 TO THE GAL ON OR BEFORE OCT 25 FOR UNALLOCATED FEES. FORM 15 MEDIATION TO BE COMPLETED BEFORE PRE-TRIAL WITH ELAINE PUDLOWSKI. PETITIONER SHALL DEPOSIT AN ADDITIONAL $2000 WITH THE GAL FOR TRIAL, RESPONDENT SHALL DEPOSIT AN ADDITIONAL $1000 WITH THE GAL FOR TRIAL, NO LATER THAN NOV 25. ALL GAL FEES ARE SUBJECT TO REALLOCATION. SO ORDERED: COMM. MARY GREAVES
**Trial Setting Scheduled**

    **Associated Entries: 12/09/2024 - Hearing/Trial Cancelled**
    **Scheduled For:** 12/18/2024; 10:00 AM; MARY W GREAVES; St Louis County
**Trial Setting Scheduled**

    **Associated Entries: 12/09/2024 - Hearing/Trial Cancelled**
    **Scheduled For:** 12/17/2024; 10:00 AM; MARY W GREAVES; St Louis County
**Pre-trial Conference Scheduled**

    **Associated Entries: 12/02/2024 - Hearing Held**
    **Scheduled For:** 12/02/2024; 1:30 PM; MARY W GREAVES; St Louis County
**Hearing Continued/Rescheduled**

    **Associated Entries: 09/16/2024 - Counsel Status Hrng Scheduled**
    **Associated Entries: 09/16/2024 - Hearing Continued/Rescheduled**
    **Associated Entries: 12/02/2024 - Hearing Held**
    **Hearing Continued From:** 10/02/2024; 10:30 AM Counsel Status Hearing

**09/26/2024**

🔒 **Notice of Hearing Filed**
Notice of Hearing; Electronic Filing Certificate of Service.
    **Filed By:** MATHEW G EILERTS
    **On Behalf Of:** MATTHEW R GRANT

🔒 **CRIFS/Unredacted Document**
Confidential Redacted Information Filing Sheet; Petitioners Motion to Amend Consent Order Dated August 5, 2024; Electronic Filing Certificate of Service in associated to Motion (other) filed on 09/26/2024.
    **Filed By:** MATHEW G EILERTS
    **On Behalf Of:** MATTHEW R GRANT
    **Associated Entries: 09/26/2024 -** 🔒
**Motion Filed**
    +

🔒 **Motion Filed**
Petitioners Motion to Amend Consent Order Dated August 5, 2024; Electronic Filing Certificate of Service.
    **Filed By:** MATHEW G EILERTS
    **On Behalf Of:** MATTHEW R GRANT
    **Associated Entries: 09/26/2024 -** 🔒
**CRIFS/Unredacted Document**
    +

**09/16/2024**

🔒 **Order**
CAUSE SET FOR STATUS CONFERNCE OCT 2 AT 10:30 AM. SO ORDERED: COMM. MARY GREAVES
**Counsel Status Hrng Scheduled**

    **Associated Entries: 10/02/2024 - Hearing Continued/Rescheduled**
    **Scheduled For:** 10/02/2024; 10:30 AM; MARY W GREAVES; St Louis County
**Hearing Continued/Rescheduled**

    **Associated Entries: 08/05/2024 - Counsel Status Hrng Scheduled**
    **Associated Entries: 08/05/2024 - Hearing Continued/Rescheduled**
    **Associated Entries: 10/02/2024 - Hearing Continued/Rescheduled**
    **Hearing Continued From:** 09/16/2024; 1:30 PM Counsel Status Hearing

**09/13/2024**

### Form 14 Filed
Form 14; Electronic Filing Certificate of Service.
**Filed By:** MATHEW G EILERTS
**On Behalf Of:** MATTHEW R GRANT

### Filing:
Certificate(s) of Taxing of Deposition Costs.

**09/12/2024**

### Notice to Take Deposition
Second Amended Notice to Take Deposition; Electronic Filing Certificate of Service.
**Filed By:** MATHEW G EILERTS
**On Behalf Of:** MATTHEW R GRANT

**08/29/2024**

### Notice
Certificate of Service and Notice of Intent - Into Action; Electronic Filing Certificate of Service.
**Filed By:** MAIA BRODIE
**On Behalf Of:** REBECCA A COPELAND

**08/23/2024**

### Notice
Certificate of Service and Notice of Intent - Mercy; Electronic Filing Certificate of Service.
**Filed By:** MAIA BRODIE
**On Behalf Of:** REBECCA A COPELAND

**08/19/2024**

### Consent Filed
Consent to Release Records - Mercy; Electronic Filing Certificate of Service.
**Filed By:** MAIA BRODIE
**On Behalf Of:** REBECCA A COPELAND

**08/14/2024**

### CRIFS/Unredacted Document
Confidential Redacted Information Filing Sheet; Petitioners Counter Motion to Modify; Electronic Filing Certificate of Service in associated to Counterclaim or Petition filed on 08/14/2024.
**Filed By:** MATHEW G EILERTS
**On Behalf Of:** MATTHEW R GRANT
**Associated Entries: 08/14/2024 -**
**Counterclaim\Petition Filed**
　　+

### Counterclaim\Petition Filed
Petitioners Counter Motion to Modify; Electronic Filing Certificate of Service.
**Filed By:** MATHEW G EILERTS
**On Behalf Of:** MATTHEW R GRANT
**Associated Entries: 08/14/2024 -**
**CRIFS/Unredacted Document**
　　+

### Memorandum Filed
Mandatory Document Exchange Compliance Form; Electronic Filing Certificate of Service.
**Filed By:** MATHEW G EILERTS
**On Behalf Of:** MATTHEW R GRANT

### Form 14 Filed
Form 14; Electronic Filing Certificate of Service.
**Filed By:** MATHEW G EILERTS
**On Behalf Of:** MATTHEW R GRANT

### Memorandum Filed
Filing Memorandum; Electronic Filing Certificate of Service.
**Filed By:** MATHEW G EILERTS
**On Behalf Of:** MATTHEW R GRANT

**08/13/2024**

### Certificate of Service
Certificate of Service and Notice of Intent Husch Blackwell; Electronic Filing Certificate of Service.
**Filed By:** MAIA BRODIE
**On Behalf Of:** REBECCA A COPELAND

**08/09/2024**

🔒 **Redaction Certification Filed**

Certification of Redaction; Electronic Filing Certificate of Service.

    **Filed By:** MAIA BRODIE

    **On Behalf Of:** REBECCA A COPELAND

🔒 **CRIFS/Unredacted Document**

Confidential Redacted Information Filing Sheet; Notice of Deposition - Mercy; Electronic Filing Certificate of Service in associated to Take Deposition filed on 08/09/2024.

    **Filed By:** MAIA BRODIE

    **On Behalf Of:** REBECCA A COPELAND

    **Associated Entries: 08/09/2024 -** 🔒

**Notice to Take Deposition**

    **+**

🔒 **Notice to Take Deposition**

Notice to Take Deposition - Mercy; Electronic Filing Certificate of Service.

    **Filed By:** MAIA BRODIE

    **On Behalf Of:** REBECCA A COPELAND

    **Associated Entries: 08/09/2024 -** 🔒

**CRIFS/Unredacted Document**

    **+**

**08/06/2024**

🔒 **Satisfaction of Judgment Filed**

Satisfaction of Judgment - Petitioner; Electronic Filing Certificate of Service.

    **Filed By:** JOHN R FENLEY

    **On Behalf Of:** JOHN R FENLEY

🔒 **Satisfaction of Judgment Filed**

Satisfaction of Judgment - Respondent; Electronic Filing Certificate of Service.

    **Filed By:** JOHN R FENLEY

    **On Behalf Of:** JOHN R FENLEY

**08/05/2024**

🔒 **Sound Recording Log Sheet**

START TIME 2:01 PM END TIME 2:24 PM

🔒 **Order**

CONSENT ORDER, SO ORDERED: COMM. MARY GREAVES

🔒 **Order**

CAUSE SET FOR STATUS CONFERENCE SEPT 16 AT 1:30 PM. THE PARTIES HAVE RESOLVED THE TRO BY SEPARATE ORDER AND HAVE ENTERED A CONSENT ORDER TODAY. SO ORDERED: COMM. MARY GREAVES

**Counsel Status Hrng Scheduled**

    **Associated Entries: 09/16/2024 - Hearing Continued/Rescheduled**

    **Scheduled For:** 09/16/2024; 1:30 PM; MARY W GREAVES; St Louis County

**Hearing Continued/Rescheduled**

    **Associated Entries: 06/12/2024 - Hearing Continued/Rescheduled**

    **Associated Entries: 06/12/2024 - Show Cause Hearing Scheduled**

    **Associated Entries: 09/16/2024 - Hearing Continued/Rescheduled**

    **Hearing Continued From:** 08/05/2024; 1:30 PM Show Cause Hearing

**Note to Clerk eFiling**

    **Filed By:** RACHEL MARIE SCHAFER

🔒 **Motion to Quash**

Motion on Nonparty BJC Health System to Quash Subpoena, or in the Alternative, Objections to Subpoena and Motion for Protective Order; Exhibit A; Electronic Filing Certificate of Service.

    **Filed By:** RACHEL MARIE SCHAFER

**Note to Clerk eFiling**

    **Filed By:** RACHEL MARIE SCHAFER

🔒 **Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service.

    **Filed By:** RACHEL MARIE SCHAFER

**Note to Clerk eFiling**

    **Filed By:** JOHN F MAHON JR

**Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service.

    **Filed By:** JOHN F MAHON JR

**08/02/2024**

🔒 **Cert Serv Resp Req Prod Doc Th**

Certificate of Service; Electronic Filing Certificate of Service.

    **Filed By:** MAIA BRODIE

    **On Behalf Of:** REBECCA A COPELAND

🔒 **Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service.

    **Filed By:** SHARON E. REMIS

🔒 **Property Statement Filed**

Second Amended Statement of Property; Electronic Filing Certificate of Service.

    **Filed By:** MATHEW G EILERTS

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Income & Expense Stmnt Filed**

First Amended Statement of Income and Expenses; Electronic Filing Certificate of Service.

    **Filed By:** MATHEW G EILERTS

    **On Behalf Of:** MATTHEW R GRANT

**07/31/2024**

🔒 **CRIFS/Unredacted Document**

CRIF - Motion to Quash Subpoena; Electronic Filing Certificate of Service in associated to Quash filed on 07/31/2024; Memorandum of Law in Support Of filed on 07/31/2024.

    **Filed By:** KATHERINE ELIZABETH HENRY

    **Associated Entries: 07/31/2024 -** 🔒

**Motion to Quash**

    **+**

    **Associated Entries: 07/31/2024 -** 🔒

**Memo of Law in Suppt of Filed**

    **+**

🔒 **Memo of Law in Suppt of Filed**

REDACTED - Memorandum in Support of Motion to Quash; Electronic Filing Certificate of Service.

    **Filed By:** KATHERINE ELIZABETH HENRY

    **Associated Entries: 07/31/2024 -** 🔒

**CRIFS/Unredacted Document**

    **+**

🔒 **Motion to Quash**

REDACTED Motion to Quash; REDACTED Exhibit A - Subpoena; REDACTED Exhibit B - Proposed Order; Electronic Filing Certificate of Service.

    **Filed By:** KATHERINE ELIZABETH HENRY

    **Associated Entries: 07/31/2024 -** 🔒

**CRIFS/Unredacted Document**

    **+**

🔒 **CRIFS/Unredacted Document**

CRIF - Motion to Quash; Electronic Filing Certificate of Service in associated to Quash filed on 07/31/2024; Memorandum of Law in Support Of filed on 07/31/2024.

    **Filed By:** KATHERINE ELIZABETH HENRY

    **Associated Entries: 07/31/2024 -** 🔒

**Motion to Quash**

    **+**

    **Associated Entries: 07/31/2024 -** 🔒

**Memo of Law in Suppt of Filed**

    **+**

🔒 **Memo of Law in Suppt of Filed**

REDACTED - Memorandum in Support of Motion to Quash; Electronic Filing Certificate of Service.

    **Filed By:** KATHERINE ELIZABETH HENRY

    **Associated Entries: 07/31/2024 -** 🔒

**CRIFS/Unredacted Document**

    **+**

**Motion to Quash**

REDACTED Motion to Quash; Exhibit A; REDACTED Exhibit B; Electronic Filing Certificate of Service.

   **Filed By:** KATHERINE ELIZABETH HENRY

   **Associated Entries:** 07/31/2024 - 🔒

**CRIFS/Unredacted Document**

   **+**

🔒 **CRIFS/Unredacted Document**

CRIF - Entry of Limited Appearance; Electronic Filing Certificate of Service in associated to Limited Appearance filed on 07/31/2024.

   **Filed By:** KATHERINE ELIZABETH HENRY

   **Associated Entries:** 07/31/2024 - 🔒

**Notc of Limtd Appearance Filed**

   **+**

🔒 **Notc of Limtd Appearance Filed**

REDACTED Entry of Limited Appearance; Electronic Filing Certificate of Service.

   **Filed By:** KATHERINE ELIZABETH HENRY

   **Associated Entries:** 07/31/2024 - 🔒

**CRIFS/Unredacted Document**

   **+**

🔒 **CRIFS/Unredacted Document**

CRIF - Entry of Limited Appearance; Electronic Filing Certificate of Service in associated to Limited Appearance filed on 07/31/2024.

   **Associated Entries:** 07/31/2024 - 🔒

**Entry of Appearance Filed**

   **+**

🔒 **Entry of Appearance Filed**

REDACTED Entry of Appearance - MRF; Electronic Filing Certificate of Service.

   **Associated Entries:** 07/31/2024 - 🔒

**CRIFS/Unredacted Document**

   **+**

**07/30/2024**

🔒 **Order**

JOINT STIPULATION FOR PROTECTIVE ORDER AS PER ORDER SO ORDERED: JUDGE JOSEPH L. GREEN

**07/23/2024**

🔒 **Order**

FORM 15, SO ORDERED: COMM. MARY GREAVES

🔒 **Order**

PETITIONER IS ORDERED TO DEPOSIT WITH THE GAL $5000.00 AND RESPONDENT IS ORDERED TO DEPOSIT WITH THE GAL $3000.00 BY AUGUST 9. SO ORDERED: COMM. MARY GREAVES

🔒 **Order**

ORDER ON RESPONDENT'S MOTION, SEE ORDER FOR DETAILS. SO ORDERED: COMM. MARY GREAVES

**Hearing Held**

   **Associated Entries:** 06/21/2024 - Motion Hearing Scheduled

   **Scheduled For:** 07/23/2024; 1:30 PM; MARY W GREAVES; St Louis County

🔒 **Order**

JOINT STIPULATION FOR PROTECTIVE ORDER, SO ORDERED: COMM. MARY GREAVES

   **Associated Entries:** 07/15/2024 - 🔒

**Proposed Order Filed**

   **+**

**07/19/2024**

🔒 **Consent Filed**

Consent to Release Records in Lieu of Deposition Sana Lake; Electronic Filing Certificate of Service.

   **Filed By:** MAIA BRODIE

   **On Behalf Of:** REBECCA A COPELAND

🔒 **Consent Filed**

Consent to Release Records in Lieu of Deposition Mercy; Electronic Filing Certificate of Service.

   **Filed By:** MAIA BRODIE

   **On Behalf Of:** REBECCA A COPELAND

🔒 **Consent Filed**

Consent to Release Records in Lieu of Deposition Into Action; Electronic Filing Certificate of Service.

    **Filed By:** MAIA BRODIE

    **On Behalf Of:** REBECCA A COPELAND

🔒 **Consent Filed**

Consent to Release Records in Lieu of Deposition Husch; Electronic Filing Certificate of Service.

    **Filed By:** MAIA BRODIE

    **On Behalf Of:** REBECCA A COPELAND

🔒 **Consent Filed**

Consent to Release Records in Lieu of Deposition Harris House; Electronic Filing Certificate of Service.

    **Filed By:** MAIA BRODIE

    **On Behalf Of:** REBECCA A COPELAND

🔒 **Notice of Hearing Filed**

Notice of Hearing; Electronic Filing Certificate of Service.

    **Filed By:** MATHEW G EILERTS

    **On Behalf Of:** MATTHEW R GRANT

**07/17/2024**

🔒 **Redaction Certification Filed**

Redaction Certification; Electronic Filing Certificate of Service.

    **Filed By:** MAIA BRODIE

    **On Behalf Of:** REBECCA A COPELAND

🔒 **CRIFS/Unredacted Document**

Confidential Redacted Information Filing Sheet; Motion for Continuance and for Sanctions; Motion to Compel; Electronic Filing Certificate of Service in associated to Continuance filed on 07/17/2024; Compel (other) filed on 07/17/2024.

    **Filed By:** MAIA BRODIE

    **On Behalf Of:** REBECCA A COPELAND

    **Associated Entries: 07/17/2024 -** 🔒

**Motion to Compel**

    **+**

    **Associated Entries: 07/17/2024 -** 🔒

**Motion for Continuance**

    **+**

🔒 **Notice of Hearing Filed**

Notice of Hearing; Electronic Filing Certificate of Service.

    **Filed By:** MAIA BRODIE

    **On Behalf Of:** REBECCA A COPELAND

🔒 **Motion for Continuance**

Motion to Continue Deposition; Exhibit A; Exhibit B; Electronic Filing Certificate of Service.

    **Filed By:** MAIA BRODIE

    **On Behalf Of:** REBECCA A COPELAND

🔒 **Motion to Compel**

Motion to Compel; Exhibit A; Electronic Filing Certificate of Service.

    **Filed By:** MAIA BRODIE

    **On Behalf Of:** REBECCA A COPELAND

    **Associated Entries: 07/17/2024 -** 🔒

**CRIFS/Unredacted Document**

    **+**

🔒 **Motion for Continuance**

Motion for Continuance and for Sanctions; Exhibit A; Electronic Filing Certificate of Service.

    **Filed By:** MAIA BRODIE

    **On Behalf Of:** REBECCA A COPELAND

    **Associated Entries: 07/17/2024 -** 🔒

**CRIFS/Unredacted Document**

    **+**

**07/16/2024**

🔒 **Notice to Take Deposition**

Second Amended Notice to Take Deposition; Electronic Filing Certificate of Service.

    **Filed By:** MATHEW G EILERTS

    **On Behalf Of:** MATTHEW R GRANT

**Notice to Take Deposition**

Amended Notice of Deposition for Change of Court Reporter; Electronic Filing Certificate of Service.

    **Filed By:** MATHEW G EILERTS

    **On Behalf Of:** MATTHEW R GRANT

**07/15/2024**

🔒 **Proposed Order Filed**

Joint Stipulation for Protective Order; Electronic Filing Certificate of Service.

    **Filed By:** MATHEW G EILERTS

    **Associated Entries:** 07/23/2024 - 🔒

**Order**

    **+**

**07/12/2024**

🔒 **Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Notice to Take Deposition**

Notice to Take Deposition Records Only; Electronic Filing Certificate of Service.

    **Filed By:** MATHEW G EILERTS

    **On Behalf Of:** MATTHEW R GRANT

**07/10/2024**

🔒 **Entry of Appearance Filed**

Entry of Appearance Pro Se and Co-Counsel; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW RICHARD GRANT

    **On Behalf Of:** MATTHEW R GRANT

**07/08/2024**

🔒 **Notice to Take Deposition**

Notice to Take Deposition Records Only; Electronic Filing Certificate of Service.

    **Filed By:** MATHEW G EILERTS

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Notice to Take Deposition**

Notice to Take Deposition Records Only; Electronic Filing Certificate of Service.

    **Filed By:** MATHEW G EILERTS

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Notice to Take Deposition**

Notice to Take Deposition Records Only; Electronic Filing Certificate of Service.

    **Filed By:** MATHEW G EILERTS

    **On Behalf Of:** MATTHEW R GRANT

**07/03/2024**

🔒 **Cert Serv of Prod of Docs, etc**

Certificate of Service; Electronic Filing Certificate of Service.

    **Filed By:** MATHEW G EILERTS

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Motion to Compel**

Petitioners Motion to Compel Deposition Testimony and Discovery Responses; Electronic Filing Certificate of Service.

    **Filed By:** MATHEW G EILERTS

    **On Behalf Of:** MATTHEW R GRANT

**06/27/2024**

🔒 **Notice to Take Deposition**

Amended Notice of Deposition - Staci Thomas; Electronic Filing Certificate of Service.

    **Filed By:** MATHEW G EILERTS

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Notice to Take Deposition**

Amended Notice of Deposition - Sara Grant; Electronic Filing Certificate of Service.

    **Filed By:** MATHEW G EILERTS

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Notice to Take Deposition**

Notice of Continued Deposition - Rebecaa Copeland; Electronic Filing Certificate of Service.

    **Filed By:** MATHEW G EILERTS

    **On Behalf Of:** MATTHEW R GRANT

**06/25/2024**

🔒 **Redaction Certification Filed**

Redaction Certification; Electronic Filing Certificate of Service.

   **Filed By:** MAIA BRODIE

   **On Behalf Of:** REBECCA A COPELAND

🔒 **CRIFS/Unredacted Document**

Confidential Redacted Information Filing Sheet; Notice to Take Deposition- Harris House; Notice to Take Deposition- Into Action Recovery; Notice to Take Deposition- Mercy; Notice to Take Deposition- Sana Lake; Electronic Filing Certificate of Service in associated to Take Deposition filed on 06/25/2024; Take Deposition filed on 06/25/2024; Take Deposition filed on 06/25/2024; Take Deposition filed on 06/25/2024.

   **Filed By:** MAIA BRODIE

   **On Behalf Of:** REBECCA A COPELAND

   **Associated Entries: 06/25/2024 -** 🔒

**Notice to Take Deposition**

   **+**

   **Associated Entries: 06/25/2024 -** 🔒

**Notice to Take Deposition**

   **+**

   **Associated Entries: 06/25/2024 -** 🔒

**Notice to Take Deposition**

   **+**

   **Associated Entries: 06/25/2024 -** 🔒

**Notice to Take Deposition**

   **+**

🔒 **Notice to Take Deposition**

Notice to Take Deposition Sana Lake; Electronic Filing Certificate of Service.

   **Filed By:** MAIA BRODIE

   **On Behalf Of:** REBECCA A COPELAND

   **Associated Entries: 06/25/2024 -** 🔒

**CRIFS/Unredacted Document**

   **+**

🔒 **Notice to Take Deposition**

Notice to Take Deposition Mercy; Electronic Filing Certificate of Service.

   **Filed By:** MAIA BRODIE

   **On Behalf Of:** REBECCA A COPELAND

   **Associated Entries: 06/25/2024 -** 🔒

**CRIFS/Unredacted Document**

   **+**

🔒 **Notice to Take Deposition**

Notice to Take Deposition Into Action Recovery; Electronic Filing Certificate of Service.

   **Filed By:** MAIA BRODIE

   **On Behalf Of:** REBECCA A COPELAND

   **Associated Entries: 06/25/2024 -** 🔒

**CRIFS/Unredacted Document**

   **+**

🔒 **Notice to Take Deposition**

Notice to Take Deposition Harris House; Electronic Filing Certificate of Service.

   **Filed By:** MAIA BRODIE

   **On Behalf Of:** REBECCA A COPELAND

   **Associated Entries: 06/25/2024 -** 🔒

**CRIFS/Unredacted Document**

   **+**

**06/24/2024**

🔒 **Notice of Hearing Filed**

Notice of Hearing; Electronic Filing Certificate of Service.

   **Filed By:** MAIA BRODIE

   **On Behalf Of:** REBECCA A COPELAND

**06/21/2024**

**Motion Hearing Scheduled**

   **Associated Entries: 07/23/2024 - Hearing Held**

   **Scheduled For:** 07/23/2024; 1:30 PM; MARY W GREAVES; St Louis County

**06/19/2024**

🔒 **Notice of Hearing Filed**

Notice of Hearing; Electronic Filing Certificate of Service.

> **Filed By:** JOHN R FENLEY
> **On Behalf Of:** JOHN R FENLEY

**06/13/2024**

🔒 **Motion Filed**

Motion for Additional Guardian ad Litem Fees; Electronic Filing Certificate of Service.

> **Filed By:** JOHN R FENLEY
> **On Behalf Of:** JOHN R FENLEY

**06/12/2024**

🔒 **Temporary Restraining Order**

AMENDED TEMPORARY RESTRAINING ORDER CONTINUED BY CONSENT. SO ORDERED: COMM. MARY GREAVES

**Show Cause Hearing Scheduled**

> **Associated Entries: 08/05/2024 - Hearing Continued/Rescheduled**
> **Scheduled For:** 08/05/2024; 1:30 PM; MARY W GREAVES; St Louis County

🔒 **Proposed Order Filed**

Proposed Consent Order to Continue TRO; Electronic Filing Certificate of Service.

> **Filed By:** MAIA BRODIE
> **On Behalf Of:** REBECCA A COPELAND

🔒 **Mot for Temp Restraining Order**

Proposed Amended TRO Continued by Consent; Electronic Filing Certificate of Service.

> **Filed By:** MAIA BRODIE
> **On Behalf Of:** REBECCA A COPELAND

**Hearing Continued/Rescheduled**

> **Associated Entries: 04/29/2024 - Hearing Continued/Rescheduled**
> **Associated Entries: 04/29/2024 - Show Cause Hearing Scheduled**
> **Associated Entries: 08/05/2024 - Hearing Continued/Rescheduled**
> **Hearing Continued From:** 06/12/2024; 1:30 PM Show Cause Hearing

**06/11/2024**

🔒 **Certificate of Service**

Certificate of Service; Electronic Filing Certificate of Service.

> **Filed By:** MAIA BRODIE
> **On Behalf Of:** REBECCA A COPELAND

**06/07/2024**

🔒 **Filing:**

Respondents Mandatory Document Exchange Compliance Form; Electronic Filing Certificate of Service.

> **Filed By:** MAIA BRODIE

**06/03/2024**

🔒 **Notice to Take Deposition**

Notice to Take Deposition; Electronic Filing Certificate of Service.

> **Filed By:** MAIA BRODIE
> **On Behalf Of:** REBECCA A COPELAND

🔒 **Subpoena Served**

Notice of Service; Electronic Filing Certificate of Service.

> **Filed By:** MAIA BRODIE
> **On Behalf Of:** REBECCA A COPELAND

**05/31/2024**

🔒 **Property Statement Filed**

First Amended Statement of Property; Electronic Filing Certificate of Service.

> **Filed By:** MATHEW G EILERTS
> **On Behalf Of:** MATTHEW R GRANT

**05/30/2024**

🔒 **Certification Filed**

Redaction Certification; Electronic Filing Certificate of Service.

> **Filed By:** MAIA BRODIE
> **On Behalf Of:** REBECCA A COPELAND

🔒 **CRIFS/Unredacted Document**

Respondents First Amended Statement of Property; Electronic Filing Certificate of Service in associated to Property Statement filed on 05/30/2024.

> **Filed By:** MAIA BRODIE
>
> **On Behalf Of:** REBECCA A COPELAND
>
> **Associated Entries:** 05/30/2024 - 🔒

**Property Statement Filed**

> +

🔒 **Property Statement Filed**

Respondents First Amended Statement of Property; Electronic Filing Certificate of Service.

> **Filed By:** MAIA BRODIE
>
> **On Behalf Of:** REBECCA A COPELAND
>
> **Associated Entries:** 05/30/2024 - 🔒

**CRIFS/Unredacted Document**

> +

🔒 **CRIFS/Unredacted Document**

Confidential Redacted Information Filing Sheet; Affidavit of Service; Electronic Filing Certificate of Service in associated to Affidavit (other) filed on 05/30/2024.

> **Filed By:** MATHEW G EILERTS
>
> **On Behalf Of:** MATTHEW R GRANT
>
> **Associated Entries:** 05/30/2024 - 🔒

**Subpoena Served**

> +

🔒 **Subpoena Served**

Affidavit of Service; Electronic Filing Certificate of Service.

> **Filed By:** MATHEW G EILERTS
>
> **On Behalf Of:** MATTHEW R GRANT
>
> **Associated Entries:** 05/30/2024 - 🔒

**CRIFS/Unredacted Document**

> +

🔒 **Notice to Take Deposition**

Notice to Take Deposition; Electronic Filing Certificate of Service.

> **Filed By:** MATHEW G EILERTS
>
> **On Behalf Of:** MATTHEW R GRANT

**05/29/2024**

🔒 **Notice to Take Deposition**

Notice to Take Deposition; Electronic Filing Certificate of Service.

> **Filed By:** MATHEW G EILERTS
>
> **On Behalf Of:** MATTHEW R GRANT

🔒 **CRIFS/Unredacted Document**

Confidential Redacted Information Filing Sheet; Affidavit of Service; Electronic Filing Certificate of Service in associated to Affidavit (other) filed on 05/29/2024.

> **Filed By:** MATHEW G EILERTS
>
> **On Behalf Of:** MATTHEW R GRANT
>
> **Associated Entries:** 05/29/2024 - 🔒

**Subpoena Served**

> +

🔒 **Subpoena Served**

Affidavit of Service; Electronic Filing Certificate of Service.

> **Filed By:** MATHEW G EILERTS
>
> **On Behalf Of:** MATTHEW R GRANT
>
> **Associated Entries:** 05/29/2024 - 🔒

**CRIFS/Unredacted Document**

> +

🔒 **Notice to Take Deposition**

Notice to Take Deposition; Electronic Filing Certificate of Service.

> **Filed By:** MATHEW G EILERTS
>
> **On Behalf Of:** MATTHEW R GRANT

**05/22/2024**

🔒 **Notice of Hearing Filed**

Notice of Hearing; Electronic Filing Certificate of Service.

    **Filed By:** JOHN R FENLEY

    **On Behalf Of:** JOHN R FENLEY

🔒 **Motion to Quash**

Motion to Quash; Electronic Filing Certificate of Service.

    **Filed By:** JOHN R FENLEY

    **On Behalf Of:** JOHN R FENLEY

🔒 **Subpoena Served**

Husch Blackwell Return; Electronic Filing Certificate of Service.

    **Filed By:** MAIA BRODIE

**05/21/2024**

🔒 **Property Statement Filed**

Statement of Property; Electronic Filing Certificate of Service.

    **Filed By:** MATHEW G EILERTS

    **On Behalf Of:** MATTHEW R GRANT

🔒 **Income & Expense Stmnt Filed**

Statement of Income and Expenses; Electronic Filing Certificate of Service.

    **Filed By:** MATHEW G EILERTS

    **On Behalf Of:** MATTHEW R GRANT

**05/20/2024**

🔒 **Redaction Certification Filed**

Certification of Redaction; Electronic Filing Certificate of Service.

    **Filed By:** MAIA BRODIE

    **On Behalf Of:** REBECCA A COPELAND

🔒 **CRIFS/Unredacted Document**

Confidential Redacted Information Filing Sheet; Notice of Deposition - Husch Blackwell; Electronic Filing Certificate of Service in associated to Take Deposition filed on 05/20/2024.

    **Filed By:** MAIA BRODIE

    **On Behalf Of:** REBECCA A COPELAND

    **Associated Entries: 05/20/2024 -** 🔒

    **Notice to Take Deposition**

        **+**

🔒 **Notice to Take Deposition**

Notice to Take Deposition - Husch Blackwell; Electronic Filing Certificate of Service.

    **Filed By:** MAIA BRODIE

    **On Behalf Of:** REBECCA A COPELAND

    **Associated Entries: 05/20/2024 -** 🔒

    **CRIFS/Unredacted Document**

        **+**

**05/10/2024**

🔒 **Cert Serv of Interrog Filed**

Petitioners Certificate of Service - First Interrogatories and First Request for Production of Documents; Electronic Filing Certificate of Service.

    **Filed By:** MATHEW G EILERTS

    **On Behalf Of:** MATTHEW R GRANT

**05/06/2024**

🔒 **Notice to Take Deposition**

Amended NOD, Subpoena, Attachment- Childrens Division; Electronic Filing Certificate of Service.

    **Filed By:** JOHN R FENLEY

    **On Behalf Of:** JOHN R FENLEY

**04/30/2024**

🔒 **Notice to Take Deposition**

NOD, Subpoena, Attachment- Childrens Division; Electronic Filing Certificate of Service.

    **Filed By:** JOHN R FENLEY

    **On Behalf Of:** JOHN R FENLEY

**04/29/2024**

🔒 **Temporary Restraining Order**

AMENDED TEMPORARY RESTRAINING ORDER CONTINUED BY CONENT, SO ORDERED: COMM. MARY GREAVES

🔒 **Order**

CONSENT ORDER TO CONTINUE TRO, SO ORDERED: COMM. MARY GREAVES

**Show Cause Hearing Scheduled**

**Associated Entries: 06/12/2024 - Hearing Continued/Rescheduled**
**Scheduled For:** 06/12/2024; 1:30 PM; MARY W GREAVES; St Louis County
**Hearing Continued/Rescheduled**

**Associated Entries: 04/29/2024 - Hearing Continued/Rescheduled    +**
**Associated Entries: 04/29/2024 - Show Cause Hearing Scheduled**
**Associated Entries: 06/12/2024 - Hearing Continued/Rescheduled**
**Hearing Continued From:** 04/29/2024; 2:30 PM Show Cause Hearing

🔒 **Satisfaction of Judgment Filed**

Satisfaction of Judgment; Electronic Filing Certificate of Service.
**Filed By:** JOHN R FENLEY
**On Behalf Of:** JOHN R FENLEY
**Show Cause Hearing Scheduled**

**Associated Entries: 04/29/2024 - Hearing Continued/Rescheduled**
**Scheduled For:** 04/29/2024; 2:30 PM; MARY W GREAVES; St Louis County
**Hearing Continued/Rescheduled**
Continuance Reason - Clerical Error
**Associated Entries: 04/08/2024 - Hearing Continued/Rescheduled**
**Associated Entries: 04/08/2024 - Show Cause Hearing Scheduled**
**Associated Entries: 04/29/2024 - Hearing Continued/Rescheduled**
**Hearing Continued From:** 04/29/2024; 2:30 PM Show Cause Hearing

**04/08/2024**

🔒 **Order**
ORDER TO CONTINUE TRO ENTERED, SEE ORDER FOR DETAILS. SO ORDERED: COMM. MARY GREAVES
**Show Cause Hearing Scheduled**

**Associated Entries: 04/29/2024 - Hearing Continued/Rescheduled    +**
**Scheduled For:** 04/29/2024; 2:30 PM; ROBERT M HEGGIE; St Louis County
**Hearing Continued/Rescheduled**

**Associated Entries: 04/03/2024 - Hearing Scheduled**
**Associated Entries: 01/28/2025 - Hearing/Trial Cancelled**
**Hearing Continued From:** 04/08/2024; 1:30 PM Hearing
**Hearing Continued/Rescheduled**

**Associated Entries: 03/20/2024 -** 🔒
**Hearing Scheduled**
**+**
**Associated Entries: 03/20/2024 - Hearing Continued/Rescheduled**
**Associated Entries: 04/29/2024 - Hearing Continued/Rescheduled    +**
**Hearing Continued From: 04/01/2024; 9:00 AM Hearing**

**04/03/2024**

**Hearing Scheduled**

**Associated Entries: 04/08/2024 - Hearing Continued/Rescheduled**
**Scheduled For:** 04/08/2024; 1:30 PM; MARY W GREAVES; St Louis County

🔒 **Temporary Restraining Order**
THE TEMPORARY RESTAINING ORDER WHICH WAS GRANTED ON MARCH 13, 2024 AND EXPIRED APRIL 1, 2024 IS HEREBY REINSTATED FOR GOOD CAUSE SHOWN. BOND PREVIOUSLY POSTED TO REMAIN. SO ORDERED: JUDGE NICOLE S. ZELLWEGER FOR DIV 65
**Associated Entries: 04/03/2024 -** 🔒
**Motion to Reinstate**
**+**

🔒 **Motion to Reinstate**
MOTION TO REINSTATE TEMPORARY RESTRAINING ORDER
**Associated Entries: 04/03/2024 -** 🔒
**Temporary Restraining Order**
**+**

**04/01/2024**

**🔒 Order for Change of Judge**

SO ORDERED: JUDGE ROBERT M. HEGGIE

**🔒 Satisfaction of Judgment Filed**

Satisfaction of Judgment; Electronic Filing Certificate of Service.

**Filed By:** JOHN R FENLEY

**On Behalf Of:** JOHN R FENLEY

**Judge Assigned**

FROM DIV 42 TO DIV 65 FC 12.

**03/29/2024**

**🔒 Motion for Change of Judge**

Motion and Application for Change of Judge; Electronic Filing Certificate of Service.

**Filed By:** MATHEW G EILERTS

**On Behalf Of:** MATTHEW R GRANT

**03/20/2024**

**🔒 Hearing Scheduled**

BY CONSENT OF THE PARTIES - HEARING CONTINUED TO 4/1/2024 @ 9AM; THE TRO ORDER PREVIOUSLY ISSUED TO REMAIN IN EFFECT; SO ORDERED: JUDGE ROBERT M. HEGGIE

**Associated Entries:** 04/08/2024 - Hearing Continued/Rescheduled

**Scheduled For:** 04/01/2024; 9:00 AM; ROBERT M HEGGIE; St Louis County

**Hearing Continued/Rescheduled**

**Associated Entries:** 03/13/2024 - Hearing Scheduled    +

**Associated Entries:** 04/08/2024 - Hearing Continued/Rescheduled

**Hearing Continued From:** 03/20/2024; 9:30 AM Hearing

**03/19/2024**

**🔒 Motion Granted/Sustained**

SUBSTITUTION GRANTED; SO ORDERED: JUDGE ROBERT M. HEGGIE

**03/18/2024**

**🔒 Motion Withdrawn**

Respondents Memorandum Withdrawing Motion for Change of Judge; Electronic Filing Certificate of Service.

**On Behalf Of:** REBECCA A COPELAND

**🔒 Motion for Sub of Counsel**

Substitution of Counsel; Electronic Filing Certificate of Service.

**On Behalf Of:** REBECCA A COPELAND

**03/15/2024**

**🔒 Motion for Change of Judge**

Request for Change of Judge; Electronic Filing Certificate of Service.

**Filed By:** SYLVIA POCIASK

**On Behalf Of:** REBECCA A COPELAND

**🔒 Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service.

**Filed By:** MATHEW G EILERTS

**On Behalf Of:** MATTHEW R GRANT

**03/14/2024**

**🔒 Entry of Appearance Filed**

Entry of Appearance- GAL; Electronic Filing Certificate of Service.

**Filed By:** JOHN R FENLEY

**On Behalf Of:** JOHN R FENLEY

**03/13/2024**

**🔒 Summons Issued-Circuit**

Document ID: 24-SM38-43, for GRANT, MATTHEW R Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

**🔒 Judge/Clerk - Note**

Automatic Family Court Order Rule 68.3, Mandatory Exchange of Documents Rule 68.5, Mediation Rule 68.14, Rule 15, and Notice of Mandatory Parent Education Class forms given/mailed/electronically sent to filing party.

**Hearing Scheduled**

RESPONDANT'S TRO

**Associated Entries:** 03/20/2024 - Hearing Continued/Rescheduled

**Scheduled For:** 03/20/2024; 9:30 AM; ROBERT M HEGGIE; St Louis County

**Judgment for GAL**

THE RESPONDENT IS ORDERED TO DEPOSIT IN THE REGISTRY OF THE COURT THE SUM OF $250.00 AS AND FOR GAL FEES. SO ORDERED: JUDGE DANIEL J KERTZ.

**Judgment for GAL**

THE PETITIONER IS HEREBY ORDERED TO DEPOSIT IN THE REGISTRY OF THE COURT THE SUM OF $750.00 AS AND FOR GAL FEES. SO ORDERED: JUDGE DANIEL J KERTZ.

🔒 **Temporary Restraining Order**

RESPONDENT'S MOTION FOR TEMPORARY RETRAINING ORDER IS HEREBY GRANTED. WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT: FATHER IS ENJOINED FROM CONTACTING OR EXERCISING PHYSICAL CUSTODY TIME WITH THE MINOR CHILDREN. THIS ORDER SHALL EXPIRE AT 5:00PM ON 3/20/24. THE MOTION FOR PRELIMINARY INJUNCTION SHALL BE HEARED ON 3/20/24 AT 9:30AM. BOND SHALL BE SET IN THE AMOUNT OF $500.00. SO ORDERED: JUDGE DANIEL J KERTZ.

    **Associated Entries: 03/13/2024 -** 🔒

**Mot for Temp Restraining Order**

    +

🔒 **Order Appointing GAL**

THE COURT APPOINTS JOHN FENLEY AS GUARDIAN AD LITEM ON BEHALF OF THE MINOR CHILDREN. SO ORDERED: JUDGE DANIEL J KERTZ.

🔒 **Mot for Temp Restraining Order**

TRO-Proposed Order; Electronic Filing Certificate of Service.

    **Filed By:** SYLVIA POCIASK

    **On Behalf Of:** REBECCA A COPELAND

🔒 **CRIFS/Unredacted Document**

CRIFS and Motion for Temporary Restraining Order; Electronic Filing Certificate of Service.

    **Filed By:** SYLVIA POCIASK

    **On Behalf Of:** REBECCA A COPELAND

🔒 **Mot for Temp Restraining Order**

Motion for Temporary Restraining Order; Electronic Filing Certificate of Service.

    **Filed By:** SYLVIA POCIASK

    **On Behalf Of:** REBECCA A COPELAND

    **Associated Entries: 03/13/2024 -** 🔒

**Temporary Restraining Order**

    +

**03/12/2024**

**Judge Assigned**

DIV 42 FC 11

🔒 **Income & Expense Stmnt Filed**

Statement of Income and Expenses; Electronic Filing Certificate of Service.

    **Filed By:** SYLVIA POCIASK

    **On Behalf Of:** REBECCA A COPELAND

🔒 **Property Statement Filed**

Statement of Property; Electronic Filing Certificate of Service.

    **Filed By:** SYLVIA POCIASK

    **On Behalf Of:** REBECCA A COPELAND

🔒 **Motion Special Process Server**

Request for Special Process Server; Electronic Filing Certificate of Service. APPROVED MARCH 13 2024

    **Filed By:** SYLVIA POCIASK

    **On Behalf Of:** REBECCA A COPELAND

🔒 **CRIFS/Unredacted Document**

CRIFS and Motion to Modify; CRIFS and Prior Modification Judgment; Electronic Filing Certificate of Service in associated to Modify - Family filed on 03/12/2024.

    **Filed By:** SYLVIA POCIASK

    **On Behalf Of:** REBECCA A COPELAND

    **Associated Entries: 03/12/2024 -** 🔒

**Motion to Modify- Family**

    +

🔒 **Motion to Modify- Family**

Motion to Modify -REDACTED; Electronic Filing Certificate of Service.

    **Filed By:** SYLVIA POCIASK

    **On Behalf Of:** REBECCA A COPELAND

    **Associated Entries: 03/12/2024 -** 🔒

**CRIFS/Unredacted Document**

    +

🔒 **Judge Assigned**

DIV 42 FC 11