

**GRANT**
FIRM
LLC

Matthew R. Grant, Esq.
701 Market Street
Suite 110, PMB 1709
St. Louis, Missouri 63101
*Licensed in MO and IL

October 13, 2025

Mortgage Solutions of St. Louis LLC
Attn:  Stephen LaVigne
████████████████████████
St. Louis, MO 63119

**RE:    Demand for Preservation of Data and Documents Relating to Litigation**
***Grant et al. v Hilton et al.*; USDC EDMO Case No. 25-cv-01203-JMD**

Dear Mr. LaVigne:

Please be advised that Grant Firm LLC has been retained and represents, among others, Matthew R. Grant, relating to pending and also reasonably anticipated future civil litigation in which you, Steven LaVigne ("You"), and/or your company Mortgage Solutions LLC ("MS") have been identified as a likely fact witness.

This letter is actual notice and a demand that You and MS suspend your document and data retention policy(s) and preserve all Potentially Relevant Data and Documents ("PRDD").  The scope of this request is very broad.

The PRDD at issue relates to both individuals and/or entities *associated in any way with the St. Louis County Family Court* and that may have utilized your mortgage, broker and/or other lending services, including but not limited to the following individuals connected to the St. Louis Family Court:

John/Meredith Fenley
████████████████████████
St. Louis, MO 63117

**Exhibit R**

Mortgage Solutions of St. Louis LLC
October 13, 2025

4815-4817 Oleatha LLC
Reg. Agent: Peter Manion
███████████
St. Louis, MO  63116

4815 Oleatha LLC
Reg. Agent: Owen, Matthew David
████████████
Saint Louis, MO 63109-2844

IMF Properties LLC
Reg. Agent: Peter John Manion
██████████████
St. Louis, MO  63109

Maia Brodie, Esq.
Brodie Law
████████████
St. Louis, MO  63124

Maia Brodie
█████████████
St. Louis, MO  63131

Matt Rossiter
█████████████
St. Louis, MO  63131

Elaine Pudlowski, Esq.
Frankel, Rubin, Klein, Payne & Pudlowski, P.C.
██████████████████
St. Louis, MO 63105

Mathew G. Eilerts, Esq.
Growe Eisen Karlen Eilerts
██████████████
St. Louis, MO 63105

Mathew G. Eilerts
████████████
St. Louis, MO 63127

Curran Coulter, Esq.
Coulter Goldberger
████████████████
St. Louis, MO 63105

Mortgage Solutions of St. Louis LLC
October 13, 2025

Coulter Family LP
Reg. Agent: Con Curran Coulter
███████████████
St. Louis, MO  63146

CF GP Inc.
Reg. Agent: Con Curran Coulter
███████████████
Chesterfield, MO 63017

Elliot Goldberger, Esq.
Coulter Goldberger
████████████████
St. Louis, MO 63105

Bruce F. Hilton
███████████
St. Louis, MO  63122

Mary W. Greaves
████████
St. Louis, MO 63122

Lawrence Gillespie, Esq.
Gillespie Hetlage & Coughlin
███████████████
St. Louis, MO 63105

Ryan's Restaurant, L.L.C.
Reg. Agent: Kenneth Ryan
███████████
St. Louis, MO 63129

Richard Eisen, Esq.
Growe Eisen Karlen Eilerts
████████████████
St. Louis, MO 63105

MME Coaching & Consulting LLC
Reg. Agent: Richard J Eisen
████████████████
St. Louis, MO 63105

Mortgage Solutions of St. Louis LLC
October 13, 2025

Eisen Enterprises LLC

St. Louis, MO 63105

Michael Burton, Esq.

Webster Groves, MO 63119

Doug Bellon, Esq.

St. Louis, MO 63122

Douglas G & Kari A Belon / Family Trust

St. Louis, MO 63122

Bellon Revocable Family Trust

St. Louis, MO 63122

BMPG LLC

St. Charles, Mo 63301

BMPG LLC owned property

St. Charles, MO 63301

BMPG LLC owned property

Ontario, CA 91761

BMPG LLC owned property

Kennesaw, GA 30144

BMPG LLC owned property

Kennesaw, GA 30144

BMPG LLC owned property

Kennesaw, GA 30144

Mortgage Solutions of St. Louis LLC
October 13, 2025

BMPG LLC owned property

Mentor On The Lake, OH 44060

BMPG LLC owned property

Philadelphia, PA 19142

Debra Henry, Esq.
Lashley & Baer, P.C.

St. Louis, MO 63101

Patricia Susi, Esq.
Curtis, Heinz, Garrett & O'Keefe, P.C.

St. Louis, MO 63105

Susan Hais, Esq.
Cordell Cordell

St. Louis, MO 63017

Sarah Pleban, Esq.

Suite 1850
St. Louis, MO 63105

   In the event you have legal representation, I recommend that you forward this correspondence to her/his attention.

   Thank you for your prompt assistance with this matter.  Feel free to contact me with any questions at 314-255-7760.


                                        Very truly yours,



                                        Matthew R. Grant