

**GRANT**
FIRM

Matthew R. Grant, Esq.
701 Market Street
Suite 110, PMB 1709
St. Louis, Missouri 63101
314-255-7560
*Licensed in MO and IL

October 13, 2025

Global Intelligence Consultants, Inc.
Attn: Michael Barbieri, PhD

███████████

St. Louis, Missouri 63105

**RE: Demand for Preservation of Data and Documents Relating to Litigation**
***Grant et al. v Hilton et al.*; USDC EDMO Case No. 25-cv-1203-JMD**

Dear Dr. Barbieri:

Please be advised that Grant Firm LLC has been retained and represents, among others, Matthew R. Grant, relating to pending and also reasonably anticipated future civil litigation in which you, Michael Barbieri ("You") and/or your company Global Intelligence Consultants, Inc. ("GIC") have been identified as a likely fact witness and/or future party.

This letter is actual notice and a demand that You and GIC suspend your document and data retention policy(s) and preserve all Potentially Relevant Data and Documents ("PRDD"). The scope of this request is very broad.

The PRDD at issue relates to both individuals and/or entities that <u>may have retained You and/or GIC</u>, and also PRDD relating to <u>any individuals that You and/or GIC were retained to investigate or research in any way</u>, including any *surveillance* or other services.

This Demand includes but is not limited to all investigative or other services You and/or GIC have provided to any such individual *since October 13, 2015*, in *any litigation matter*, including those that were or are pending in St. Louis County and/or St. Charles County Circuit Courts, including but not limited to the following:

**Exhibit S**

Global Intelligence Consultants, Inc.
Michael Barbieri, PhD
October 13, 2025

Maia Brodie, Esq.
Brodie Law
████████████
St. Louis, MO  63124

John Fenley, Esq.
Reinker, Hamilton Fenley
████████████████
St. Louis, MO 63117

Elaine Pudlowski, Esq.
Frankel, Rubin, Klein, Payne & Pudlowski, P.C.
████████████████
St. Louis, MO 63105

Richard Eisen, Esq.
Growe Eisen Karlen Eilerts
████████████
St. Louis, MO 63105

MME Coaching & Consulting LLC
Reg. Agent: Richard J Eisen
████████████
St. Louis, MO 63105

Eisen Enterprises LLC
███████████████████
St. Louis, MO 63105

Mat Eilerts, Esq.
Growe Eisen Karlen Eilerts
████████████
St. Louis, MO 63105

Curran Coulter, Esq.
Coulter Goldberger
████████████████
St. Louis, MO 63105

Coulter Family LP
Reg. Agent: Con Curran Coulter
████████████
St. Louis, MO  63146

CF GP Inc.
Reg. Agent: Con Curran Coulter

▮▮▮▮▮▮▮▮▮▮

Chesterfield, MO 63017

Elliot Goldberger, Esq.
Coulter Goldberger

▮▮▮▮▮▮▮▮▮▮

St. Louis, MO 63105

Lawrence Gillespie, Esq.
Gillespie Hetlage & Coughlin

▮▮▮▮▮▮▮▮▮▮

St. Louis, MO 63105

Ryan's Restaurant, L.L.C.
Reg. Agent: Kenneth Ryan

▮▮▮▮▮▮▮▮▮▮

St. Louis, MO 63129

Debra Henry, Esq.
Lashley & Baer, P.C.

▮▮▮▮▮▮▮▮

St. Louis, MO 63101

Patricia Susi, Esq.
Curtis, Heinz, Garrett & O'Keefe, P.C.

▮▮▮▮▮▮▮▮▮▮▮

St. Louis, MO 63105

Susan Hais, Esq.
Cordell Cordell

▮▮▮▮▮▮▮▮▮▮

St. Louis, MO 63017

Sarah Pleban, Esq.

▮▮▮▮▮▮

St. Louis, MO 63105

Doug Bellon, Esq.

▮▮▮▮▮▮▮▮

St. Louis, MO 63122

BMPG LLC

███████████████

St. Charles, Mo 63301

Matthew R. Grant, Esq.

███████████████

St. Louis, MO 63131

Mary Christine Tinker-Grant

███████████

Wentzville, MO  63885

Rebecca A. Copeland

██████████████

St. Louis, MO  63021

Staci Thomas

██████████████

St. Louis, MO 63131

Sarah M. Grant

██████████████

St. Louis, MO  63040

Evita Tolu, Esq.

████████████

St. Louis, MO 63132

Timothy Roldan, MSW, LCSW, Esq.

███████████████

St. Louis, MO  63141

Caroline Vandenbergh (nka Less)

██████████████

St. Louis, MO 63117

Melchior JP Vandenbergh

███████████████

St. Louis, MO  63130

This request expressly includes all information, including name, address and telephone numbers for *all subcontractors* that have worked in affiliation with You and/or GIC in relation to any of the responsive individuals or matters.

Global Intelligence Consultants, Inc.
Michael Barbieri, PhD
October 13, 2025

In the event you have legal representation, I recommend that you forward this correspondence to her/his attention.

Thank you for your prompt assistance with this matter.  Feel free to contact me with any questions at 314-255-7760.

Very truly yours,

Matthew R. Grant