Electronically Filed - St Louis County - February 15, 2021 - 02:24 PM

From: Sarah Pleban sarahpleban@hotmail.com
To: GAL <gal@groups.outlook.com>
Sent: Thu, Jan 21, 2021 9:52 am
Subject: Fw: Current attacks on GALs

Judge Burton asked me to forward this to you.

Sarah S. Pleban Attorney at Law
7733 Forsyth
Suite 1850
Clayton, MO  63105
(314) 647-6677
(314) 862-8988 - facsimile
sarahpleban@hotmail.com

Confidentiality Note:  This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this e-mail or any attachment is prohibited.  If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system.  Thank you for your cooperation.

Missouri Bar Disclaimer:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers through which it passes as it goes from sender to recipient, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or a computer unconnected to either of us through which the e-mail passes.  If you do not desire to receive future communications via email, please notify me at once.

From: **Michael.Burton@courts.mo.gov** <**Michael.Burton@courts.mo.gov**>
Sent: Thursday, January 21, 2021 3:24 PM
To: Sarah Pleban <sarahpleban@hotmail.com>
Subject: Re: Current attacks on GALs



EXHIBIT
2

📄 Daily Docket ltr re family court.pdf 9599K
📄 Tolu v. Reid et al_Redacted.pdf 2321K

Sarah:  Are you aware of the meeting that I am holding with leaders from the bar orgs re this?  Here is the email that I sent out to them last week.  They are all on board.  I don't want to get into a meeting with Elaine or anyone else involved in any lawsuits.  Feel free to share this with the GALs that have responded and all that you trust...  Might you be interested in joining the meeting?  (I just don't want to open this to everyone...)

Hello all.  As I or Judge Hemphill have told you, some concerning allegations about our domestic family court have been making their way on the internet.  Lots of horrible charges against GALs, custody experts and judges, insinuating that such folks are on the take, making recommendations that are not in the best interest of the children involved,  but rather, on the basis of cash payments.  The source of these scurrilous claims is unclear. Could be one or a few jilted parents, upset about the courts' custody orders.  I am attaching some passages from what is referred to as the "Daily Docket."

**Exhibit U**

Electronically Filed - St Louis County - February 15, 2021 - 02:24 PM

(See the first attachment and the Daily Dockets' passages below.)

As a judge who has presided over many family cases, I have had extensive personal experience with many of the GALs who have been brought into this web of lies. The ones that I know are great people and zealous advocates for their young clients. Some of them are now judges. Logic dictates that when I have seen the good work of a GAL, that person will be on my mind as a prospective candidate for another case. In many instances, it is hard to get new GALs involved because of the reluctance that we have in the unknown. Indeed, it is not bad practice to appoint a limited number of attorneys as GALs. In many instances, the parents' attorneys will agree on a GAL -- and as the judge in those circumstances, I rarely questioned their request. The attorneys always want independent, diligent, responsible and compassionate GALs. Luckily for us in this County, we have plenty of good GALs who can be described in that fashion.

Hands down, the family court assignment is the most challenging: very stressful circumstances with parties acting in ways that are far from their best. These are also understandably the most toxic cases. Many parents cannot accept that their behaviors could be the basis for their not getting the custody arrangements that they had desired. And when a custody expert and/or a GAL makes a recommendation that the other party gets more time and/or rights regarding their children, many people get unhinged, blaming everyone but themselves (including the judges who had the audacity to follow the aforementioned recommendations).

Because of the gossip printed in these dockets, some former litigants have started reaching out (anonymously of course) to anyone who files a case in the Family Court. How they get information from these generally inaccessible files is unclear to me.) They spread the garbage about certain GALs and experts to these litigants -- and some choose to believe what is being told to them.

Eventually, at some point, a civil lawsuit was filed in this circuit. Please see the second attachment. The matter is pending before one of our circuit court judges. I have never spoken to him about this case or about the contents of the Daily Docket -- and I do not plan to do so. As judges, we cannot comment to the public about litigation that is pending on our dockets. Further, we are not advised to comment to the public about the pending cases of other judges in our circuit. That being said, Judge Hemphill and I thought that we could reach out to some leaders of the bar to discuss this problem. We want to be proactive in some way. The ability of anonymous trolls to harm people's reputations is very troublesome. To be clear, I do not want to discuss with you the merits or the content of the pending lawsuit. We want to discuss the drivel in these "Daily Dockets."

We would like to meet with you via Zoom/WebEx in the near future to brainstorm. Late in the afternoon works best for us. Please let me know if you could meet at 4:00 next week (January 25 through January 29) or the following week (February 1 through 5). Please include anyone who you think would be helpful to the discussion from your bar organization.

Thanks so much.  I really appreciate any help you can offer.  Have a great, peaceful Inauguration Day!  Mike B

**Michael D. Burton**
**Presiding Judge**
St. Louis County Circuit Court, Div. 16 St. Louis County Courthouse
105 S. Central Ave.
Clayton, Mo 63105
(314) 615-1516
michael.burton@courts.mo.gov

Electronically Filed - St Louis County - February 15, 2021 - 02:24 PM

Daily Docket News is dedicated to shine light on the grave injustices taking place in the family court swamp, in the State of Missouri. It has been a national scandal for decades in which family courts in this country systematically failed to protect our children from physical, emotional, and sexual abuse by predatory parents. What is equally scandalous is the silence on the coverage of this unimaginable issue. It is a dreadful reality of child trafficking through family courts in the United States of America.

Daily Docket News investigative team is currently probing deep into a case that we brought you in November. Arseneau v. Arseneau, Case No. 13SL-DR00863-04,filed in the Saint Louis County Circuit Court on 07/01/2020. Elaine Pudlowski, Esq., with the law firm of Frankel, Rubin, Klein, Siegel, Payne & Pudlowski, P.C., is the court appointed guardian ad litem. James D. Reid, Ph.D.,is the court appointed forensic psychology evaluator. We previously reported that the Respondent's child, who was violently sexually abused over the course of many years, was handed over to the alleged abuser, by Judge Victoria M. McKee on the recommendation of Pudlowski and Reid, with full custody rights. In a shocking development, Judge Victoria M.McKee, who has been the Judge on this unusually lengthy case, since it began in 2013, has recused herself. Why would Judge Victoria M. McKee recuse herself? Respondent alleges that Judge Victoria M. McKee was purposely blocking Respondent at every turn, effectively rendering Respondent unable to present her truth and protect her sexually abused minor child. Why did Judge Victoria M. McKee instruct CaseNet to halt any upload of Respondents filings during the months of August, September, and October 2020, alleging Pudlowski's wrong doings and misconduct? Our legal team is at a loss for any explanation why this happened. Is Judge Victoria M. McKee taking sides and perpetrating a coverup for Pudlowski? Are not Judges meant to be unbiased? What was Judge Victoria M. McKee thinking or was she? Was Judge Victoria M. McKee afraid of Respondent's truth or was she aiding and abetting? Was Judge Victoria M. McKee protecting the alleged child predators? What did Judge Victoria M. McKee hope to accomplish? Does Judge Victoria M. McKee know that she is just a civil servant who must answer to the public and the law? Could Judge Victoria M. McKee be protecting this alleged Kids for Cash scheme from being exposed? What do you think Victoria M. McKee's motives are for acting this way in a court of law? You be the Judge.

Daily Docket News' investigative team has an explosive update on a case we reported on last November and December. Van Den Bergh vs. Van Den Bergh, Case 15SL-DR05021-01 filed in the Saint Louis County Family Court on 10/10/2016. Elaine Pudlowski, Esq., with the law firm of Frankel, Rubin, Klein, Siegel, Payne & Pudlowski, P.C., is the court appointed guardian ad litem. There were multiple court appointed forensic psychology evaluators. We previously reported that the Petitioner's minor child disclosed to a therapist that they were molested by the Respondent, but Pudlowski, with the court's blessing and having the best interest of the molested minor child in mind, reunified the molested minor child with their molester. Petitioner has filed an Emergency Motion for Recusal of Judge Bruce F. Hilton, who is the presiding Judge, and has been allegedly accused of Bias, Prejudice, Harassment, Discrimination, Threats, Intimidation, Denigration and Hostile Acts, to name a few, toward Petitioner. Our legal team has no explanation for this outrageous behavior, by Judge Bruce F. Hilton, in a family court. What must be going through the mind of Judge Bruce F. Hilton? Is Judge Bruce F. Hilton mentally fit to preside in a court of law? Perhaps Judge Bruce F. Hilton is hiding something from the public? Could Judge Bruce F. Hilton be afraid of the public knowing something? Is Judge Bruce F. Hilton taking sides and perpetrating a coverup for Pudlowski and these court appointed forensic psychology evaluators? Was Judge Bruce F. Hilton afraid of Petitioner's truth or was he aiding and abetting? Are not Judges meant to be unbiased? Could Judge Bruce F. Hilton be protecting the alleged child predators? Does Judge Bruce F. Hilton know that he is just a civil servant who must answer to the public and the law? Could Judge Bruce F. Hilton be protecting this alleged Kids for Cash scheme from being exposed? If Judge Bruce F. Hilton cannot function in a lawful manor, why does he not recuse himself immediately? What do you think Judge Bruce F. Hilton's motives are for acting this way in a court of law? You be the Judge.

Daily Docket News investigative team just discovered a breaking story, in the never-ending tidal wave of lawsuits, filed by what clearly appears to be another wronged parent by the family court. Richmann vs. James D.

Electronically Filed - St Louis County - February 15, 2021 - 02:24 PM

Reid, Ph.D., Elaine Pudlowski, Esq., Jennifer Webbe Van Luven, LCSW, and Fitzgibbons Psychological Associates a/k/a West County Psychological Associates, Case No. 20SL-CC06060,filed in the Saint Louis County Circuit Court on 12/16/2020. The family court has apparently just sunk to another new low. It would appear, that Judge David Lee Vincent, III, who is the presiding Judge, has decided to not post the motions filed in this case on Missouri CaseNet, for the public to view. Our legal team has never witnessed anything like this before and offers no explanation. What is Judge David Lee Vincent, III, hiding from the public by blocking a victim's voice from being heard? Is Judge David Lee Vincent, III, afraid of Petitioner's truth or is he aiding and abetting the Defendants? What is Judge David Lee Vincent, III, afraid of? Who is Judge David Lee Vincent, III, protecting, the alleged child predators or himself or both? What does Judge David Lee Vincent, III, think he is going to accomplish by keeping the public in the dark? Is Judge David Lee Vincent, III, taking sides and perpetrating a coverup for Reid, Pudlowski, Van Luven and Fitzgibbons?  Does Judge David Lee Vincent, III, have any idea that he is just a civil servant who must answer to the public and the law? Is Judge David Lee Vincent, III, protecting this alleged Kids for Cash scheme from being exposed? If Judge David Lee Vincent, III, has a conflict, why does he not recuse himself immediately? What do you think Judge David Lee Vincent, III, motives are in hiding this case from the public? You be the Judge.

Daily Docket News investigative team has information that many parents are coming forward who, because of our reporting, are for the first time realizing that they were victims of this elaborate Kids for Cash scheme orchestrated in the family court. Like, Arseneau, Van Den Bergh, Richmann and Tolu, who's families were destroyed by the family court, many more victims will be filing their lawsuits shortly against these alleged child predators including, but not limited to, those calling themselves attorney's, guardians ad litem, therapists, and forensic evaluators. These cases have gained national attention over that last few months and are being picked up and broadcast by numerous media platforms. This certainly will overwhelm the family court system and expose all involved. The family court appears to be in panic mode and unable to comprehend what to do, as lawsuit after lawsuit is filed alleging family court corruption. Our legal sources estimate that these lawsuits could amount to billions of dollars in recovery for the families who were harmed. Unfortunately, it will come too late for the thousands of children whose lives have forever been permanently damaged. It is becoming ever clearer that this vile child trafficking game, allegedly perpetrated by previously unnamed child predators, to sell our children to the highest bidder, could not exist or have been orchestrated by isolated individuals, but made up of multiple law firms colluding together with medical professionals on the same cases, allegedly with the blessing of the Judge presiding over the case. It is unthinkable and utterly appalling to think that the taxpayers could be paying to facilitate this Kids for Cash scheme in the family court, right under the public's nose. It is also becoming ever clearer why there is a sudden push by the Defendants of multiple lawsuits and the family court, to seal cases and silence the news media from informing the public. All involved in this Kids for Cash scheme will not prevent the public from knowing what is really going on in the family court and each perpetrator will be held accountable.

Daily Docket News has received thousands of documents from our concerned readers on cases involving many other alleged Players and their victims in this Kids for Cash since we first reported on Tolu vs. James D. Reid, Ph.D., Elaine Pudlowski, Esq., Jennifer Webbe Van Luven, LCSW, and Fitzgibbons Psychological Associates a/k/a West County Psychological Associates, Case No. 20SL-CC04680, filed in the Saint Louis County Circuit Court on09/10/2020. These cases present a clear pattern of child trafficking through the family courts which involve colluding attorneys, guardians ad litem, therapists, and forensic evaluators, who engage in divorce, child custody, adoption, and paternity cases, which coincidentally all involve well to do predatory parents. Daily Docket News will bring these victim's stories to you as we investigate them.

Daily Docket News cannot thank our readers enough for their support, their leads, and their desire to change this lawless family court system. It is noticeably clear that the family court corruption is widespread across this country, involving perhaps thousands of cases right here in Saint Louis alone. Our investigations are uncovering countless alleged corrupt law firms who, together with alleged corrupt guardians ad litem and there self-

Electronically Filed - St Louis County - February 15, 2021 - 02:24 PM

appointed alleged corrupt forensic psychology evaluators and alleged corrupt therapists, are allegedly selling our children to the highest bidder for cash, under the table. There is an alleged large network of law firms working in conjunction with each other on the same family court case, each representing one of the parties and allegedly promising to have you and your child's best interest at heart, but the only interest they have is to pit the parties against each other and to drain the party with the smaller financial portfolio prior to reaching a settlement. Unknown to the party with the smaller financial portfolio, their case will never go to trial, but will drag out as long, as they have disposable cash to through away, which is in the best interest of each attorney involved in the case. In most cases that were reviewed, the party that has the finances to drag the case long enough to drain the opposing party, is awarded the minor children by the family court, regardless of their mental, criminal and/or child abuse history. The party with the mental, criminal and/or child abuse history is ignored by the family court typically if they have the larger financial portfolio. The party with the larger financial portfolio is predetermined by the attorneys who have entered their appearance in the case and the case outcome is known prior to the family court case commencement. Daily Docket News wants everyone to know that the casualties of this Kids for Cash scheme are our defenseless minor children. Many parents have joined the fight to stop family court corruption by suing their own lawyer, guardian ad litem, forensic psychology evaluator and therapist, who are all allegedly colluding together to sell or have sold their children to the highest bidder. If you know someone who is currently in litigation with minor children involved, please reach out to them, and help save their children from being sold and their bank accounts from being drained. Please forward this letter to everyone you know that is concerned about a child's safety. Together, we can make a difference in a child's life.

Daily Docket News wants every reader to unite, armed with the sense of responsibility, and take action to protect our children from this swamp of alleged sleezy predatory parents, unethical greedy forensic psychology evaluators, unethical corrupt guardians ad litem, unethical shady therapists, and unethical corrupt colluding attorneys. Laws protecting this outrageous conduct in our family courts must be changed now. Child trafficking through the family court system is an epidemic, and it takes many ugly forms. Our children deserve safety, justice, and protection from ALL PREDATORS! 01-11-2021

Reported to you by Daily Docket News
Always Fair, Honest, Unbiased, Balanced & Objective
A Voice for the Children who have been silenced by the Family Court System
Corporate Headquarters: New York, NY
Readership circulation: 391,000+ Saint Louis Metro
940,000+ Missourians
11,489,000+ Nation-Wide
Our readership is growing because of your support to make a change to save our children.

**Michael D. Burton**
**Presiding Judge**
St. Louis County Circuit Court, Div. 16 St. Louis County Courthouse
105 S. Central Ave.
Clayton, Mo 63105
(314) 615-1516
michael.burton@courts.mo.gov