Case: 4:25-cv-01203-JMD     Doc. #: 133-23     Filed: 05/21/26     Page: 1 of 8 PageID #: 2839

**MATT GRANT FOR CONGRESS ()**



**MATTGRANTFORCONGRESS@GMAIL.COM** (mailto:team@mattgrantforcongress.org)

# MATT GRANT FOR CONGRESS
## MISSOURI - DISTRICT 2

/secure.winred.com/
gress/donate-today?
money_bomb=false

https://secure.winred.com/matt-grant-for-congress/donate-today?sc=winred-directory&money_bomb=false&recurring=false

**Exhibit W**

Case: 4:25-cv-01203-JMD    Doc. #: 133-23    Filed: 05/21/26    Page: 2 of 8 PageID #: 2840



# The **CHILD** Protection Act of 2027

**C**orruption
**H**iding
**I**nside
**L**egal
**D**ockets

## View/Download (gallery/HB 12345 CHILD Protection Act.Version 2.pdf)

# The CHILD Protection Act

(gallery/HB 12345 CHILD Protection Act.Version 2.pdf)

## of 2027 (gallery/HB 12345 CHILD Protection

Act.Version 2.pdf)

## Federal Oversight Is Needed

Title IV-D federal grant money and payments must be tied to state family court compliance with minimum standards.

# Matt does not just talk, he takes action!

Case: 4:25-cv-01203-JMD    Doc. #: 133-23    Filed: 05/21/26    Page: 4 of 8 PageID #: 2842

Click below to view the ***civil RICO and Civil Rights Act class action lawsuit*** that Matt filed in the federal court in St. Louis, Missouri on August 11, 2025.

# View/DOWNLOAD (gallery/Second.Amended.Complaint.Grant.pdf)

# **Second Amended Class Action Complaint** (gallery/Second.Amended.Complaint.Grant.pdf)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **View/DOWNLOAD** (gallery/Order.Dismissing.Complaint.pdf)

## **April 23, 2026 Order DISMISSING Civil RICO and** (gallery/Order.Dismissing.Complaint.pdf)
## **Civil Rights Act Lawsuit** (gallery/Order.Dismissing.Complaint.pdf)

Case: 4:25-cv-01203-JMD Doc. #: 133-23 Filed: 05/21/26 Page: 5 of 8 PageID #: 2843

# Print and distribute Matt's current Campaign Flyer:

[Vi (gallery/Matt Grant for Congress Flyer 4.pdf)ew/Download (gallery/Matt Grant for Congress Flyer 4.pdf)](#)

# Matt's Priorities



**Eliminate Corruption in the Family Court system**

Check out Matt's proposed House Bill:

**CHILD Protection Act of 2027.**

Case: 4:25-cv-01203-JMD    Doc. #: 133-23    Filed: 05/21/26    Page: 6 of 8 PageID #: 2844

Matt Grant for Congress, Missouri District 2, Family Court Reform, Lower Taxes, Smaller Government

Read more (gallery/HB 12345
CHILD Protection Act.Version
2.pdf)



### TERM LIMITS
### for the
### House and Senate

- **"Grandfather clause" to ensure passage.**

Read more (Issues/)



### Smaller Federal Government through a <u>hiring freeze</u> and <u>early retirement packages</u> (to start)

Read more (Issues/)



### Lower Taxes

Case: 4:25-cv-01203-JMD    Doc. #: 133-22    Filed: 05/21/26    Page: 7 of 8 PageID
#: 2845

**Reduce Fraud and Waste,
Reduce total number of gov't
employees,
= Smaller Government
= Lower Taxes**

Read more (Issues/)



**Volunteer**

Post online, knock on
doors, make calls, and help
Missouri's families win.

Read more (Contacts/)



**Donate**

https://secure.winred.com/ma
tt-grant-for-congress/donate-
today?sc=winred-
directory&money_bomb=false
&recurring=false
(https://secure.winred.com/m
att-grant-for-congress/donate-

Case: 4:25-cv-01203-JMD    Doc. #: 133-22    Filed: 05/21/26    Page: 8 of 8 PageID
#: 2846

today?sc=winred-
directory&money_bomb=false
&recurring=false)

Read more (Donate/)

https://secure.winred.com/matt-grant-for-congress/donate-today?sc=winred-
directory&money_bomb=false&recurring=false

Paid for by the
*Matt Grant for Congress*
*Committee*
**MITEECO**

**HOW TO FIND US**

Address:
701 Market Street
Suite 110
PMB 1709
St. Louis, MO
63101

Phone:
(314) 255-7760

Email:
MattGrantforCongress@gmail.com
(mailto:info@example.com)

© 2026 Matt Grant for Congress (http://mattgrantforcongress.org)