SUBSCRIBE

DONATE

**BP** DONATE

Email *

First Name

I'm not a robot
reCAPTCHA

Subscribe

×

**Ballotpedia on Facebook**

  Share this page

  Follow Ballotpedia

×

**Ballotpedia on Twitter**

  Share this page

  Follow Ballotpedia

# Matthew Grant

**Matthew Grant** (Republican Party) is running for election to the U.S. House to represent Missouri's 2nd Congressional District. He declared candidacy for the Republican primary scheduled on August 4, 2026. [source]

Grant completed Ballotpedia's Candidate Connection survey in 2026. Click here to read the survey answers.

## Biography

Matthew Grant earned a high school diploma from Francis Howell High School. He earned a bachelor's degree from Truman State University in 1997. His career experience includes working as a lawyer.[1]

**Matthew Grant**



**Republican Party**

Case: 4:25-cv-01203-JMD   Doc. #: 133-24   Filed: 05/21/26   Page: 2 of 7 PageID #: 2848

# Elections

## 2026

*See also: Missouri's 2nd Congressional District election, 2026*

### General election

The primary will occur on August 4, 2026. The general election will occur on November 3, 2026. General election candidates will be added here following the primary.

### Democratic primary

Democratic primary for U.S. House Missouri District 2

Timothy Bilash (D), Chuck Summers (D), Joan VonDras (D), and Frederick Wellman (D) are running in the Democratic primary for U.S. House Missouri District 2 on August 4, 2026.

| | Candidate |
|---|---|
|  | Timothy Bilash |
| | Chuck Summers |
| | Joan VonDras Ⓒ |
| | Frederick Wellman Ⓒ |

**BP** There are no incumbents in this race.

Ⓒ = candidate completed the Ballotpedia Candidate Connection survey.

If you are a candidate and would like to tell readers and voters more about why they should vote for you, complete the Ballotpedia Candidate Connection Survey.

Do you want a spreadsheet of this type of data? Contact our sales team.

### Withdrawn or disqualified candidates

- Nick Vivio (D)

### Republican primary

Republican primary for U.S. House Missouri District 2

Incumbent Ann Wagner (R), Matthew Grant (R), Peter Pfeifer (R), Elizabeth Sparks-Holmes (R), and Brandon Wilkinson (R) are running in the Republican primary for U.S. House Missouri District 2 on August 4, 2026.

| | Candidate |
|---|---|
|  | Ann Wagner |
| | Matthew Grant Ⓒ |
| | Peter Pfeifer |
| | Elizabeth Sparks-Holmes |

Candidate, U.S. House Missouri District 2

Elections and appointments
**Next election**
August 4, 2026

Education
**High school**
Francis Howell High School

**Bachelor's**
Truman State University, 1997

Personal
**Profession**
Lawyer

Contact
**Campaign website**
**Campaign Facebook**
**Campaign Instagram**
**Personal LinkedIn**


[Brandon Wilkinson](#)

---

 **BP** [Incumbents](#) are **bolded and underlined**.

Ⓒ = candidate completed the [Ballotpedia Candidate Connection](#) survey.

If you are a candidate and would like to tell readers and voters more about why they should vote for you, [complete the Ballotpedia Candidate Connection Survey.](#)

Do you want a spreadsheet of this type of data? [Contact our sales team.](#)

### Withdrawn or disqualified candidates

- [Ryan Sheridan](#) (R)

### Libertarian Party primary

Libertarian primary for U.S. House Missouri District 2

[Brandon Daugherty](#) (L) is running in the Libertarian Party primary for U.S. House Missouri District 2 on August 4, 2026.

Candidate

[Brandon Daugherty](#)

---

**BP** There are no [incumbents](#) in this race.

Ⓒ = candidate completed the [Ballotpedia Candidate Connection](#) survey.

If you are a candidate and would like to tell readers and voters more about why they should vote for you, [complete the Ballotpedia Candidate Connection Survey.](#)

Do you want a spreadsheet of this type of data? [Contact our sales team.](#)

### Endorsements

Ballotpedia is gathering information about candidate endorsements. To send us an endorsement, [click here](#).

## **Campaign themes**

### 2026

### Ballotpedia survey responses

*See also: [Ballotpedia's Candidate Connection](#)*



Matthew Grant completed [Ballotpedia's Candidate Connection](#) survey in 2026. The survey questions appear in bold and are followed by Grant's responses.

Expand all | Collapse all

**Who are you? Tell us about yourself.**

I am lawyer and dad. I have practiced law for 26 years. I am running for one key reason: Children. I have personally experienced the Missouri state Family Court system and it is plagued by corruption.

My children and others suffer as a result of a system with no oversight and willful blindness by the state judicial system.

I have filed a civil RICO and Civil Rights Act class action to create change from the federal level down. I have sued the Presiding Judge of the 21st Circuit Court of the State of Missouri, Bruce F. Hilton, as he is an active member of the criminal enterprise that is alive and well in the St. Louis County, Missouri Family Court.

Congress has the 'power of the purse' and I have already drafted proposed legislation to monetarily encourage states such as Missouri, to adopt appropriate oversight reviewed at a federal level to protect children that unfortunately thrust into the the family court system through divorce or custody dispute.

I have traditional Republican values but am best described as Center-Right.

I am a public school kid from St. Charles, Missouri who went to college at Truman State University and graduated from the University of Missouri-Columbia's school of law.

I found success in the practice of law that I intend to put to good use for others.

I am New Generation for the 2nd District. I bring a fresh perspective on things that matter to constituents on a daily basis.

**Please list below 3 key messages of your campaign. What are the main points you want voters to remember about your goals for your time in office?**

- The Children of the State of Missouri, including within the 2nd Congressional District, are suffering due to a lack of protection in state Family Courts.

  Children are used as pawns in a corrupt court system that I, as a lawyer, have seen happen to my own children and intend to put an end to it once and for all.

  I have drafted proposed legislation that will drive a system of federal oversight that all states' and commonwealth Family Court systems desperately need.

  If the states want to continue to receive federal grant dollars, they must be held accountable and prove that they are protecting this nation's most valuable resource - Children.

  I am an Eagle Scout and I am ready to serve others!
- The federal income and other tax rates in this country must come down to ensure that families can not only survive, but thrive.
- The size of the federal government must be reduced significantly. It is time to right-size the federal government to protect future generations. What exists now is not sustainable. It is time to tackle the problem with courage and practical solutions.

**What areas of public policy are you personally passionate about?**

Protecting Children. Smaller Government. Lower Tax rates.

**Note:** *Ballotpedia reserves the right to edit Candidate Connection survey responses. Any edits made by Ballotpedia will be clearly marked with [brackets] for the public. If the candidate disagrees with an edit, he or she may request the full removal of the survey response from Ballotpedia.org. Ballotpedia does not edit or correct typographical errors unless the candidate's campaign requests it.*

## Campaign finance summary

**BP** *Note: The finance data shown here comes from the disclosures required of candidates and parties. Depending on the election or state, this may represent only a portion of all the funds spent on their behalf. Satellite spending groups may or may not have expended funds related to the candidate or politician on whose page you are reading this disclaimer. Campaign finance data from elections may be incomplete. For elections to federal offices, complete data can be found at the FEC website. Click here for more on federal campaign finance law and here for more on state campaign finance law.*

### Matthew Grant campaign contribution history

| YEAR | OFFICE | STATUS | CONTRIBUTIONS | EXPENDITURES |
|---|---|---|---|---|
| 2026* | U.S. House Missouri District 2 | Candidacy Declared primary | $0 | N/A** |
| Grand total | | | $0 | N/A** |

Sources: OpenSecrets, Federal Election Commission *** *This product uses the openFEC API but is not endorsed or certified by the Federal Election Commission (FEC).*
*\* Data from this year may not be complete*
*\*\* Data on expenditures is not available for this election cycle*
*Note: Totals above reflect only available data.*

## See also

**2026 Elections**



What's on the ballot?
U.S. Congress
U.S. Congress special elections

Case: 4:25-cv-01203-JMD     Doc. #: 133-24     Filed: 05/21/26     Page: 5 of 7 PageID #: 2851

State executives
State legislatures
State courts
Ballot measures
Municipal government
School boards
Election analysis hub

**Government**



Who represents me?
U.S. Congress
State executives
State legislators
State courts
Ballot measures
Municipal government
List of school districts in Missouri

**Newsletters**



The Daily Brew
The Weekly Brew
The Ballot Bulletin
Checks and Balances
Economy and Society
Hall Pass
Number of the Day
Robe & Gavel

# External links

Search Google News for this topic

**Candidate**

*U.S. House Missouri District 2*
Website
Facebook
Instagram

**Personal**

- LinkedIn

# Footnotes

1. *Information submitted to Ballotpedia through the Candidate Connection survey on March 21, 2026*

**Missouri's current delegation** to the **United States Congress**           [show]



Tools that stay ahead. Save 50%. First three months. Buy now — Adobe Creative Cloud Pro

Ballotpedia features 688,454 encyclopedic articles written and curated by our professional staff of editors, writers, and researchers. Click here to **contact our editorial staff or report an error**. For media inquiries, **contact us here**. Please **donate here** to support our continued expansion.

**INFORMATION ABOUT VOTING**

What's on my ballot?
Where do I vote?
How do I register to vote?
How do I request a ballot?
When do I vote?
When are polls open?
Who Represents Me?

**2026 ELECTIONS**

Congress
State executives
State legislatures
State judges
State ballot measures
Municipal officials
School boards
Other local officials
Local ballot measures

**2025 ELECTIONS**

2025 Election results
State government trifectas
State government triplexes
Governors
State executives
State supreme courts
State legislatures
State ballot measures
Municipal officials

**ELECTION ANALYSIS**

2026 elections analysis hub
Ballot measure trends
Ballotpedia's analysis of uncontested elections in 2026

**TRENDING**

Elections calendar
Redistricting ahead of the 2026 elections
Donald Trump's Cabinet
Education policy on Ballotpedia
Ballotpedia News

**PUBLIC POLICY**

Policy in the states
Administrative state
Criminal justice policy
Education policy
Environmental, social, and corporate governance (ESG)
Federalism
Unemployment insurance
Work requirements

**INFORMATION FOR CANDIDATES**

Ballotpedia's Candidate Survey
How do I run for office?
How do I update a page?
Election results
Send us candidate contact info

**GET ENGAGED**

Donate to Ballotpedia
Contact us
Report an error
Events
Newsletters
Ballotpedia Podcast
Careers
Volunteer
Ad Policy
Ballotpedia Boutique

**SERVICES**

Media inquiries
Data sales

**ADDITIONAL ANALYSIS**

Election legislation tracking
Redistricting
Pivot Counties
State Supreme Court Partisanship
Polling indexes



Case: 4:25-cv-01203-JMD    Doc. #:  133-24    Filed: 05/21/26    Page: 7 of 7 PageID #: 2853

Do Not Sell or Share My Personal Information

