

**IN THE CIRCUIT COURT OF ST. LOUIS COUNTY**
**STATE OF MISSOURI**

JAN 2 2 2026

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

| | | |
|---|---|---|
| LOLA FRITTS, | ) | |
| Plaintiff, | ) | Cause No.:   23SL-CC00624 |
| v. | ) | Division:   9 |
| ERIN ZIELINSKI, et al. | ) | |
| Defendants. | ) | |

**Judgment**

On January 20, 2026, the jury in this matter returned a verdict in favor of plaintiff Lola Fritts, as personal representative of the estate of Joel Fritts, and against the defendants Erin Zielinski, Cordell & Cordell, P.C., and Cordell Law LLP in the amount of Two Million dollars ($2,000,000.00).

Consistent with the jury's verdict, the Court now enters Judgment in favor of plaintiff Lola Fritts, as personal representative of the estate of Joel Fritts, and against the defendants Erin Zielinski, Cordell & Cordell, P.C., and Cordell Law LLP jointly and severally, in the amount of Two Million dollars ($2,000,000.00).

Pursuant to §408.040.3 RSMo the Court finds the current Federal Funds Rate to be 3.72%. Therefore, the post-judgment interest rate on this judgment shall be 8.72%. Post judgment interest shall begin to run from the date of this judgment.

Costs shall be assessed against defendants. Plaintiff to submit costs bill to clerk within thirty (30) days.

Hon. David L. Vincent, Div. 9                    Date: 1/22/26

**Exhibit CC**