UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW R. GRANT, individually, as *Next Friend* to C.L.G. and as *Next Friend* to C.M.G., and on behalf of all others similarly situated, | ) ) ) ) ) | Case No. 25-CV-1203-JMD |
| and | ) ) | |
| STOP MISSOURI CORRUPTION, LLC, dba www.StopMissouriCorruption.com | ) ) ) ) | |
| *Plaintiffs*, | ) ) | |
| vs. | ) ) | |
| BRUCE F. HILTON, in his individual and official capacity as Presiding Circuit Judge of the 21st Circuit Court of the State of Missouri, et al. | ) ) ) ) ) | |

**PLAINTIFFS' NOTICE OF APPEAL**

Notice is giving that plaintiffs Matthew R. Grant and Stop Missouri Corruption, LLC, appeal to the United States Court of Appeals for the Eighth Circuit from the Court's Order [Doc. 129] entered April 23, 2026, and the Court's Orders of Dismissal [Docs. 130 and 131] in favor of Defendants entered the same date.

Respectfully submitted,

_____/s/Matthew R. Grant_____
Matthew R. Grant, #MO50312
GRANT FIRM LLC
701 Market Street
Suite 110, PMB 1709
St. Louis, MO 63131
T: (314) 255-7760
F: (636) 200-1960
Email: mattgrant.stl@gmail.com

***Pro Se* Plaintiff and as counsel for Co-Plaintiff Stop Missouri Corruption, LLC**

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 23, 2026, the foregoing was filed electronically with the Clerk of Court, therefore, to be served electronically by operation of the Court's electronic filing system upon all counsel of record.

*/s/  Matthew R. Grant*