UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MATTHEW R. GRANT, individually, as *Next Friend* to C.L.G. and as *Next Friend* to C.M.G., and on behalf of all others similarly situated, and STOP MISSOURI CORRUPTION, LLC, d/b/a www.StopMissouriCorruption.com<br><br>Plaintiffs,<br><br>v.<br><br>BRUCE F. HILTON, et. al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:25-cv-01203-JMD<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MEMO FOR ATTORNEY'S FEES**

**COME NOW,** Defendants Maia Brodie, John Fenley, Rienker, Hamilton & Fenley, LLC, by and through undersigned counsel, and submits the attached Affidavit of Thomas J. Magee and bills for Attorney's fees totaling $24,908.80 pursuant to the Court Order entered on June 4, 2026.

Respectfully submitted,

HEPLERBROOM LLC

By:   */s/ Thomas J. Magee*
Thomas J. Magee No. 32871MO
Gabrielle A. Deimeke No. 74624MO
701 Market Street, Suite 1400
St. Louis, MO 63101
314-241-6160
tmagee@heplerbroom.com
gad@heplerbroom.com
*Attorneys for Rienker, Hamilton & Fenley, LLC, and Maia Brodie, individually and d/b/a Brodie Law*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 16, 2026, the foregoing was filed electronically with the Clerk of Court, therefore to be served electronically by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Thomas J. Magee*