UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MATTHEW R. GRANT, individually,         )
as *Next Friend* to C.L.G. and as        )
*Next Friend* to C.M.G., and on behalf of  )
all others similarly situated, and       )
STOP MISSOURI CORRUPTION, LLC,          )
d/b/a www.StopMissouriCorruption.com    )
                                        )
        Plaintiffs,                     )
                                        )       Case No. 4:25-cv-01203-JMD
v.                                      )
                                        )
BRUCE F. HILTON, et. al.,               )
                                        )
        Defendants.                     )

## Affidavit of Thomas J. Magee for Attorney's fees

1. I am an attorney licensed in 1985 by the Eastern District of Missouri and the Supreme Court of Missouri. I have been in private practice for 41 years representing clients in a variety of civil matters.

2. Since 2010 I have been a partner at HeplerBroom LLC firm, which holds office in St. Louis Missouri as well as offices in Illinois and Indiana.

3. I am one of the Attorneys for Defendants Maia Brodie, John Fenley and RHF, and I have personal knowledge of the summary of Costs and Attorney Fees attached to this Affidavit as Exhibit 1.

4. Based upon my 41 years of practice, I am familiar with the reasonable hourly rates for attorneys counseling and litigating within the Eastern District of Missouri, as well as the reasonable tasks that must be undertaken by counsel to ethically represent clients' interests including the amount of time that is reasonably required to complete such tasks.

5.    As of August 11, 2025, my office has incurred attorney's fee and costs of $24,908.70 on behalf of Defendants Brodie, Fenley and RHF in regards to this action. Each item of fees, costs or disbursements claimed in the attached summary of Costs and Attorney Fees is correct and has been necessarily incurred in his action.

6.    On some occasions we split the bills between the files because we represented three clients in this matter.

7.    The services for which fees have been charged were actually performed.

8.    The attorney and paralegal hourly rates charged to Defendants were reasonable for the work performed in this matter.

2

**FURTHER AFFIANT SAYETH NOT**

_____
Thomas J. Magee

_____
6-16-2026
Date

Subscribed and sworn to before me this _____16th_____ day of _____June_____, 2026.

_____
Penny Meyer
Notary Public

My Commission Expires:

PENNY MEYER
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis City
My Commission Expires: May 16, 2029
Commission #: 14018695

3