# HeplerBroom LLC

Chicago, IL · Crystal Lake, IL · Dupage County, IL

Dallas-Fort Worth, TX · Edwardsville, IL · Hammond, IN

Springfield, IL · St. Louis, MO

www.HeplerBroom.com

130 N. Main St.
PO Box 510
Edwardsville, IL 62025
PH: 618-656-0184
FAX: 618-656-1364

TAX ID: 37-1009085

February 19, 2026

The Bar Plan
Deanna J. Brady
VIA EMAIL: djbrady@thebarplan.com
Claim No. 116869 - Brodie

Invoice No.    1084592
Client No.      03937
Matter No.     169809

_____

## INVOICE SUMMARY

For Professional Services Rendered through November 30, 2025.

**RE:  Matthew R. Grant, individually, as Next Friend to C.L.G., and as Next Friend to C.M.G., and on behalf of all other similarly situated and Stop Missouri Corruption, LLC v. Bruce F. Hilton, Mary W. Greaves, John Fenley, Rienker, Hamilton & Fenley, LLC, State of Missouri, including its Office of Chief Disciplinary Counsel, Commission on Retirement, Removal and Discipline of Judges, and the St. Louis Family Court, Maia Brodie, individually and d/b/a Brodie Law, Lawrence Gillespie, Gillespie Hetlage & Coughlin LLC, Rebecca A. Copeland, Staci Thomas, Sarah M. Grant, Matthew G. Eilerts, Growe Eisen Karlen Eilerts, LLC, Con Currant Coulter, The Coulter Law Group, LLC d/b/a Coulter Goldberg, LLC and Co-Conspirators 1- 100.   Intervenor Angela M. Freiner**
**Claim Number:              116869**

| | |
|---|---|
| Total Professional Services | $ 10,560.00 |
| Total Costs | $ 17.30 |
| **TOTAL THIS INVOICE** | **$ 10,577.30** |

EXHIBIT 1

# HEPLERBROOM LLC

Invoice No. 1084592                                          February 19, 2026

## PROFESSIONAL SERVICES

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 9/03/25 | GAD | L210 | A104 | Review and analysis of Petition in order to garner support for the defenses and affirmative defenses (1/2) | .50 | 110.00 |
| 9/03/25 | KSH | L210 | A104 | Review and analysis of court's show cause order issued in response to plaintiff's 170 page complaint (1/2) | .10 | 27.50 |
| 9/03/25 | KSH | L120 | A106 | Telephone conference with Tom Magee and Deanna Brady regarding background facts and defense strategy (1/2) | .10 | 27.50 |
| 9/03/25 | KSH | L210 | A104 | Review and analysis of 170 page complaint in preparation of drafting responsive pleadings and motions (1/2) | 1.00 | 275.00 |
| 9/04/25 | TM1 | L110 | A106 | Telephone conference with Maia Brodie re representation | .30 | 82.50 |
| 9/05/25 | TM1 | L210 | A104 | Initial review of complaint and Order by Judge re Rule 11 (1/2) | .30 | 82.50 |
| 9/12/25 | TM1 | L120 | A106 | Email to insureds re recent filings by plaintiff (1/2) | .10 | 27.50 |
| 9/15/25 | TM1 | L210 | A104 | Amended complaint received and reviewed with letter to insureds and your office re plan to file motion to dismiss if Judge does not immediately rule (1/2) | .30 | 82.50 |
| 9/17/25 | TM1 | L120 | A108 | Letter to Maia Brodie, John Fenley and Deanna Brady re rulings by Judge on motion to intervene and to seal file (1/2) | .10 | 27.50 |
| 9/17/25 | TM1 | L250 | A103 | Motion to Seal and Memorandum in support of Motion to seal prepared and filed | .20 | 55.00 |
| 9/22/25 | KSH | L210 | A104 | Review and analysis of 167 page amended complaint in preparation of drafting responsive pleadings and motions (1/2) | 1.00 | 275.00 |
| 9/23/25 | GAD | L210 | A104 | Review and analysis of Complaint in order to garner support for the Motion to Dismiss for failure to state a claim (1/2) | 1.00 | 220.00 |
| 9/30/25 | TM1 | L120 | A106 | Letter to insured re status and plan to file motions if no order from Judge (1/2) | .10 | 27.50 |
| 10/02/25 | GAD | L250 | A103 | Begin drafting Motion to Dismiss as to Brodie and Fenley's firm (1/2) | .30 | 66.00 |
| 10/03/25 | GAD | L250 | A103 | Start drafting the Memorandum in Support of the Motion to Dismiss | 2.20 | 484.00 |
| 10/06/25 | GAD | L240 | A103 | Draft Memorandum in Support to the Motion to Dismiss concerning the Civil Conspiracy claim against Maia Brodie and Brodie Law | .40 | 88.00 |

# HEPLERBROOM LLC

Invoice No. 1084592                                                 February 19, 2026

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 10/06/25 | GAD | L240 | A103 | Draft Memorandum in Support to the Motion to Dismiss concerning the Fraudulent Misrepresentation Claim against Maia Brodie and Brodie Law | .50 | 110.00 |
| 10/06/25 | GAD | L240 | A103 | Draft Memorandum in Support to the Motion to Dismiss concerning the RICO Claim against Maia Brodie and Brodie Law | .50 | 110.00 |
| 10/06/25 | GAD | L210 | A104 | Review and analysis of relevant federal case law to garner support for the motion to dismiss concerning the RICO claims | 1.00 | 220.00 |
| 10/06/25 | GAD | L250 | A103 | Draft Motion to Dismiss legal standard section as to each claim we are asking the Court to dismiss | 1.10 | 242.00 |
| 10/07/25 | GAD | L240 | A103 | Motion to Dismiss for Defendant Brodie application sections to Dismiss Plaintiffs Amended Complaint for failure to state a claim | 2.90 | 638.00 |
| 10/08/25 | GAD | L240 | A103 | Draft Motion to Dismiss to ensure that all of the relevant facts are in the motion to preserve them for appeal | 1.90 | 418.00 |
| 10/08/25 | KSH | L120 | A107 | Email with co-defendants' counsel AJ Bronksy regarding joint defense strategy for responsive pleadings | .10 | 27.50 |
| 10/08/25 | KSH | L240 | A104 | Review and analysis of case law regarding Rooker Feldman doctrine in preparation of adding legal analysis to motion to dismiss (1/2) | .30 | 82.50 |
| 10/08/25 | KSH | L240 | A104 | Review and analysis of case law regarding abstention doctrine in preparation of adding legal analysis to motion to dismiss (1/2) | .70 | 192.50 |
| 10/08/25 | KSH | L240 | A104 | Review and analysis of case law regarding potential standing argument for Stop Missouri Corporation in preparation of adding legal analysis to motion to dismiss (1/2) | .70 | 192.50 |
| 10/09/25 | GAD | L240 | A103 | Revise the Motions and Memorandum in Support of the Motion to Dismiss the Counts against Defendant Brodie and Defendant Fenley | 1.50 | 330.00 |
| 10/09/25 | KSH | L120 | A107 | Telephone conference with attorney AJ Bronsky regarding joint defense strategy relative to dispositive motions on behalf of clients | .10 | 27.50 |
| 10/09/25 | KSH | L120 | A103 | Work related to editing Brodie's memorandum of law supporting Brodie's motion to dismiss | 1.00 | 275.00 |
| 10/10/25 | GAD | L240 | A103 | Finish drafting the standing argument for the Motions to Dismiss as to Stop Corruption LLC | .50 | 110.00 |
| 10/10/25 | GAD | L240 | A103 | Finish drafting Memorandum in Support for the Motions to Dismiss as to Defendant Brodie and Brodie law | 1.00 | 220.00 |
| 10/10/25 | KSH | L240 | A103 | Work related to drafting final version of memorandum of law in support of motion to dismiss on behalf of Brodie | .70 | 192.50 |

3

# HEPLERBROOM LLC

Invoice No. 1084592                                                                February 19, 2026

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 10/10/25 | TM1 | L240 | A104 | Codefendant Con Curran Coulter; Matt Eilerts, Growe Eisen, LLC"s motion to dismiss and memorandum in support of motion received and reviewed | .20 | 55.00 |
| 10/13/25 | GAD | L210 | A103 | Draft Motion for Interlineation to amend the pleadings to correct the mistake regarding Rebecca Copeland | 1.50 | 330.00 |
| 10/14/25 | GAD | L250 | A103 | Draft Supplemental memorandum in support of the Motion to Dismiss to inform the court of the mistaken identity of Rebecca Copeland | 1.20 | 264.00 |
| 10/14/25 | KSH | L120 | A104 | Developed defense strategy for motion to amend motions to dismiss by interlineation per rules rather than supplemental memoranda | .20 | 55.00 |
| 10/15/25 | GAD | L210 | A103 | Revise Motion for Leave to Amend by interlineation to ensure it complies with all local rules and Judge Divine's personal rules | .40 | 88.00 |
| 10/15/25 | GAD | L120 | A103 | Draft initial analysis including the background facts, the parties and their status, liability and a recommendation moving forward | 1.30 | 286.00 |
| 10/16/25 | GAD | L240 | A103 | Continue drafting the Memorandum in Support as to Defendant Fenley regarding Count 2 Civil Rights Violation to demonstrate that it does not state a claim | 1.00 | 220.00 |
| 10/20/25 | GAD | L240 | A103 | Revise Memorandum in Support of the Motion to dismis to ensure it complies with all of the local rules and Judge Divine's specific rules | .50 | 110.00 |
| 10/20/25 | KSH | L240 | A104 | Preparation of additional legal analysis to include in client's memorandum in support of motion to dismiss (1/2) | .80 | 220.00 |
| 10/22/25 | GAD | L120 | A104 | Review and analysis of relevant authority to determine if we can stop Plaintiff from posting on Facebook | .50 | 110.00 |
| 10/24/25 | KSH | L240 | A104 | Received and reviewed plaintiffs' opposition to Brodie's motion to dismiss package (time divided by 2 files) | .50 | 137.50 |
| 10/24/25 | KSH | L240 | A104 | Received and reviewed plaintiffs' opposition to Reinken Hamilton's motion to dismiss package (time divided by 2 files) | .50 | 137.50 |
| 10/24/25 | KSH | L240 | A104 | Received and reviewed plaintiffs' opposition to Con Curran's motion to dismiss package (time divided by 2 files) | .50 | 137.50 |
| 10/27/25 | GAD | L240 | A103 | Begin drafting Reply in Suuport of Motion to Dismiss as to Defendant Brodie | 2.00 | 440.00 |
| 10/27/25 | KSH | L240 | A104 | Developed defense strategy and outline for reply memorandum of law in support of client's motion to dismiss (1/2) | .20 | 55.00 |

4

# HEPLERBROOM LLC

Invoice No. 1084592                                                    February 19, 2026

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 10/29/25 | GAD | L240 | A103 | Continue drafting Reply in Suuport of Motion to Dismiss as to Defendant Brodie | 1.10 | 242.00 |
| 10/31/25 | KSH | L240 | A103 | Work related to adding legal analysis to the reply memorandum in support of client's motion to dismiss | .70 | 192.50 |
| 10/31/25 | TM1 | L240 | A103 | Review reply brief and review portion of arugument (1/2) | .30 | 82.50 |
| 11/01/25 | TM1 | L120 | A106 | Correspondence prepared and sent to clients re reply brief and status of case (billed 1/2 time) | .10 | 27.50 |
| 11/06/25 | GAD | L250 | A103 | Review and analysis of relevant authority to determine the best legal route to enjoin the Plaintiff from discussing the case on facebook live | 1.70 | 374.00 |
| 11/13/25 | TM1 | L210 | A104 | Multiple return of summons received and reviewed (billed 1/2 time) | .10 | 27.50 |
| 11/17/25 | GAD | L120 | A104 | Review and analysis of Plaintiffs motion to disqualify or in the alternative motion to recuse Judge Divine based on the political affixation of the appointing president and his ties to the attorney general's office | .90 | 198.00 |
| 11/17/25 | KSH | L240 | A104 | Received and reviewed Gillespie defendants' motion to dismiss | .20 | 55.00 |
| 11/17/25 | KSH | L240 | A104 | Received and reviewed Gillespie defendants' memorandum of law supporting motion to dismiss | .80 | 220.00 |
| 11/17/25 | KSH | L240 | A104 | Received and reviewed Copeland, Grant, and Thomas' defendants' joint motion to dismiss | .20 | 55.00 |
| 11/17/25 | KSH | L240 | A104 | Received and reviewed Copeland, Grant, and Thomas' defendants' joint memorandum of law in support of motion to dismiss | .60 | 165.00 |
| 11/17/25 | KSH | L240 | A104 | Received and reviewed plaintiffs' motion to disqualify Judge Divine | .20 | 55.00 |
| 11/17/25 | KSH | L240 | A104 | Received and reviewed plaintiffs' memorandum in support of motion to disqualify Judge Divine | .80 | 220.00 |
| 11/23/25 | TM1 | L120 | A108 | Correspondence prepared and sent to clients re status of case (billed 1/2 time) | .10 | 27.50 |
| 11/25/25 | GAD | L120 | A104 | Review and analysis of the Missouri ethical rules for attorneys because of Grant's constant social media posts | 1.10 | 242.00 |
| 11/26/25 | KSH | L240 | A104 | Received and reviewed motion for extension of time to file responsive pleadings on behalf of defendants Greaves and Hilton (document 93) | .20 | 55.00 |
| 11/28/25 | KSH | L240 | A104 | Received and reviewed plaintiffs' memorandum in opposition to motion to dismiss filed by Gillespie defendants (document 94) | .40 | 110.00 |
| 11/28/25 | KSH | L240 | A104 | Received and reviewed plaintiffs' motion to strike motion to dismiss filed by Gillespie defendants (document 95) | .20 | 55.00 |

# HEPLERBROOM LLC

Invoice No. 1084592                                                    February 19, 2026

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 11/28/25 | KSH | L240 | A104 | Received and reviewed plaintiffs' memorandum in support of motion to strike motion to dismiss filed by Gillespie defendants (document 96) | .40 | 110.00 |
| 11/30/25 | TM1 | L120 | A108 | Correspondence prepared and sent to your office with litigation plan | .20 | 55.00 |

**TOTAL PROFESSIONAL SERVICES**      **$ 10,560.00**

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Gabrielle A. Deimeke | 28.50 | 220.00 | 6,270.00 |
| Kathleen S. Hamilton | 13.20 | 275.00 | 3,630.00 |
| Thomas J. Magee | 2.40 | 275.00 | 660.00 |
| Total | 44.10 | | $ 10,560.00 |

## COSTS

| Date | Task | Description | Qty | Amount |
|------|------|-------------|-----|--------|
| 10/01/25 | E112 | E112: Court fees, Pacer Service Center, Oct Exp | | 3.10 |
| 10/14/25 | E112 | 8IU9220-Pacer; INVOICE #Sept 2025 Exp | | 14.20 |

**TOTAL COSTS**      **$ 17.30**

**TOTAL THIS INVOICE**      **$ 10,577.30**

# HEPLER BROOM LLC

Chicago, IL • Crystal Lake, IL • Dupage County, IL

Dallas-Fort Worth, TX • Edwardsville, IL • Hammond, IN

Springfield, IL • St. Louis, MO

www.HeplerBroom.com

130 N. Main St.
PO Box 510
Edwardsville, IL 62025
PH: 618-656-0184
FAX: 618-656-1364

TAX ID: 37-1009085

February 19, 2026

The Bar Plan
Deanna J. Brady
VIA EMAIL: djbrady@thebarplan.com
Claim No. 116869 - Brodie

| | |
|---|---|
| Invoice No. | 1084592 |
| Client No. | 03937 |
| Matter No. | 169809 |

---

## REMITTANCE ADVICE

**RE:  Matthew R. Grant, individually, as Next Friend to C.L.G., and as Next Friend to C.M.G., and on behalf of all other similarly situated and Stop Missouri Corruption, LLC v. Bruce F. Hilton, Mary W. Greaves, John Fenley, Rienker, Hamilton & Fenley, LLC, State of Missouri, including its Office of Chief Disciplinary Counsel, Commission on Retirement, Removal and Discipline of Judges, and the St. Louis Family Court, Maia Brodie, individually and d/b/a Brodie Law, Lawrence Gillespie, Gillespie Hetlage & Coughlin LLC, Rebecca A. Copeland, Staci Thomas, Sarah M. Grant, Matthew G. Eilerts, Growe Eisen Karlen Eilerts, LLC, Con Currant Coulter, The Coulter Law Group, LLC d/b/a Coulter Goldberg, LLC and Co-Conspirators 1- 100.   Intervenor Angela M. Freiner**

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 10,577.30** |

**PAYMENTS VIA CHECK:**

HeplerBroom, LLC
PO Box 510
130 N. Main St.
Edwardsville, IL 62025

**PAY BY CREDIT CARD:**

Visit below link
https://secure.lawpay.com/pages/heplerbroom-llc/operating
*(3% processing charge will apply)*

**FOR BILLING QUESTIONS OR WIRE/ACH INFORMATION**
Email HBaccounting@heplerbroom.com or call (618) 307-1130

# HEPLER BROOM LLC

Chicago, IL · Crystal Lake, IL · Dupage County, IL

Dallas-Fort Worth, TX · Edwardsville, IL · Hammond, IN

Springfield, IL · St. Louis, MO

www.HeplerBroom.com

130 N. Main St.
PO Box 510
Edwardsville, IL 62025
PH: 618-656-0184
FAX: 618-656-1364

TAX ID: 37-1009085

**DUE UPON RECEIPT**

***We appreciate your business!***



**Hepler Broom** LLC

Chicago, IL · Crystal Lake, IL · Dupage County, IL

Dallas-Fort Worth, TX · Edwardsville, IL · Hammond, IN

Springfield, IL · St. Louis, MO

www.HeplerBroom.com

130 N. Main St.
PO Box 510
Edwardsville, IL 62025
PH: 618-656-0184
FAX: 618-656-1364

TAX ID: 37-1009085

February 19, 2026

VIA E-MAIL
djbrady@thebarplan.com

| | |
|---|---|
| Invoice No. | 1084595 |
| Client No. | 03937 |
| Matter No. | 170498 |

_____

## INVOICE SUMMARY

For Professional Services Rendered through November 30, 2025.

**RE:  Matthew R. Grant, individually, as Next Friend to C.L.G., and as Next Friend to C.M.G., and on behalf of all other similarly situated and Stop Missouri Corruption, LLC v. Bruce F. Hilton, Mary W. Greaves, John Fenley, Rienker, Hamilton & Fenley, LLC, State of Missouri, including its Office of Chief Disciplinary Counsel, Commission on Retirement, Removal and Discipline of Judges, and the St. Louis Family Court, Maia Brodie, individually and d/b/a Brodie Law, Lawrence Gillespie, Gillespie Hetlage & Coughlin LLC, Rebecca A. Copeland, Staci Thomas, Sarah M. Grant, Matthew G. Eilerts, Growe Eisen Karlen Eilerts, LLC, Con Currant Coulter, The Coulter Law Group, LLC d/b/a Coulter Goldberg, LLC and Co-Conspirators 1- 100.   Intervenor Angela M. Freiner Claim Number:          117028**

| | |
|---|---|
| Total Professional Services | $ 7,238.00 |
| Total Costs | $ .00 |
| **TOTAL THIS INVOICE** | **$ 7,238.00** |

# HEPLERBROOM LLC

Invoice No. 1084595																	February 19, 2026

## PROFESSIONAL SERVICES

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 9/03/25 | GAD | L210 | A104 | Review and analysis of Petition in order to garner support for the defenses and affirmative defenses | .50 | 110.00 |
| 9/03/25 | KSH | L120 | A106 | Telephone conference with Tom Magee and John Fenley regarding background facts and defense strategy | .20 | 55.00 |
| 9/03/25 | KSH | L210 | A104 | Review and analysis of court's show cause order issued in response to plaintiff's 170 page complaint | .10 | 27.50 |
| 9/03/25 | KSH | L120 | A106 | Telephone conference with Tom Magee and Deanna Brady regarding background facts and defense strategy | .10 | 27.50 |
| 9/03/25 | KSH | L210 | A104 | Review and analysis of 170 page complaint in preparation of drafting responsive pleadings and motions | 1.00 | 275.00 |
| 9/04/25 | KSH | L210 | A104 | Email with client John Fenley regarding strategy pertaining to potential waiver of service | .10 | 27.50 |
| 9/04/25 | TM1 | L110 | A106 | Telephone conference with John Fenley re representation | .30 | 82.50 |
| 9/05/25 | TM1 | L210 | A104 | Initial review of complaint and Order by Judge re Rule 11 | .30 | 82.50 |
| 9/12/25 | TM1 | L120 | A106 | Email to insureds re recent filings by plaintiff | .10 | 27.50 |
| 9/15/25 | TM1 | L210 | A104 | Amended complaint received and reviewed with letter to insureds and your office re plan to file motion to dismiss if Judge does not immediately rule | .30 | 82.50 |
| 9/17/25 | GAD | L250 | A103 | Begin drafting Motion to Dismiss as to Brodie and Fenley's firm | .60 | 132.00 |
| 9/17/25 | TM1 | L120 | A108 | Letter to Maia Brodie, John Fenley and Deanna Brady re rulings by Judge on motion to intervene and to seal file (1/2) | .10 | 27.50 |
| 9/22/25 | KSH | L210 | A104 | Review and analysis of 167 page amended complaint in preparation for drafting responsive pleadings and motions | 1.00 | 275.00 |
| 9/23/25 | GAD | L210 | A104 | Review and analysis of Complaint in order to garner support for the Motion to Dismiss for failure to state a claim | 1.00 | 220.00 |
| 9/30/25 | TM1 | L120 | A106 | Letter to insured re status and plan to file motions if no order from Judge | .10 | 27.50 |
| 10/02/25 | GAD | L250 | A103 | Begin drafting Motion to Dismiss as to  Brodie and Fenley's firm | .30 | 66.00 |
| 10/08/25 | GAD | L240 | A103 | Draft Memorandum in Support of the Motion to Dismiss as for Defendant RHF to demonstrate that Plaintiffs fraudulent misrepresentation claim fails to plead two essential elements | .80 | 176.00 |

2

## HEPLERBROOM LLC

Invoice No. 1084595                                                    February 19, 2026

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 10/08/25 | GAD | L240 | A103 | Draft Memorandum in Support of the Motion to Dismiss as for Defendant RHF to demonstrate that Plaintiffs civil conspiracy claim ails to state a claim as to Fenley and therefore fails to state a claim as to RHF his employer | 1.00 | 220.00 |
| 10/08/25 | GAD | L240 | A103 | Draft memorandum in support as to each of the counts Plaintiff pleads against Defendant RHF to show that vicarious liability cannot be sustained here as to the RICO Claim | 1.00 | 220.00 |
| 10/08/25 | GAD | L240 | A103 | Draft Memorandum in Support to the Motion to Dismiss for Defendant RHF as to the Civil Rights Coun in Plaintiffs Amended Petition to show vicarious liability cannot survive on a vicarious liability claim under Section 1983 | 1.20 | 264.00 |
| 10/08/25 | KSH | L240 | A104 | Review and analysis of case law regarding Rooker Feldman doctrine in preparation of adding legal analysis to motion to dismiss (1/2) | .30 | 82.50 |
| 10/08/25 | KSH | L240 | A104 | Review and analysis of case law regarding abstention doctrine in preparation of adding legal analysis to motion to dismiss (1/2) | .60 | 165.00 |
| 10/08/25 | KSH | L240 | A104 | Review and analysis of case law regarding potential standing argument for Stop Missouri Corporation in preparation of adding legal analysis to motion to dismiss (1/2) | .70 | 192.50 |
| 10/09/25 | GAD | L240 | A103 | Continue dratfing Memorandum in Support of the Motion to Dismiss as to Defendant RHF for failure to state a claim as to Counts I, II, III and IV due to the Plaintiffs failure to state a claim against Fenley their employee | 1.00 | 220.00 |
| 10/09/25 | GAD | L240 | A103 | Revise the Motions and Memorandum in Support of the Motion to Dismiss the Counts against Defendant Brodie and Defendant Fenley | 1.50 | 330.00 |
| 10/09/25 | GAD | L240 | A103 | Draft Motion to Dismiss as to Defendant RHF for failure to state a claim against Defendant Fenley and therefore no claim can survive against RHF, his employer | .50 | 110.00 |
| 10/09/25 | GAD | L240 | A103 | Continue dratfing Memorandum in Support of the Motion to Dismiss as to Defendant RHF for failure to state a claim as to Counts I, II, III and IV due to the Plaintiffs failure to state a claim against Fenley their employee | 1.00 | 220.00 |
| 10/09/25 | KSH | L120 | A107 | Telephone conference with attorney AJ Bronsky regarding joint defense strategy relative to dispositive motions on behalf of clients | .10 | 27.50 |
| 10/09/25 | KSH | L120 | A103 | Work related to editing RHF's memorandum of law supporting its motion to dismiss | 1.00 | 275.00 |

3

## HEPLERBROOM LLC

Invoice No. 1084595                                                    February 19, 2026

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 10/10/25 | GAD | L240 | A103 | Finish drafting the Memorandum in Support of the Motion to Dismiss as to Defendant RHF | 1.00 | 220.00 |
| 10/10/25 | KSH | L240 | A103 | Work related to drafting final version of memorandum of law in support of motion to dismiss on behalf of Fenley | .70 | 192.50 |
| 10/10/25 | TM1 | L240 | A103 | Codefendant Con Curran Coulter; Matt Eilerts, Growe Eisen, LLC"s motion to dismiss and memorandum in support of motion received and reviewed | .20 | 55.00 |
| 10/20/25 | KSH | L240 | A104 | Preparation of additional legal analysis to include in client's memorandum in support of motion to dismiss (1/2) | .80 | 220.00 |
| 10/23/25 | TM1 | L250 | A106 | Telephone conference with John Fenley re postings by Grant on social media and whether we can stop it | .30 | 82.50 |
| 10/24/25 | KSH | L240 | A104 | Received and reviewed plaintiffs' opposition to Brodie's motion to dismiss package (time divided by 2 files) | .50 | 137.50 |
| 10/24/25 | KSH | L240 | A104 | Received and reviewed plaintiffs' opposition to Reinken Hamilton's motion to dismiss package (time divided by 2 files) | .50 | 137.50 |
| 10/24/25 | KSH | L240 | A104 | Received and reviewed plaintiffs' opposition to Con Curran's motion to dismiss package (time divided by 2 files) | .50 | 137.50 |
| 10/27/25 | GAD | L240 | A103 | Begin drafting Reply in Suuport of Motion to Dismiss as to Defendant RHF | 1.80 | 396.00 |
| 10/27/25 | KSH | L240 | A104 | Developed defense strategy and outline for reply memorandum of law in support of client's motion to dismiss (1/2) | .20 | 55.00 |
| 10/29/25 | GAD | L240 | A103 | Continue drafting Reply in Support of Motion to Dismiss as to Defendant RHF | 1.20 | 264.00 |
| 10/30/25 | GAD | L120 | A103 | Continue drafting Reply in Suuport of Motion to Dismiss as to Defendant RHF | .70 | 154.00 |
| 10/31/25 | TM1 | L240 | A103 | Review reply brief and review portion of arugument (1/2) | .30 | 82.50 |
| 11/01/25 | TM1 | L120 | A106 | Correspondence prepared and sent to clients re reply brief and status of case (billed 1/2 time) | .10 | 27.50 |
| 11/04/25 | KSH | L240 | A104 | Received and reviewed plaintiff's opposition to Fenley's motion to dismiss in preparation of drafting reply memorandum of law in support | .80 | 220.00 |
| 11/05/25 | GAD | L120 | A104 | Review and analysis of the relevant case law Plaintiffs rely on to garner support for Defendant Fenley's reply in support of his Motion to Dismiss | 1.50 | 330.00 |
| 11/10/25 | KSH | L240 | A103 | Work related to drafting additional legal analysis to include in Fenley's reply memorandum in support of motion to dismiss | .80 | 220.00 |

4

# HEPLERBROOM LLC

Invoice No. 1084595                                          February 19, 2026

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 11/11/25 | GAD | L120 | A103 | Revise Defendant Fenley's Reply In Support of his Motion to Dismiss to ensure we adequately discuss the issue of immunity | .30 | 66.00 |
| 11/11/25 | TM1 | L240 | A103 | Revise arguments in reply brief to response to motion to dismiss | .30 | 82.50 |
| 11/13/25 | TM1 | L210 | A104 | Multiple returns of service received and reviewed (billed 1/2 time) | .10 | 27.50 |
| 11/23/25 | TM1 | L120 | A108 | Correspondence prepared and sent to clients re status of case (billed 1/2 time) | .10 | 27.50 |
| 11/30/25 | TM1 | L120 | A108 | Correspondence prepared and sent to your office with litigation plan | .20 | 55.00 |

**TOTAL PROFESSIONAL SERVICES**                              **$ 7,238.00**

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Gabrielle A. Deimeke | 16.90 | 220.00 | 3,718.00 |
| Kathleen S. Hamilton | 10.00 | 275.00 | 2,750.00 |
| Thomas J. Magee | 2.80 | 275.00 | 770.00 |
| **Total** | **29.70** | | **$ 7,238.00** |

**TOTAL THIS INVOICE**                                       **$ 7,238.00**

5

# HEPLER BROOM LLC

Chicago, IL • Crystal Lake, IL • Dupage County, IL

Dallas-Fort Worth, TX • Edwardsville, IL • Hammond, IN

Springfield, IL • St. Louis, MO

www.HeplerBroom.com

130 N. Main St.
PO Box 510
Edwardsville, IL 62025
PH: 618-656-0184
FAX: 618-656-1364

TAX ID: 37-1009085

February 19, 2026

VIA E-MAIL
djbrady@thebarplan.com

| | |
|---|---|
| Invoice No. | 1084595 |
| Client No. | 03937 |
| Matter No. | 170498 |

## REMITTANCE ADVICE

**RE: Matthew R. Grant, individually, as Next Friend to C.L.G., and as Next Friend to C.M.G., and on behalf of all other similarly situated and Stop Missouri Corruption, LLC v. Bruce F. Hilton, Mary W. Greaves, John Fenley, Rienker, Hamilton & Fenley, LLC, State of Missouri, including its Office of Chief Disciplinary Counsel, Commission on Retirement, Removal and Discipline of Judges, and the St. Louis Family Court, Maia Brodie, individually and d/b/a Brodie Law, Lawrence Gillespie, Gillespie Hetlage & Coughlin LLC, Rebecca A. Copeland, Staci Thomas, Sarah M. Grant, Matthew G. Eilerts, Growe Eisen Karlen Eilerts, LLC, Con Currant Coulter, The Coulter Law Group, LLC d/b/a Coulter Goldberg, LLC and Co-Conspirators 1- 100.   Intervenor Angela M. Freiner**

**BALANCE DUE THIS INVOICE                     $ 7,238.00**

**PAYMENTS VIA CHECK:**                         HeplerBroom, LLC
                                               PO Box 510
                                               130 N. Main St.
                                               Edwardsville, IL 62025

**PAY BY CREDIT CARD:**                         Visit below link
                                               https://secure.lawpay.com/pages/heplerbroom-llc/operating
                                               *(3% processing charge will apply)*

**FOR BILLING QUESTIONS OR WIRE/ACH INFORMATION**
Email HBaccounting@heplerbroom.com or call (618) 307-1130

## DUE UPON RECEIPT



**Hepler Broom** LLC

Chicago, IL • Crystal Lake, IL • Dupage County, IL

Dallas-Fort Worth, TX • Edwardsville, IL • Hammond, IN

Springfield, IL • St. Louis, MO

www.HeplerBroom.com

130 N. Main St.
PO Box 510
Edwardsville, IL 62025
PH: 618-656-0184
FAX: 618-656-1364

TAX ID: 37-1009085

*We appreciate your business!*

7



Chicago, IL • Crystal Lake, IL • Dupage County, IL

Dallas-Fort Worth, TX • Edwardsville, IL • Hammond, IN

Springfield, IL • St. Louis, MO

www.HeplerBroom.com

130 N. Main St.
PO Box 510
Edwardsville, IL 62025
PH: 618-656-0184
FAX: 618-656-1364

TAX ID: 37-1009085

June 10, 2026

The Bar Plan
Deanna J. Brady
VIA EMAIL: djbrady@thebarplan.com
Claim No. 116869 - Brodie

Invoice No.     1103200
Client No.        03937
Matter No.       169809

---

## INVOICE SUMMARY

For Professional Services Rendered through May 31, 2026.

**RE:   Matthew R. Grant, individually, as Next Friend to C.L.G., and as Next Friend to C.M.G., and on behalf of all other similarly situated and Stop Missouri Corruption, LLC v. Bruce F. Hilton, Mary W. Greaves, John Fenley, Rienker, Hamilton & Fenley, LLC, State of Missouri, including its Office of Chief Disciplinary Counsel, Commission on Retirement, Removal and Discipline of Judges, and the St. Louis Family Court, Maia Brodie, individually and d/b/a Brodie Law, Lawrence Gillespie, Gillespie Hetlage & Coughlin LLC, Rebecca A. Copeland, Staci Thomas, Sarah M. Grant, Matthew G. Eilerts, Growe Eisen Karlen Eilerts, LLC, Con Currant Coulter, The Coulter Law Group, LLC d/b/a Coulter Goldberg, LLC and Co-Conspirators 1- 100.   Intervenor Angela M. Freiner**
**Claim Number:          116869**

| | |
|---|---|
| Total Professional Services | $ 1,765.50 |
| Total Costs | $ 1.60 |
| **TOTAL THIS INVOICE** | **$ 1,767.10** |
| Previous Balance | $ 661.00 |
| **TOTAL BALANCE DUE** | **$ 2,428.10** |

# HEPLERBROOM LLC

Invoice No. 1103200                                                                                                    June 10, 2026

## PROFESSIONAL SERVICES

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 12/02/25 | GAD | L120 | A104 | Review and analysis of Plaintiffs motion to set aside the Judge's grant of Defendant Hilton and Greaves motion to file out of time | .40 | 88.00 |
| 12/02/25 | KSH | L250 | A104 | Received and reviewed Copeland defendants' joint motion for leave to file joint motion to dismiss | .20 | 55.00 |
| 12/02/25 | KSH | L250 | A104 | Received and reviewed Growe defendants' joint motion for joinder to response to plaintiffs' motion to disqualify Judge Divine | .20 | 55.00 |
| 12/02/25 | KSH | L210 | A104 | Received and reviewed order granting motion for leave to file pleadings out of time | .10 | 27.50 |
| 12/02/25 | KSH | L240 | A104 | Received and reviewed Greaves/Hilton's motion to dismiss | .20 | 55.00 |
| 12/02/25 | KSH | L240 | A104 | Received and reviewed Greaves/Hilton's memorandum of law in support of motion to dismiss | .20 | 55.00 |
| 12/02/25 | KSH | L250 | A104 | Received and reviewed Bronsky defendant's motion for leave to joint Coulter and Growe's response to plaintiffs' motion to disqualify Judge Divine | .20 | 55.00 |
| 12/02/25 | KSH | L210 | A104 | Received and reviewed order granting Bronsky defendant's motion for leave to joint Coulter and Growe's response to plaintiffs' motion to disqualify Judge Divine | .10 | 27.50 |
| 12/02/25 | KSH | L210 | A104 | Received and reviewed order granting Copeland defendants' motion for leave to file joint motion to dismiss | .10 | 27.50 |
| 12/02/25 | KSH | L210 | A104 | Received and reviewed order granting Copeland defendants' motion for joinder as to Growe defendants' response to plaintiffs' motion to disqualify Judge Divine | .10 | 27.50 |
| 12/02/25 | KSH | L210 | A104 | Received and reviewed order denying motion to strike | .10 | 27.50 |
| 12/02/25 | KSH | L250 | A104 | Received and reviewed plaintiffs' motion to set aside order (pleading 107) | .20 | 55.00 |
| 12/02/25 | KSH | L250 | A104 | Received and reviewed plaintiffs' memorandum of law supporting motion to set aside order (pleading 108) | .20 | 55.00 |
| 12/03/25 | KSH | L250 | A104 | Received and reviewed Coulter, Eilerts, and Growe defendants' response to plaintiffs' motion to set aside order (pleading 109) | .20 | 55.00 |
| 12/05/25 | KSH | L240 | A104 | Received and reviewed Copeland defendants' reply to response to motion to dismiss (pleading 110) | .20 | 55.00 |
| 12/08/25 | KSH | L250 | A104 | Received and reviewed plaintiffs' reply to response to plaintiff's motion to set aside order (pleading 111) | .20 | 55.00 |
| 12/08/25 | KSH | L250 | A104 | Received and reviewed plaintiffs' reply to response to plaintiff's motion to disqualify Judge Divine (pleading 112) | .20 | 55.00 |

# HEPLERBROOM LLC

Invoice No. 1103200                                                                                           June 10, 2026

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 12/11/25 | KSH | L240 | A104 | Received and reviewed plaintiffs' memorandum in opposition to the motion to dismiss (pleading 113) | .20 | 55.00 |
| 12/29/25 | GAD | L120 | A104 | Review and analysis of the Motion for leave to file a second amended complaint filed by Plaintiffs (billed half time) | .50 | 110.00 |
| 12/29/25 | GAD | L120 | A103 | Draft Joint Response in Opposition to Plaintiffs Motion for Leave (billed half time) | 1.00 | 220.00 |
| 12/30/25 | GAD | L120 | A103 | Continue drafting the Joint Response in Opposition to Plaintiffs Motion for Leave to file a Second Amended Complaint (Billed half time) | .50 | 110.00 |
| 1/02/26 | GAD | L120 | A103 | Draft Motion to Seal or Redact due to Plaintiffs' use of personal information of Maia Brodie | .40 | 88.00 |
| 1/05/26 | GAD | L120 | A103 | Revise Motion to Seal or Redact due to Plaintiffs' use of personal information of Maia Brodie | .40 | 88.00 |
| 4/23/26 | GAD | L210 | A104 | Review and analysis of the Judge's order granting the motions to dismiss with prejudice | .50 | 110.00 |
| 4/30/26 | GAD | L250 | A103 | Draft suggestions in support of sanctions (billed 1/2 time) | .20 | 44.00 |
| 4/30/26 | GAD | L250 | A103 | Review and analysis of relevant case law to determine appropriate sanctions (billed 1/2 time) | .50 | 110.00 |
| | | | | **TOTAL PROFESSIONAL SERVICES** | | **$ 1,765.50** |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| Gabrielle A. Deimeke | 4.40 | 220.00 | 968.00 |
| Kathleen S. Hamilton | 2.90 | 275.00 | 797.50 |
| **Total** | **7.30** | | **$ 1,765.50** |

## COSTS

| Date | Task | Description | Qty | Amount |
|---|---|---|---|---|
| 4/14/26 | E112 | E112: Court fees, Pacer Service Center, 03012026 | | 1.60 |
| | | **TOTAL COSTS** | | **$ 1.60** |
| | | **TOTAL THIS INVOICE** | | **$ 1,767.10** |
| | | Previous Balance | | $ 661.00 |

3

# HEPLERBROOM LLC

Invoice No. 1103200                                                                June 10, 2026

### TOTAL BALANCE DUE                                                    $ 2,428.10

## AGED ACCOUNTS RECEIVABLE

| Current - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | Total |
|---|---|---|---|---|---|
| $ .00 | $ .00 | $ .00 | $ 661.00 | $ .00 | $ 661.00 |

4

# HEPLER BROOM LLC

Chicago, IL • Crystal Lake, IL • Dupage County, IL

Dallas-Fort Worth, TX • Edwardsville, IL • Hammond, IN

Springfield, IL • St. Louis, MO

www.HeplerBroom.com

130 N. Main St.
PO Box 510
Edwardsville, IL 62025
PH: 618-656-0184
FAX: 618-656-1364

TAX ID: 37-1009085

June 10, 2026

The Bar Plan
Deanna J. Brady
VIA EMAIL: djbrady@thebarplan.com
Claim No. 116869 - Brodie

| | |
|---|---|
| Invoice No. | 1103200 |
| Client No. | 03937 |
| Matter No. | 169809 |

## REMITTANCE ADVICE

RE:  **Matthew R. Grant, individually, as Next Friend to C.L.G., and as Next Friend to C.M.G., and on behalf of all other similarly situated and Stop Missouri Corruption, LLC v. Bruce F. Hilton, Mary W. Greaves, John Fenley, Rienker, Hamilton & Fenley, LLC, State of Missouri, including its Office of Chief Disciplinary Counsel, Commission on Retirement, Removal and Discipline of Judges, and the St. Louis Family Court, Maia Brodie, individually and d/b/a Brodie Law, Lawrence Gillespie, Gillespie Hetlage & Coughlin LLC, Rebecca A. Copeland, Staci Thomas, Sarah M. Grant, Matthew G. Eilerts, Growe Eisen Karlen Eilerts, LLC, Con Currant Coulter, The Coulter Law Group, LLC d/b/a Coulter Goldberg, LLC and Co-Conspirators 1- 100.   Intervenor Angela M. Freiner**

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 1,767.10** |
| Previous Balance | $ 661.00 |
| **TOTAL BALANCE DUE** | **$ 2,428.10** |

**PAYMENTS VIA CHECK:**

HeplerBroom, LLC
PO Box 510
130 N. Main St.
Edwardsville, IL 62025

**PAY BY CREDIT CARD:**

Visit below link
https://secure.lawpay.com/pages/heplerbroom-llc/operating
*(3% processing charge will apply)*

**FOR BILLING QUESTIONS OR WIRE/ACH INFORMATION**
Email HBaccounting@heplerbroom.com or call (618) 307-1130

# HeplerBroom LLC

Chicago, IL • Crystal Lake, IL • Dupage County, IL

Dallas-Fort Worth, TX • Edwardsville, IL • Hammond, IN

Springfield, IL • St. Louis, MO

www.HeplerBroom.com

130 N. Main St.
PO Box 510
Edwardsville, IL 62025
PH: 618-656-0184
FAX: 618-656-1364

TAX ID: 37-1009085

**DUE UPON RECEIPT**

*We appreciate your business!*

6



Chicago, IL · Crystal Lake, IL · Dupage County, IL

Dallas-Fort Worth, TX · Edwardsville, IL · Hammond, IN

Springfield, IL · St. Louis, MO

www.HeplerBroom.com

130 N. Main St.
PO Box 510
Edwardsville, IL 62025
PH: 618-656-0184
FAX: 618-656-1364

TAX ID: 37-1009085

June 10, 2026

VIA E-MAIL
djbrady@thebarplan.com

| | |
|---|---|
| Invoice No. | 1103201 |
| Client No. | 03937 |
| Matter No. | 170498 |

## INVOICE SUMMARY

For Professional Services Rendered through May 31, 2026.

**RE:  Matthew R. Grant, individually, as Next Friend to C.L.G., and as Next Friend to C.M.G., and on behalf of all other similarly situated and Stop Missouri Corruption, LLC v. Bruce F. Hilton, Mary W. Greaves, John Fenley, Rienker, Hamilton & Fenley, LLC, State of Missouri, including its Office of Chief Disciplinary Counsel, Commission on Retirement, Removal and Discipline of Judges, and the St. Louis Family Court, Maia Brodie, individually and d/b/a Brodie Law, Lawrence Gillespie, Gillespie Hetlage & Coughlin LLC, Rebecca A. Copeland, Staci Thomas, Sarah M. Grant, Matthew G. Eilerts, Growe Eisen Karlen Eilerts, LLC, Con Currant Coulter, The Coulter Law Group, LLC d/b/a Coulter Goldberg, LLC and Co-Conspirators 1- 100.   Intervenor Angela M. Freiner Claim Number:          117028**

| | |
|---|---|
| Total Professional Services | $ 968.00 |
| Total Costs | $ 1.40 |
| **TOTAL THIS INVOICE** | **$ 969.40** |
| Previous Balance | $ 3,696.00 |
| **TOTAL BALANCE DUE** | **$ 4,665.40** |

# HEPLERBROOM LLC

Invoice No. 1103201                                                                                    June 10, 2026

## PROFESSIONAL SERVICES

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/29/25 | GAD | L120 | A104 | Review and analysis of the Motion for leave to file a second amended complaint filed by Plaintiffs (billed half time) | .50 | 110.00 |
| 12/29/25 | GAD | L120 | A103 | Draft Joint Response in Opposition to Plaintiffs Motion for Leave (Billed half time) | 1.00 | 220.00 |
| 12/30/25 | GAD | L120 | A103 | Continue drafting the Joint Response in Opposition to Plaintiffs Motion for Leave to file a Second Amended Complaint (Billed Half Time) | .50 | 110.00 |
| 12/31/25 | GAD | L240 | A103 | Draft Motion to Dismiss as to Defendant RHF for failure to state a claim against Defendant Fenley and therefore no claim can survive against RHF, his employer | 1.00 | 220.00 |
| 4/09/26 | GAD | L120 | A104 | Review and analysis of the intervention motion by Mr. Backes | .10 | 22.00 |
| 4/23/26 | GAD | L210 | A104 | Review and analysis of the Judge's order granting the motions to dismiss with prejudice | .50 | 110.00 |
| 4/30/26 | GAD | L120 | A104 | Review and analysis of relevant case law to determine the appropriate sanctions (billed 1/2 time) | .50 | 110.00 |
| 4/30/26 | GAD | L120 | A103 | Draft suggestions in support of sanctions as allowed by the Court (billed 1/2 time) | .30 | 66.00 |
| | | | | **TOTAL PROFESSIONAL SERVICES** | | **$ 968.00** |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Gabrielle A. Deimeke | 4.40 | 220.00 | 968.00 |
| **Total** | **4.40** | | **$ 968.00** |

## COSTS

| Date | Task | Description | Qty | Amount |
|------|------|-------------|-----|--------|
| 12/01/25 | E112 | E112: Court fees, Pacer Service Center, 12012025 | | 1.40 |
| | | **TOTAL COSTS** | | **$ 1.40** |
| | | **TOTAL THIS INVOICE** | | **$ 969.40** |
| | | Previous Balance | | $ 3,696.00 |

2

# HEPLERBROOM LLC

Invoice No. 1103201                                                                                                  June 10, 2026

### TOTAL BALANCE DUE                                                    $ 4,665.40

## AGED ACCOUNTS RECEIVABLE

| Current - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | Total |
|---|---|---|---|---|---|
| $ .00 | $ .00 | $ .00 | $ 3,696.00 | $ .00 | $ 3,696.00 |

3

# HEPLER BROOM LLC

Chicago, IL · Crystal Lake, IL · Dupage County, IL

Dallas-Fort Worth, TX · Edwardsville, IL · Hammond, IN

Springfield, IL · St. Louis, MO

www.HeplerBroom.com

130 N. Main St.
PO Box 510
Edwardsville, IL 62025
PH: 618-656-0184
FAX: 618-656-1364

TAX ID: 37-1009085

June 10, 2026

VIA E-MAIL
djbrady@thebarplan.com

| | |
|---|---|
| Invoice No. | 1103201 |
| Client No. | 03937 |
| Matter No. | 170498 |

## REMITTANCE ADVICE

**RE:** **Matthew R. Grant, individually, as Next Friend to C.L.G., and as Next Friend to C.M.G., and on behalf of all other similarly situated and Stop Missouri Corruption, LLC v. Bruce F. Hilton, Mary W. Greaves, John Fenley, Rienker, Hamilton & Fenley, LLC, State of Missouri, including its Office of Chief Disciplinary Counsel, Commission on Retirement, Removal and Discipline of Judges, and the St. Louis Family Court, Maia Brodie, individually and d/b/a Brodie Law, Lawrence Gillespie, Gillespie Hetlage & Coughlin LLC, Rebecca A. Copeland, Staci Thomas, Sarah M. Grant, Matthew G. Eilerts, Growe Eisen Karlen Eilerts, LLC, Con Currant Coulter, The Coulter Law Group, LLC d/b/a Coulter Goldberg, LLC and Co-Conspirators 1- 100.   Intervenor Angela M. Freiner**

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 969.40** |
| Previous Balance | $ 3,696.00 |
| **TOTAL BALANCE DUE** | **$ 4,665.40** |

**PAYMENTS VIA CHECK:**      HeplerBroom, LLC
PO Box 510
130 N. Main St.
Edwardsville, IL 62025

**PAY BY CREDIT CARD:**      Visit below link
https://secure.lawpay.com/pages/heplerbroom-llc/operating
*(3% processing charge will apply)*

**FOR BILLING QUESTIONS OR WIRE/ACH INFORMATION**
Email HBaccounting@heplerbroom.com or call (618) 307-1130



Chicago, IL • Crystal Lake, IL • Dupage County, IL

Dallas-Fort Worth, TX • Edwardsville, IL • Hammond, IN

Springfield, IL • St. Louis, MO

www.HeplerBroom.com

130 N. Main St.
PO Box 510
Edwardsville, IL 62025
PH: 618-656-0184
FAX: 618-656-1364

TAX ID: 37-1009085

**DUE UPON RECEIPT**

***We appreciate your business!***