**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MATTHEW R. GRANT,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No. 4:25-CV-01203-JMD** |
| **vs.** | ) | |
| | ) | |
| **BRUCE HILTON,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANTS' MEMO FOR ATTORNEY'S FEES**

**COME NOW,** Defendants Rebecca Copeland, Sarah Grant, and Staci Thomas, by and

through undersigned counsel, and submits the attached Affidavit of Matthew A. Radefeld and

bills for Attorney's fees totaling $18,233.10 pursuant to the Court Order entered on June 4, 2026.

Respectfully submitted,

RADEFELD LAW GROUP, LLC

By: */s/ Matthew A. Radefeld*
MATTHEW A. RADEFELD (#52288)
*Attorney for Defendant Sarah M. Grant*
7711 Bonhomme Ave, Suite 710
Clayton, Missouri 63105
Telephone: (314) 341-0374
E-mail: *matthew@radlaw.org*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 17, 2026  the foregoing was filed
electronically with the Clerk of the Court to be served by operation of the Court's electronic
filing system upon Counsel for all parties.

By: */s/ Matthew A. Radefeld*
MATTHEW A. RADEFELD