UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW R. GRANT, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 4:25-CV-01203-JMD |
| vs. | ) | |
| | ) | |
| BRUCE HILTON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF MATTHEW A. RADEFELD FOR ATTORNEY'S FEES

1.      I am an attorney licensed in 2000 by the Eastern District of Missouri and the Supreme Court of Missouri.  I have been in private practice for 26 years representing clients in a variety of criminal and civil matters, as well as in military courts.

2.      Since 2005 I was a partner in the law firm of Frank, Juengel & Radefeld, which has an office in Clayton, Missouri.  In October 2024, I started my own law practice, Radefeld Law Group LLC. with its office in Clayton, Missouri.

3.      I am the attorney for Defendants Rebecca Copeland, Sarah Grant and Staci Thomas, and I have personal knowledge of the summary of Costs and Attorney Fees attached to this Affidavit as Exhibit 1.

4.      Based upon my 26 years of practice, I am familiar with the reasonable hourly rated for attorneys counseling and litigating within the Eastern District of Missouri, as well as the reasonable tsks that must be undertaken by counsel to ethically represent clients' interests including the amount of time that is reasonably required to completed such tasks.

5.      As of June 1, 2026, my office has incurred attorney's fees and costs of $18,233.10 on behalf of Defendants Copeland, Grant and Thomas in regards to this action.  Each item of

fees or costs claimed in the attached summary of Costs and Attorney Fees is correct and has been necessarily incurred in this action.

6.      We have not split the bills between the files because the clients have agreed to keep the billing in this matter together.

7.      The services for which fees have been charged were actually performed.

8.      The attorney hourly rates charged to Defendants were reasonable for the work performed in this matter.


**FURTHER AFFIANT SAYETH NOT**


_____
Matthew A. Radefeld

_____6-17-26_____
Date


Subscribed and sworn to before me this ____17th____ day of ____June____, 2026.


_____
Notary Public

My Commission Expires: 1/27/29

NOTARY SEAL
St. Louis
County
LAUREN ELIZABETH WALTERS
My Commission Expires
01-27-2029
Commission # 21007273
NOTARY PUBLIC - STATE OF MISSOURI

2