Case: 4:25-cv-01203-JMD   Doc. #: 140-2   Filed: 06/17/26   Page: 1 of 1 PageID #: 3065

# RADEFELD LAW GROUP, LLC

MATTHEW A. RADEFELD
7711 Bonhomme Ave., Suite 710
Clayton, Missouri  63105
(314) 571-9251

## **COSTS AND ATTORNEY FEES**

| DATE | EVENT | TIME |
|---|---|---|
| 10/13/2025 | Review & Analyze all docs filed up to this point | 2 |
| 10/14/2025 | Draft & file EOA for Defs & waiver of service | 0.6 |
| 10/15/2025 | Draft & file waiver of service | 0.3 |
| 10/20/2025 | Review & Analyze filed Co-defs docs | 0.8 |
| 10/24/2025 | Review Plaintiffs Opposition memo | 2 |
| 10/26/2025 | Research-Memo for Dismissal | 1.5 |
| 10/28/2025 | Research-Memo for Dismissal | 1.2 |
| 10/31/2025 | Review Co-Defs Reply | 0.6 |
| 11/3/2025 | Review Plaintiffs Reply | 0.5 |
| 11/12/2025 | Review Co-Defs Reply | 0.8 |
| 11/13/2025 | Work on Draft Motion to Dismiss | 2 |
| 11/14/2025 | Finish Drafting & File Motion to Dismiss/Memo | 1.3 |
| 11/17/2025 | Review Co-Defs Motion | 1 |
| 11/18/2025 | Review Plaintiffs Motion to DQ Judge | 1 |
| 11/28/2025 | Review of Plaintiffs Motions | 0.8 |
| 11/29/2025 | Research-Response to Plaintiff's Memo | 1.5 |
| 11/30/2025 | Draft & File Defendant's Responses | 2 |
| 12/1/2025 | Review of Co-Defendant's Filings | 0.8 |
| 12/2/2025 | Review of Plaintiffs Motions | 0.7 |
| 12/3/2025 | Review of Co-Defendant's Filings /Draft Reply | 1 |
| 12/5/2025 | Draft & File Reply | 1.2 |
| 12/8/2025 | Review Plaintiff's Reply (Docs 111 & 112) | 0.5 |
| 12/11/2025 | Review Plaintiffs Memorandum | 0.4 |
| 12/23/2025 | Review of Plaintiffs Motion for Leave & Memo | 1 |
| 12/29/2025 | Review of Co-Defs Response | 0.6 |
| 1/6/2026 | Review of Co-Defs Response & Memo | 1 |
| 1/15/2026 | Review of Plaintiff's Reply | 0.9 |
| 1/21/2026 | Hearing in St. Charles Co- Plaintiff v Def Thomas (Conspiracy Evidence attempt) | 1 |
| 2/4/2026 | Part 2 of Hearing of Plaintiff trying to get Conspiracy Evidence against Def Thomas | 3 |
| 4/23/2026 | Review of Judge's Order | 0.5 |
| 4/30/2026 | Review of Case law re: sanctions/ Phone call w/ counsel | 0.6 |

Billable Rate:  $550.00 per hour          Total Hours:  33.1          Total Fees:  $18,205.00

PACER fees:     10/14/25- $3.10                    **Total Invoice:     $18,233.10**
                10/27/25- $6.60
                11/2/25- $4.10
                11/12/25-$8.50
                12/2/25-$4.10
                12/29/25-$1.70
                Total:     $28.10