**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

September 09, 2026

Matthew R. Grant
GRANT FIRM, LLC.
701 Market Street
P.M.B. 1709
Saint Louis, MO 63101

RE: 26-2050 Matthew Grant, et al v. Bruce Hilton, et al

Dear Counsel:

Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14-day period. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, **no grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14-day period.

Susan E. Bindler
Clerk of Court

HAG

Enclosure(s)

cc: Albert Joseph Bronsky
Clerk, U.S. District Court, Eastern District of Missouri
Gabrielle Deimeke
Lauren Ashley Kessler
Thomas Joseph Magee
Bryce Geoffrey Pfalzgraf
Robert T. Plunkert
Matthew Alan Radefeld
Kelli Reichert

District Court/Agency Case Number(s): 4:25-cv-01203-JMD

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No. 26-2050

---

Matthew R. Grant, individually, as Next Friend to C.L.G. and as Next Friend to C.M.G., and on behalf of all others similarly situated; Stop Missouri Corporation, LLC, doing business as www.StopMissouriCorruption.com

Plaintiffs - Appellants

v.

Bruce F. Hilton; Mary W. Greaves; John Fenley; Rienker, Hamilton, Fenley, LLC; Maia Brodie, individually and doing business as BRODIE LAW; Lawrence Gillespie; Gillespie Hetlage & Coughlin LLC; Rebecca A. Copeland; Staci Thomas; Sarah Grant; Mathew G. Eilerts; Growe Eisen Karlen Eilerts, LLC; Con Curran Coulter; Coulter Law Group, LLC, doing business as Coulter Goldberger, LLC

Defendants - Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:25-cv-01203-JMD)

---

**JUDGMENT**

Before LOKEN, STRAS, and JUSTIN D. SMITH, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a). Appellants' motions to set a briefing schedule are denied as moot.

September 09, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Susan E. Bindler